**IN THE UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUAN SALAS, and MASSIEL VILLANUEVA
SALAS, individually, and, as the parents and
natural guardians for A.S., a minor

**Case No.:  8:20-cv-688-T-33CPT**

      Plaintiffs,

vs.

AMC EAST COMMUNITIES, LLC; and
MICHAELS MANAGEMENT SERVICES, INC.,

      Defendants.

_____/

## PLAINTIFF'S EXPERT DISCLOSURE

Pursuant to the Case Management and Scheduling Order (Doc #22) Plaintiffs JUAN

SALAS and MASSIEL VILLANUEVA SALAS, individually, and as the parents and natural

guardians for A.S., a minor, hereby identifies the following retained expert witnesses for trial:

1. **Alfonso Santa – Architect**
   15130 Heathridge Drive, Tampa, FL 33625

Mr. Santa is a registered architect employed with United States Special Operations

Command and has personally inspected multiple similar properties at MacDill AFB owned and

managed by Defendants. Mr. Santa's report setting forth his opinions in accordance with Rule

26(a)(2)(B) along with his resume are attached hereto as composite Exhibit 1. He has no case list

because he has not testified as an expert witness in the last four (4) years. His compensation rate

is $250 per hour for all litigation related matters in this case. Dates Mr. Santa is available for

deposition will be provided to Defendant's counsel on request.  Plaintiff suggest that fact witness

discovery be completed first.

Given discovery is continuing, a request to enter the premises for inspection is pending, and several fact witnesses have yet to be deposed including both Plaintiffs, the right to supplement Mr. Santa's opinion in accordance with Rule 26(e)(2) is reserved as well as to rebut opinions of Defendants' experts who have yet to be identified and opinions provided.

### 2. Scott W. McMahon, M.D.
Whole World Health Care, PC
309 S. Kentucky Ave., Roswell, NM 88203

Dr. McMahon is a medical doctor who specializes in the diagnosis and treatment of people with chronic inflammatory response syndrome ("CIRS"). A copy of Dr. McMahon's November 5, 2019 report setting forth his opinions in accordance with Rule 26(a)(2)(B), his CV, case list, and statement of compensation, is attached hereto as composite Exhibit 2. Dates that Dr. McMahon is available for deposition will be provided to Defendants' counsel on request.

Given discovery is continuing, witnesses have yet to be deposed, and additional medical records of both Major Salas and A.S. have yet to be obtained, Plaintiff reserves the right to supplement Dr. McMahon's opinion in accordance with Rule 26(e)(2) and to rebut the opinions of Defendants' similar experts who have yet to be identified and opinions provided.

### 3. Brandon Faust
Mold Zero
1000 Cleveland St., Clearwater, FL 33755

Mr. Faust is a Florida licensed/certified mold investigator who specializes in the investigation of buildings for the detection of mold and remediation. Mr. Faust conducted an initial inspection and collected samples from the subject residence on April 5, 2019. Attached hereto as Exhibit 3 is the Expanded Fungal Report based upon the samples Mr. Faust collected. He has no case list because he has never testified before. His compensation rate is $150 per hour

for all litigation related matters in this case. Dates Mr. Faust is available for deposition will be provided to Defendants' counsel on request.

**4. Al Rabin**
Certified Mold Assessments
3959 Van Dyke Road, Suite 369, Lutz, FL 33558

Mr. Rabin is a Florida licensed/certified mold investigator who specializes in the investigation of buildings for the detection of mold and remediation. Mr. Rabin conducted an inspection and collection of samples from the subject residence on May 24, 2019.  Attached hereto as Exhibit 4 is the Environmental Assessment Report by Mr. Rabin with the findings from that investigation and the laboratory results based upon samples he collected as well as his bio. The following is a list of cases that Mr. Rabin has testified in the last four (4) years as an expert:

1. Richard Rubin - Case: 17-CA-1546  Deposition & Trial

2. NextGen Restoration - Hassani v Florida Specialty, Case: 18-CA-008796, Trial – 10/29/2019; Lawyer – Jeffrey Pekar

3. NextGen Restoration - Iwanicki v Safepoint, Case: 18-CA-4334, Trial – 10/8/2019; Lawyer – Jeff Pekar

4. Johnson, Daboll, Anderson - 4 Homes v Famous Tate, Case: 17-CA-09888, Deposition – 10/10/2019; Lawyers – Johnson Daboll Anderson

His compensation rate is $400 per hour for all litigation related matters in this case including deposition and trial with a four (4) hour minimum. Dates Mr. Rabin is available for deposition will be provided to Defendants' counsel on request.

Plaintiff reserves the right to supplement Mr. Rabin's opinion in accordance with Rule 26(e)(2) to rebut the opinions of Defendants' similar experts who have yet to be identified and opinions provided.

Respectfully submitted,

*/s/ David D. Dickey, Esq.*
DAVID D. DICKEY, ESQ.
Florida Bar # 949019
THE YERRID LAW FIRM
101 East Kennedy Blvd., Suite 2160
Tampa, FL  33602
Telephone: (813) 222-8222
Facsimile:  (813) 222-8224
Service E-mails:
Primary:       ddickey@yerridlaw.com
Secondary:    csullivan@yerridlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy has been furnished to all counsel of record via electronic service on October 13, 2020.

*/s/ David D. Dickey, Esq.*
David D. Dickey, Esq.

# REPORT

Residence Evaluation – 8538 Tampa Point Boulevard, MacDill AFB, Florida

JUAN SALAS, and MASSIEL VILLANUEVA SALAS

v.

AMC EAST COMMUNITIES, LLC; and
MICHAELS MANAGEMENT SERVICES, INC.,

Case No.:  8:20-cv-688-T-33CPT

October 13, 2020

Report to:   David D. Dickey, Esq.
The Yerrid Law Firm
Tampa, Florida

Prepared by: Alfonso J. Santa, Registered Architect
FL LIC: 91,908

The conclusions and opinions stated herein are based upon information available to the investigation at the time of this writing. Additional information is expected to be forthcoming which bears on these conclusions and opinions.   Therefore, the right is reserved to review and modify all conclusion and opinions at any future point should such information become available.

## A.  BACKGROUND INFORMATION

Beginning on February 24, 2015, the Salas family moved into the subject residence located at 8539 Tampa Point Boulevard, on MacDill Air Force Base. In October 2015, A.S. was born while the family resided there. After moving into the house, Major Salas experienced nasal congestion that culminated with an injury to his ear drum after a parachute jump. A.S. had congestion that resulted in significant medical care and treatment that I understand is on-going.  The family moved out of the residence in July 2017 due to concerns with risks to their health from living there.

## B.  WORK OF INVESTIGATION

I came to learn of concerns with on-base housing at MacDill AFB as part of my work as Chief, Engineering for Special Operations Command Central located on base and was instructed to investigate certain residences where services members assigned to our command lived and reported problems similar to what the Salas family experienced. Attached hereto and incorporated herein is my report dated 29 February 2019. As stated therein, I inspected multiple homes and found among other concerns the presence of

**EXHIBIT 1**

mold and mildew smells and signs of excess moisture throughout the houses. More importantly, the floor assembly on all of the houses did not show the presence of a vapor barrier or insulation. The flooring on the elevated second floor will act as a vapor barrier due to temperature differentials between the air conditioned inside and hot, humid outdoors. As a result, excess moisture will condensate and accumulate under the flooring inside of the residence providing conditions for mold growth. This is evidenced by the joint expansion, soft spots, and the bowing and bubbling observed under the floor coverings in various houses inspected.

The following are more specifics that I found on the survey:

Properties: Harbor Bay Housing Complex at McDILL AFB

Survey Observation Date: 29 FEB 2019

The scope of the services included is limited to initial report of the findings of a focused survey of irregularities and issues affecting various service member dwellings at the Harbor Bay community. The Survey was initiated by the Commander at the Special Operations Command Central as a VISUAL AND WELLNESS WALK THROUGH in support of at least 41 units that presented complaints to the management about existing deficiencies in the dwelling. The report will present an opinion on general deficient conditions as presented by the service members during the walk through and visual observations of all areas in around the house. The report is an opinion of conditions and issues affecting all properties visited and conditions that should be looked at as preventive measures that potentially will reduce water intrusion events causing excess.

Findings:

- All houses inspected were raised floor or platform dwellings with the first floor serving as un-condition garage and a storage space. The underside of the space was covered by underside siding. The siding in many properties reflected bowing and detachment.

- Some of the underside seem to be under repair. The openings of the floor assembly did not show any vapor barriers or insulation (At least R-13) on the floor system.

- Some of the floor repair in the interior of the house presented visual discoloration, water markings and mapping on the OSB floorboards. The underside of the adjacent carpet after lifting, presented dark staining and possible mold growth from exposure to high moisture from water penetration or condensation of water on the cold vinyl sheets.

- The areas covering the floor repairs was covered in Vinyl Sheet flooring. The flooring covering in all units presented swelling, sagging and separation from the OSB from apparent moisture in the OSB and failure of the tile mastic or vinyl adhesive.

- Many of the dwellings presented soft spotting on different areas of the first floor due to possible decay of the OSB sheathing for the flooring. Those spots also reflected the most swelling and sagging of the floor covering. The lack of insulation may cause

2

water vapor to and water present in the OSB sheathing to condensate under the Vinyl sheet flooring with cool temperatures from inside providing extra moisture for mold growth.

- The interior of the dwelling presented a mold and mildew smell throughout possibly from excess of moisture. Dehumidifiers were installed in a couple of dwelling and on-going monitoring is apparently being done by the housing team. Some of the de-humidifiers produced and average of 4 gallons per day of recovered moisture.

- Some of the dwellings presenting excess of moisture, presented dark discoloration and mapping around the intake opening in the ceiling. Supply vents presented dark discolorations on the vent and around the edge between the vent and the ceiling drywall joint.

- Attic access showed dark staining around the edges of the opening. No further inspection was allowed into the attic.

- Some HVAC units were freezing and thawing dripping on the carpet.

- Most of the HVAC return chambers of the units showed excess of rust and black discolorations, possibly mold.

- Apparent observable water was leaking to the first floor (source unknown) into the light fixture creating a life and health issue for the members.

- Light fixtures in the garage area did not have fixture coverings with exposed light bulbs.

- Exterior decking presented wood rot and uneven stair risers that could cause life, health and safety issues to the dwellers.

- Observable termite frass and presence of roaches present in a couple of dwelling.

## Reporting by Members:

- All service members interviewed claimed that all deficiencies were submitted to the housing office. In all cases they claimed inadequate response to any of the claims specially life, health and safety issues like the water coming out of a light fixture. Response time were mentioned from 2 months to a year in the making for some service members.

- Some service members and their family informed of constant allergies and other ailments as rash.

3

Limitation and Exclusions:

All the professional opinions presented in the survey are based solely on the scope of work conducted and referred to in this report. The report represents the conditions, assemblies, materials that were observed at the time of the field work was conducted as authorized by the unit dwellers. The scope of the work for this project did not include an in depth complete visual inspection or an assessment of other environmental conditions which might exist on the properties. The possibility of other deficiencies or mold presence inside wall cavities, insulation, attic spaces, or other areas could exist beyond the inquiry of the activities conducted during this site assessment. In addition, most certainly, conditions on the surveyed properties might have changed since the survey was conducted.

- The confirmation of the existence of mold in the surveyed dwelling can only be confirmed and done through laboratory sampling and analysis.
- The confirmation of structural failures and assembly failures can only be done by detailed further investigations into the areas that have deficiencies and not in accord to current codes.
- All remediation found should be performed by licensed mold remediation companies/contractors and remediation protocols should follow appropriate industry guidelines and standards.
- Supplemental surveys should be obtained to provide and list all underlying conditions and deficiencies that may present a life, health and safety issues to the dwellers of the units.
- The information contained in this report is for informational and educational purposes only. While it is based on professional advice, experience and expert opinion, it does not represent a health diagnosis, therapeutic recommendation or prescription of treatment. Consultation with medical advice from licensed, trained and competent medical provider for concerns with health issues should be obtained.

## C. OPINIONS

It is my opinion the subject residence the Salas family lived in was constructed the same as the other co-located residences that I inspected which lacked a vapor barrier or insulation between the first floor open air garage and the underside of the second floor living space. As a result, excess moisture is allowed to accumulate under the flooring through condensation that allows for mold growth. The Work Order detail for the subject residence includes multiple instances, even before the Salas family came to reside there, of bubbling and warping of the first floor vinyl floors. Major Salas also testified at his deposition to having seen the same problems with the floors. The results of the Expanded Fungal Report and Environmental Assessment Report found levels of molds that are consistent with moisture-based molds not typically found in homes.

It is my opinion the subject residence was constructed the same design and manner as the other co-located residences that I visually inspected which lacked a vapor barrier or insulation between the outside and the underside of the first flooring assembly. As a

4

result, excess moisture is allowed to condensate under the cold vinyl sheet floor covering and to accumulate under the flooring to create conditions to allow for mold growth. The Work Order detail for the subject residence includes multiple instances, even before the Salas family came to reside there, of soft spots, bubbling and warping of the first-floor vinyl floors covering. Major Salas also testified at his deposition to having seen the same problems with the floors. The results of the Expanded Fungal Report and Environmental Assessment Report found levels of molds that are consistent with moisture-based types of molds typically not found in homes.

It is my professional opinion based upon my education and experience as a registered architect familiar with buildings such as the subject residence, that during the time period the Salas family lived there no vapor barrier and/or insulation was installed or present. Such vapor barrier and/or insulation should have been installed during construction or upon subsequent investigation to mitigate possible condensation or a water intrusion event in the dwelling. As a result, excess moisture in the form of condensation was allowed to accumulate under the first floor flooring. This excess moisture resulted in a reservoir for which mold and other contaminates were allowed to grow without treatment or remediation exposing the family to adverse health consequences.


The report was prepared for the sole use of the client. The use of this report by anyone other than our client or Alfonso Santa is strictly prohibited without the written consent of Alfonso Santa. Portions of this report may not be used independently of the entire report.

Alfonso J. Santa, RA Fl #91,908
15130 Heathridge Dr.
Tampa, Fl 33625

10-13-2020

5

## <u>SOCCENT ENGINEERING</u>

HOUSE SURVEY

29 February 2019

SOCCENT ENGINEERING:

1) 2034 McClelland Ave.

- Under siding of the car port is bowing and detaching. Appearance of no barrier on the floor assembly.

-Water stains on the floor OSB boards. The floor assembly was on repair. The open floor assembly did not show a vapor barrier in the warm side of the floor system. Underlayment of the carpet reflected dark staining and possible molding from exposure to moisture.

-Non-working smoke detectors.

-Attic access showed dark staining around edges of the opening. No further inspection since it was locked. Further investigation recommended to eliminate possibility of molding.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member. (1 year plus with issues)

-HVAC system – return chamber of the units showed excess rust and black stains – possible molding.


SOCCENT ENGINEERING:

2) 1908 Pitsenbarger Circle.

-HVAC system – return chamber of the units showed excess rust and black stains – possible molding.

-No pest.

-Service members showed symptoms of constant allergies.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member. (3 month plus with issues).


SOCCENT ENGINEERING:

3) 8404 Roy Hooe Ct.

-Mold and mildew smell throughout.

-Excess moisture in the house.

-Dehumidifier was installed – apparent monitoring on going by the housing team.

-The center hallway design at the top of the stairs has a return vent that has been getting dark staining and molding 24" – 30" around opening. The stratification of moist air in the house in addition to the clerestory windows in the area are creating perfect conditions for mold growth. The base has installed pass through vents to provide additional ventilation to the hallway in concern.

-As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring is causing joint expansion, bowing and bubbling on the floor covering.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member. (6 month late response)

-Service member's family – child showing development of rash, eczema. Currently under dermatologist care.


SOCCENT ENGINEERING:

4) 8442 Tampa Bay Pt.

-Center Hallway Soft Spots - As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring is causing joint expansion, bowing and bubbling on the floor covering.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member. (2 month late response)

-No Medical.

-No pest.


SOCCENT ENGINEERING:

5) 8204 Fortress Dr.

-Mold and mildew smell throughout.

-Excess moisture in the house.

-Portable dehumidifier was installed – apparent monitoring on going. Equipment producing 4 gallons a day of recovered moisture.

-Center Hallway Soft Spots - As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring is causing joint expansion, bowing and bubbling on the floor covering.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.

-No Medical.

-No pest.


SOCCENT ENGINEERING:

6) 1912 Okinawa Ct.

-Due to HVAC unit freeze, the thawing from the occurrence dripped into the carpet which was repaired. Additional water was leaking to the first floor system with observable water by the service member coming out of the light fixture creating a life, health and safety issue. Housing team came out to inspect, removed the light covering and never returned. Light bulb fixture still exposed without covering. No solution to the water in the floor system has been provided by the housing team.

- As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring will be causing joint expansion, bowing and bubbling on the floor covering.

-Attic access showed dark staining around edges of the opening. No further inspection since it was locked. Further investigation recommended to eliminate possibility of molding.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.

-HVAC system – return chamber of the units showed excess rust and black stains – possible molding.

-Exterior deck stairs – uneven stair risers causing life, health and safety issues. Stairs must be change to prevent accidents. Possible law suits.

SOCCENT ENGINEERING:

7) 8216 Marauder Dr.

 - Under siding of the car port is bowing and detaching. As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring will be causing joint expansion, bowing and bubbling on the floor covering.

-Soft Spotting on the center hallway. Evidence of laminate floor expanding and bubbling.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.


SOCCENT ENGINEERING:

8) 8204 Fortress Dr.

-Mold and mildew smell throughout.

-Excess moisture in the house

-Portable dehumidifier was installed – apparent monitoring on going. Equipment producing 4 gallons a day of recovered moisture.

-Center Hallway Soft Spots - As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring is causing joint expansion, bowing and bubbling on the floor covering.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.

-No Medical.

-No pest.


SOCCENT ENGINEERING:

9) 8124 Marauder Dr.

-Excess moisture in the house

-Kitchen and center Hallway Soft Spots - As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring is causing joint expansion, bowing and bubbling on the floor covering.

- Under siding of the car port is bowing and detaching.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member. (2 Nov – Notification)

-No Medical.

-No pest.


SOCCENT ENGINEERING:

10) 8310 Billy Mitchell Loop.

-Excess moisture in the house.

-Reported water leakage into the master bedroom.

- As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring is causing joint expansion, bowing and bubbling on the floor covering.

- Under siding of the car port is bowing and detaching.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.

-No Medical.

-No pest.


SOCCENT ENGINEERING:

12) 8408 Renner Ct.

-Mold and mildew smell throughout.

-Excess moisture in the house

- Soft Spots and floor moisture in the kitchen - As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated

wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring is causing joint expansion, bowing and bubbling on the floor covering.

-Water leak under sink has returned after work order completed.  Possible moisture penetration to the flooring system.

-Air conditioning ducts very dirty.

-Termite Frass present in the dwelling.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.

-No Medical.


SOCCENT ENGINEERING:

13) 8420 Tampa Bay point.

- Soft spots in the flooring system. As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring will be causing joint expansion, bowing and bubbling on the floor covering.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.

-Exterior deck stairs – Several bad step. Presence of wood rot and uneven stair risers causing life, health and safety issues. Stairs must be change to prevent accidents. Possible law suits.


SOCCENT ENGINEERING:

14) 8508 Tampa Bay point.

-Mold and mildew smell throughout.

-Excess moisture in the house

- Soft spots in the flooring system. As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring will be causing joint expansion, bowing and bubbling on the floor covering.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.

SOCCENT ENGINEERING:

15) 8122 Marauder Dr.

-Mold and mildew smell throughout.

-Excess moisture in the house

- Soft Spots and floor moisture in the kitchen - As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring is causing joint expansion, bowing and bubbling on the floor covering.

-Water leak under sink has returned after work order completed.  Possible moisture penetration to the flooring system.

-Exterior deck stairs – Several bad step. Presence of wood rot and uneven stair risers causing life, health and safety issues. Stairs must be change to prevent accidents. Possible law suits.

- Under siding of the car port is bowing and detaching.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.

SOCCENT ENGINEERING:

16) 8508 Tampa Bay point.

-Mold and mildew smell throughout.

-Excess moisture in the house

- Soft spots in the flooring system. As inspected in other houses around the area, the floor assembly did not show the presence of a vapor barrier. The laminated wood flooring apparently is acting as a vapor barrier allowing the OSB to accumulate moisture and the growth of mold. The excess moisture in the laminated flooring will be causing joint expansion, bowing and bubbling on the floor covering.

-Water leakage behind the kitchen sink.

-Attic access showed dark staining around edges of the opening. No further inspection since it was locked. Further investigation recommended to eliminate possibility of molding.

-All deficiencies were submitted to the housing office. Inadequate response time to life, health and safety issue affecting the service member.


SUBJECT: Housing Survey for VISUAL HEALTH & WELLNESS WALK THROUGH.

The point of contact for this survey is Mr. Alfonso Santa at 813-828-7063, SOCCENT J4 Command Engineer.




Alfonso Santa, RA
SOCCENT J4 Command Engineer

# ALFONSO J. SANTA

15130 Heathridge Drive Tampa, FL 33625 – (321) 271-9488 – alfonso.santa@socom.mil

**SOF COMMAND ENGINEER, SENIOR PROJECT ARCHITECT,
CONTRACTING OFFICER REPRESENTATIVE (COR), FACILITY
ENGINEERING LEVEL III DAWIA CERTIFIED,
QUALITY ASSURANCE (QA) SPECIALIST / QA CONSTRUCTION REPRESENTATIVE.**

**Availability:**
**Job Type:** Permanent
**Work Schedule:** Full-Time

**Work Experience:**
**SOCCENT - Special Operations Command Central**
7561 Blackbird Street
Building 1043
Tampa, FL   33621-5101 United States
**05/2015 - Present**
**Salary:** 112,250.00 USD per Year
**Hours per week:** 45
**Series:** 0801 **Pay Plan:** GS **Grade:** 13 **Special Operations Command Engineer**
**Duties, Accomplishments and Related Skills:**
•Serves as the Command Engineer to the U.S. Special Operations Command Central (SOCCENT) Service Component, responsible
for special operations in the USCENTCOM Area of Responsibility (AOR).
•Specialized experience in a Command Engineer role describing expertise in engineering concepts, principles and practices applicable to
performing oversight and analysis and execution of all minor military construction, contingency construction, 10 UFC 284 Counter Narcotics,
1200 series, Exercise Related Construction and OHDACA authorities in support of the Theater Commander.
•Specialized experience in proposing facility and infrastructure real property and budgetary policy and procedural guidance for
issuance to subordinate activities, service Components, SOCOM and CENTCOM.
•Participate in the organizations regional working groups on a weekly basis. Provide advice to Director/Deputy Director of logistics
of significant issues and problems related to work accomplishment within 24hrs of discovery.
•Perform multidisciplinary professional engineering work.
•Represent the organization with a variety of installation and functional area organizations as CENTCOM and SOCOM.
•Perform theories, concepts, principles, practices, standards, methods, techniques, and materials of multidisciplinary professional
engineering to effectively apply engineering theories, principles, and concepts to areas of responsibility.
•Perform principles of planning, program management, and standard acquisition regulations, practices, and procedures. Execute projects to
comply with all applicable Federal, state, and local laws and policies. Follow-up to ensure complete and quality resolution of discrepancies.
•Knowledge of safety, security, personnel management, and EEO regulations, practices, and procedures.
•Ability to plan, organize, and direct the functions and mentor, motivate, and appraise the staff at an organization.
•Provided team leadership in the management and supervision of two rotations of teams of four Field Grade Senior Air Force Engineering
Officers (O-4, O-5), 9 ARMY Technical Engineers and an in-house Senior Engineer Deputy Officer (O-4).
•Assess and revise policies and procedures as needed to find ways to improve quality, timeliness, and efficiency of work.
•Perform self-inspection and presents detailed and comprehensive report with any corrective action taken to supervisor within
48hrs. Advises and provides counsel and mentorship to employees regarding policies, procedures, and directives of
management. Develops, modifies, and/or interprets performance standards.
•Explains performance expectations to employees and provides regular feedback on strengths and weaknesses. Holds employees
responsible for satisfactory completion of work assignments.
•Utilizes DPMAP to appraise subordinate workers performance ensuring consistency and equity in rating techniques. Recommends awards
or decorations when appropriate. Hears and resolves employee complaints and refers serious unresolved complaints to higher level
management. Initiates action to correct performance or conduct problems.
•Effects minor disciplinary measures such as warnings and reprimands and recommends action in more serious disciplinary
matters. Prepares documentation to support action taken.
•Identifies employee developmental needs and provides or arranges for training (formal and on the job) to maintain and improve job
performance. Encourages self-development while supporting the command's EEO program.
Addresses subordinates concerns, whether perceived or real, and follows up with appropriate action to correct or eliminate tension
in the workplace.
•Prepares appropriate tasks as applicable for all Adhoc duties assigned by management based on mission needs, providing
confirmation of completion by the suspense date provided with no more than 2 returns for rework.
•Provided mentorship to the engineering staff and Commandant's technical engineers about SOF requirements and facility
management in the execution during their 6 month temporary duty deployments. Created a series of Lunch and Learn lectures from
the architecture, engineering, and construction industry vendor to expose our tech engineers to some of the latest trends in
construction.
•Ability to communicate clearly, concisely, and with technical accuracy, both orally and in writing, as well as work in a professional manner
with peers, management, contractors, academia, and other agencies.
•Required to take part in readiness exercises throughout the AOR.

•Currently T/S SCI security clearance certified
•Currently DAWIA Certified Acquisition Professional Facility Engineering LEVEL III
**Supervisor**: Anthony Cash (813-828-5851)
*Okay to contact this Supervisor:* Yes

***USACE - HNC Directorate of Engineering and Support Center***
Operations Branch: OMEE
4820 University Square
Huntsville, AL   35816 United States
**07/2013 - 05/2015**
**Salary:** 95,186.00 USD per Year
**Hours per week:** 45
**Series:** 0810 **Pay Plan:** GS **Grade:** 13
**Interdisciplinary - Architect** (This is a federal job)
**Duties, Accomplishments and Related Skills:**
USACE – HNC Directorate of Engineering and Support Center
Operations Branch: Operation and Maintenance Engineering Program (OMEE)

•Work with the Operation and Maintenance Engineering Enhancement Program
•Serve as Technical Expert in the evaluation of all engineering issues for operation and maintenance of medical facilities on a world-wide basis.
•Provide support for the enhancement of the Operation and Maintenance (O&M) by developing new O&M concepts and documentation for new and existing facilities.
•Provide surveys to develop system and equipment inventories and any deficiencies and remediation requirements encountered in the process.
•Provide technical advice on Earned Value Management (EVM) for military projects.
•Provide survey identify requirements for the upgrade of life safety and critical systems to enhance public safety and to ensure accreditation of government health care facilities.
•Provide O&M contracting support to Army and Air Force activities on a world-wide basis.
•Exercising knowledge of Health facility planning, design, construction, outfitting, and/ or operations.
•Exercising knowledge of construction techniques, methods and technology, hospital functions, and/ or requirements and their effect on design and/or cost of facilities.
•Evaluating and/or reviewing medical construction standards and/or program.
•Expressing a working knowledge of related engineering disciplines such as civil, structural, electrical and/or mechanical.
•BUILDER program Technical Expert with the responsibility of performing Quality Assurance (QA) evaluations for MEDCOM, NAVY, and AFMSA Medical facilities around the world.
•BUILDER program Technical Expert Responsible for performing site visits to Medical installations worldwide to assess and validate facility requirements, determine the structural, mechanical, and electrical state and capabilities of facilities.
•Commander's Special Emphasis Group EEO board member
**Supervisor**: Richard P. Owens (256-895-1763)
**Okay to contact this Supervisor:** Contact me first

**USACE - FEST-M**
4155 Clay Street
Vicksburg, MS   39180 United States
**12/2009 - 07/2013**
**Salary:** 90,058.00 USD per Year
**Hours per week:** 40
**Series:** 0808 **Pay Plan:** GS **Grade:** 13
**Architect** (This is a federal job)
**Duties, Accomplishments and Related Skills:** Architect Forward Engineering Support Team - Main (579th FEST-M)

•Perform multidisciplinary professional architectural and engineering work. Apply a number of diverse engineering practices, techniques, and processes in the field of engineering to perform work involving the application of electronics, mechanical, and/or other engineering disciplines. Define activities to accomplish goals, anticipates problems, and develops sound solutions and/or action plans to ensure project success. Perform analysis and utilizes systematic, disciplined, quantifiable approaches to implement, develop, and document projects and program requirements.
•As the Engineer in Charge (EIC) for design or other engineering services for the project management, coordination and planning of major military facilities and host Nation.
•Performs design and develops the military construction drawings and specifications for structures such as housing, office buildings training facilities, hangars, recreation facilities, industrial shops, clinics and other similar structures. Projects may include additions and renovations to existing structures and/or new construction.
•Performs coordination of design review of military construction drawings and specifications for architectural aspects of projects, such as construction or structural rehabilitation of existing buildings, roofing systems, and other similar projects. Projects may include additions and renovations to existing structures and/or new construction. Structures typically include office buildings, training facilities, hospitals, housing, clinics, laboratories, and
Bridges.
•Responsible for master planning, organizing, directing, and coordinating a large and diverse engineering and construction programs located in the theater of operations (Kandahar, Afghanistan).
•Conducts studies and provides architectural analyses and evaluations of potential master plan of military projects. Kandahar Air Field, Afghanistan.
•Interprets customer requirements.

•Performs or directs surveys and field investigations to determine existing condition of facilities and layout information, obtain equipment data, dimensions, and make design checks.
•Performs necessary calculations, develops possible alternatives, and presents findings and alternatives in written reports and meetings with customers.
•Chairs slate/selection/negotiation boards to select qualified Architects Engineering (A-E) firms to be awarded contracts.
•Responsible for preparing all reports, including recommendations for approval, to Contracting Officer.
Monitored construction, ensuring that the architectural aspects of the project are constructed in accordance with contract plans and specifications.
•Provides technical liaison as necessary with respect to the specifications or statement of work to assure all work performed is within the scope of the contract.
•Conferred with the construction contractor and design engineer to resolve major and unusual multi-discipline engineering and construction problems or latent conditions that may arise during the design, construction and close-out phases of the project.
•Based on the problem or condition, prepares sketches or change drawings and specifications solving the problem or condition. Incorporates change documents into contract performance documents.
•Analyzes and coordinates requested design or construction changes which occur after the contract is awarded. Ensures that changes in costs, quantity, scope, schedules, design, or any other terms and
Conditions of the contract are coordinated or approved, as appropriate.
•Makes recommendations of corrective/preventative measures as appropriate.
•Conducted actions that supported one or more facet of facilities engineering in theater of operations - planning; design; construction; base operations, support, and housing; real estate; and real property maintenance.
•DAWIA – Facilities Engineering Certified Level 3
•Deployment to theater of operations as directed by the Commanding officer. Operation Enduring Freedom (Kandahar, Afghanistan), Guyana, South America (SOCSOUTH Support), Operation Ulchi Freedom, South Korea
**Supervisor**: LTC Dongha YI (601-631-7317)
**Okay to contact this Supervisor:** Yes

**United States ARMY Garrison Bagram - Directorate of Public Works**
USAG-Engineering
Bagram, Afghanistan
**02/2013 - 06/2013**
**Salary:** 90,058.00 USD per Year
**Hours per week:** 84
**Series:** 0808 **Pay Plan:** Other **Grade:** GS13
This a time-limited appointment or temporary promotion **Architect/Facility Planner** (This is a federal job)
**Duties, Accomplishments and Related Skills:**
Architect – USAG-Bagram Base Ops - Directorate of Public Works
•Provide professional architectural services for the direction, control, and appraisal of the planning, design, development, construction, alteration, cost estimates and inspection of buildings, grounds, and facilities for the USFOR-A and Base Operations –Directorate of Public Works – Bagram.
•Provide administrative and technical project management for project assigned including the planning, coordination and resolution of all contractual, engineering, and construction issues associated with the project.
•Provide technical advice on Earned Value Management for military projects in contingency operations.
•Performs as Contract Officer Representative - LEVEL C for the Regional Contracting Center - EAST Afghanistan.
•Performs design and develops the military construction drawings and specifications for structures such as housing, office buildings training facilities, hangars, recreation facilities, industrial shops, hospitals and other similar structures. Projects may include additions and renovations to existing structures and/or new construction.
•Performs engineering assignments concerning life-cycle management of multi-disciplinary engineering functions and the optimization of resources.
•Performs design review of military construction drawings and specifications for architectural aspects of projects, such as construction or structural rehabilitation of existing buildings, roofing systems, and other similar projects. Projects may include additions and renovations to existing structures and/or new construction. The types of projects include, but are not limited to, hospitals, barracks complexes, schools, commissaries, dining and communications facilities, sewage treatment plants, environmental projects, combat operations centers at Bagram Airfield and surroundings.
•Responsible for master planning, organizing, directing, and coordinating a large and diverse engineering and construction program located in the theater of operations (Bagram, Afghanistan).
•Conducts studies and provides architectural analyses and evaluations of potential projects and interpret stakeholder's requirements.
•Performs or directs surveys and field investigations to determine existing condition of facilities and layout information, obtain equipment data, dimensions, and make design checks.
•Performs necessary calculations, develops possible alternatives, and presents findings and alternatives in written reports and meetings with customers.
•Chairs slate/selection/negotiation boards to select qualified Architects Engineering (A-E) and construction firms to be awarded contracts.
•Responsible for preparing all reports, including recommendations for approval, to Contracting Officer.
•Monitors construction, ensuring that the architectural aspects of the project are constructed in accordance with contract plans and specifications.
•Served as technical liaison as necessary with respect to the specifications or statement of work to assure all work performed is within the scope of the contract.
•Coordinated contracts for civil works/military projects, developing Architect-Engineer (A-E) contract Scopes of Work (SOW), developing Independent Government Estimates (IGE), and leading a team of interdisciplinary professionals on civil works/military projects in Bagram Airfield, Afghanistan.
•Collaborated with the construction contractor and design engineer to resolve problems or latent conditions that may arise during construction.
•Analyzes and coordinates requested design or construction changes which occur after the contract is awarded. Ensures that changes in costs, quantity, scope, schedules, design, or any other terms and conditions of the contract are coordinated or approved, as appropriate.
•Monitored the contract to assure the proper utilization of government funds. Brought any significant deficiencies to the attention of the Contracting Officer.
•Presented recommendations of corrective/preventative measures as appropriate to the Contracting officer.
•Conducted actions that supported one or more facet of facilities engineering in theater of operations - planning; design;

construction; base operations, support, and housing; real estate; and real property maintenance. DAWIA – Facilities Engineering Certified Level 2
•Deployment to theater of operations as directed by the Commanding officer. Operation Enduring Freedom (Bagram, Afghanistan)
**Supervisor**: Robert B. Jolley (318-481-8710)
**Okay to contact this Supervisor:** Yes

**Toll Brothers, Inc.**
2966 Commerce Park Drive
Orlando, FL 32180 United States
**03/2006 - 02/2009**
**Salary:** 91,000.00 USD per Year
**Hours per week:** 45
**Studio Leader**
**Duties, Accomplishments and Related Skills:**
Studio Leader (Equal to GS-13)
•Manager in charge of day-to-day operations of growth-oriented studio.
•Architect of record for all subdivisions in the State of Florida.
•Overall management, control, coordination & execution of assigned projects; implement Toll Brothers corporate decisions, guidance, laws, regulations & policy in the development of projects & intermediate products in support of projects.
•Managed design and prepared construction documents for various commercial, single, and multi-family concurrent projects developed by Toll Brothers Florida divisions.
•Quality Control, reviewed and maintained master set of construction documents for each community. Developed reporting and tracking system.
•Coordinated architectural efforts, management level representation, communication and coordination with Toll Brothers Construction, development team, consultants, retailer, contractors and construction team Identified other services and secured additional work through business relationships, market research and Industry networking.
•Estimated architectural costs and fees for projects; wrote requests for proposals for consulting engineers; secured proposals, negotiated fees, executed agreements and approve invoices – all in accordance with company guidelines.
• Exercised supervisory personnel management responsibilities. Planed and assigned work and established priorities and deadlines according to work load. Advised and provided counsel to employees regarding policies, procedures, and directives established by management.
• Managed and trained architectural staff; matched assignments with the abilities of the staff in addition to monitor and control budget for studio.
•Assured compliance with all environmental, energy use, safety and security standards (code compliance)
**Supervisor**: Michael Hopkins (407-625-4951)
**Okay to contact this Supervisor:** Yes

**Song and Associates, Inc.**
400 S. Australian Ave. # 600
West Palm Beach, FL   33401 United States
**10/2005 - 02/2006**
**Salary:** 83,000.00 USD per Year
**Hours per week:** 50

**Architect/Project Manager**
**Duties, Accomplishments and Related Skills:**
Architectural Project Manager (Equal to GS-13)
•Design, production, and management of projects involving programming studies, schematic design, design development, technical specifications, construction level drawings, and construction phase support. Projects include mixed and multifamily high-rise developments, commercial projects, new facilities, expansions, and rehabilitation projects for the private and public sector clients.
•Served as Project manager of an interdisciplinary team of architects, engineers, construction representatives, and technicians responsible for all technical matters related to the development and execution of a design project. Projects are for design, construction, alteration, remodeling, extension, repair preservation, and improvement of buildings, lease space, and related equipment and facilities.
•Managed the development of multiple architectural projects and provide programming, schematic design, and design development in the commercial and high-rise industry.
•Assure compliance with all regulatory Federal, state, local codes including environmental, energy use, safety and security standards.
•Organize and prepare programming and feasibility studies, reports, design presentation drawings, contract documents, and evaluations of life safety and accessibility issues.
**Supervisor**: Ray Manning (561-655-2423)
**Okay to contact this Supervisor:** Yes

**Building Management Systems**
1675 S. John Rodes Blvd
Melbourne, FL 32904 United
States **07/2003 - 07/2005**
**Salary:** 65,000.00 USD per Year
**Hours per week:** 45
**Architect, VP of Architectural Services Duties, Accomplishments and Related Skills:**
Vice President of Architectural Services, Architect
•Design, layout, and compliance with design intent during construction of projects.
•Prepare architectural plans, design, analyses, and specifications using computer aided design technology for a variety of
commercial and institutional projects.
•Prepare and/or review complete architectural plans and specifications for new construction, renovation, or rehabilitation of a variety of
projects. Coordinate the architectural features with the mechanical, electrical,
And structural sections to ensure that all technical areas were covered, areas of overlapping responsibilities between technical disciplines
receive proper design attention, and that total building objectives and schedules are met.
•Provide support during construction. Serve in a consulting capacity to, and as a troubleshooter for, the construction. Monitor and/or
manage new construction design, renovation and improvement scheme for a variety of properties.
•Participate in meetings with contractors and client to assure adherence to schedules and designs.
•Evaluate programs and projects to assure compliance with all environmental, energy use, safety and security standards.
**Supervisor**: Jim Monarchy (321-288-8006)
**Okay to contact this Supervisor:** Yes

**AJS Designers and Consultants**
Calle Progresso # 8 Altos
Aguadilla, PR 00605 United States
**01/1998 - 06/2003**
**Salary:** 75,000.00 USD per Year
**Hours per week:** 65
**Architect - Principal**
**Duties, Accomplishments and Related Skills:**
Principal Architect Supervisor: Self-employed
•Principal Manager and architect of records
•Prepare architectural plans, design, analyses, and specifications using computer aided design technology for projects for new
construction, renovation, or rehabilitation of a variety of projects. Projects include: single family and multistory housing, commercial
and hospitality buildings, and Pre-Cast construction.
•Ensure that areas of overlapping responsibilities between technical disciplines receive proper design attention, and that schedules are met.
•Management of contractors and client during construction to assure adherence to schedules and designs.
•Establish and maintain liaison with government agencies, and construction engineers involved in a project.
**Supervisor**: Self

**Municipality of Aguadilla**
Calle San Carlos - City Hall
Aguadilla, PR 00605 United
States **03/1994 - 12/1998**
**Salary:** 26,000.00 USD per Year
**Hours per week:** 45
**Director - Planning Office**
**Duties, Accomplishments and Related Skills:**
Director – Planning Office (Equal to GS-14) Supervisor: Mayor Ramon Calera Bermudez Deceased
•Served as Planning Director for the City of Aguadilla which duties included master planning, space planning, real property
management, facilities operation and maintenance; design for modification and construction of facilities; facilities management; energy
conservation and environmental compliance; maintenance and repair projects; and construction safety.
•Supervise an interdisciplinary technical team of responsible for all matters related to the development and execution of an overall repair and
alteration program as assigned by the Mayor's office. The projects assigned are for design, construction, alteration, remodeling, extension,
repair, preservation, and improvement of Government buildings, lease space, and related equipment and facilities.
•Planed, scheduled, assigned and reviewed the activities of project team composed of architects, engineers, construction
representatives, and technicians.
•Coordinated in-house design projects and building evaluations/inspections assigned to the geographic staff.
Determined personnel required to complete projects and the need for coordination with other architects or engineers consultants,
and other personnel within the Municipal government.
•Involved in complete contracting procedures for Architect-Engineer firms, including the development of selection criteria, development
of contract documents, possible selection of the Architect-Engineer firms, and contract negotiations for required design services.
•Participated in the preparation of architectural and engineering services cost estimates in that subordinates prepare detailed cost
estimates to obtain or verify project funding and bid evaluation. Made interpretations of contract requirements; obtained, reviewed,
recommended proposals for contract modifications and costs;
•Analyzed and made recommendations on contractors' claims and contract requirements in
dispute and •Recommended approval or rejection of contractors' requests for extensions of
contract completion time.
•Coordinated and conducted detailed reviews of reports, surveys, drawings, specifications, estimates and amendments prepared
by private architectural-engineering firms.
•Reviewed work for compliance with specifications, technical accuracy, and adherence to applicable codes.
•Implemented and scheduled preconstruction conferences, progress and final inspections and assigns subordinates to arrange and participate
in these inspections and conferences.
•Evaluated design and construction objectives and identified the optimal procedures for renovation, design, and construction, ncluding
in-house design and/or use of an A/E firm in support to customers, executed contract administration and management roles, obtaining
customer input on deficiencies and other contractual issues as they arise.
•Developed and approved a cost effective contract quality assurance plan; set policies and approved procedures for quality

assurance/quality control processes; oversee contractor's quality control and performance; informed the contracting officer of any technical or contractual difficulties encountered; Informed the contractor of failures to comply with technical requirements of the contract; monitors, coordinated and/or oversaw the work of on-site contractor personnel; prepared and approved cost estimates; approved proposed contract changes including those which are technical in nature.
•Assigned to plan, program and budget funds in accordance with Agency pricing policy throughout all phases of assigned projects by the Mayor's office.
•Collaborate with all stakeholders on broad phases of planning, developing, and establishing engineering & construction policies for the Municipality.
•Worked in the procurement of Federal funding from HUD and USACE for vertical and horizontal projects. Projects included HUD – Las Animas Condos, USACE – Aguadilla Breakwater and USACE – El Ojo de Agua Project.
•Team leader in the preparation of citywide preparation and damage assessments for Natural disasters.
•Program manager for the Master Zoning Plan for the City of Aguadilla and its regulatory amendments to the existing zoning ordinances and laws.
•Review zoning petitions for conformity and relationship to the land use plan
•Represent the City in Planning Board and committees and State agencies
•Spokesperson for the projects in conducting internal and external activities needed to integrate and facilitate project. Assure the efficient, effective, and timely accomplishment and coordination for capital developments and environmental projects. Coordination and administration of Community Development Block Grants (CDBG) funds and its implementation.
•Served as liaison with Federal agencies such as the USACE as project manager and partner in horizontal projects such as the Aguadilla Harbor Breakwater and El Ojo de Agua flood control
**Supervisor**: Mayor Ramon Calero Bermudez
**Okay to contact this Supervisor:** No (Deceased)


**Municipality of Aguadilla**
Calle San Carlos - City Hall
Aguadilla, PR 00605 United
States **03/1994 - 12/1998**
**Salary:** 26,000.00 USD per Year
**Hours per week:** 45
**Deputy Director - Program Manager -Federal Programs Office**
**Duties, Accomplishments and Related Skills:**
Interim Director – Federal Programs Office (Equal to GS-13)
•Program Manager in charge of the development of low/moderate multi-family housings.
•Evaluated project designs and prepared estimates & Schedules
•Organized and empowered Community Housing Development Organization for the Municipality
•Responsibility for architectural determinations concerning contract awards or other major aspects of design and construction work to be performed by consultants.
•Federal Liaison for procurement, contracting and acquisition for the program. Obtain and allocate resources and associated funds necessary to support the programs mission.
• Make long-range plans for changes in functions & programs including projecting workload & manpower needs.
**Supervisor**: Mayor Ramon Calero Bermudez
**Okay to contact this Supervisor:** No (Deceased)


**Education:**

**University of Minnesota** Minneapolis, MN United
States Professional 06/1991
**GPA:** 2.5 of a maximum 4.0
**Credits Earned:** 352 Quarter
hours **Major:** Architecture

**Relevant Coursework, Licenses and Certifications:**
Seminars:
•USACE/NAVFAC Construction Quality Management for Contractors
•USACE Design Built
•AF –IT WMGT- 421 Contracting for Civil Engineers
•USACE Project Management – MIL CON PROJECTS
•USACE Protective Design Center – Security Engineering for Military Installations
•ARMY FACILITIES COMPONENT SYSTEMS - TCMS
•USACE RP Master Planning Visualization Techniques
•Disaster Evaluator under the California Emergency Management Agency
•Advance Florida Building Code – 08F052
•2007 Florida Building Code – 08F056
•DAU - ACQ101Fundamentals of Systems Acquisition Management
•DAU – Contracting Officer Representative with a Mission Focus
•DAU – Contracting Officer Representative in a Contingency Environment
•DAU – Contracting Officer Representative (COR)
•DAU – Contract Source Selection
•American with Disabilities Act – Section 504
•CM & PI Construction & Project Management
•OSHA Academy 40 hr.
•FEMA: is-00100.FWa Introduction to Incident Command System Training
•FEMA: is-00700.a National Incident Management System Training
•USACE – Civil Level One Training
•FEMA: is- 240 Leadership and Influence
•USACE – Search and Rescue Structural Collapse Awareness Training

- USACE – MVD Work Violence Awareness Training
- USACE – MVD Level I Anti-terrorism Supplemental Training
- USACE – MVD Annual Security Education Training
- USACE – MVD Combating Trafficking in Persons Training
- USACE – BGAN
- USACE – IKE w/GATER Training
- Professional Registrations/Certifications/ Affiliations
- Professional Architectural Registrations/Licenses: Florida AR # 91,908, Puerto Rico # 13,097
- US Search & Rescue –Search and Rescue Structural Specialist - Certified
- USACE/NAVFAC Construction Quality Management for Contractors - Certified
- AIA – Disaster Assistance Program – Disaster Volunteer - Certified
- DAWIA - Acquisition Professional – Facilities Engineering Level 3 Certified
- Florida Green Home Certification – Green Home Certifier
- National Council of Architectural Registration Board (NCARB)

**Job Related Training:**

**Professional Registrations/Certifications/ Affiliations**

- Professional Architectural Registrations/Licenses:
Florida AR # 91,908
Puerto Rico # 13,097
Alabama # 7,326
- US Search & Rescue –Search and Rescue Structural Specialist - Certified
- USACE/NAVFAC Construction Quality Management for Contractors - Certified
- AIA – Disaster Assistance Program – Disaster Volunteer - Certified
- DAWIA - Acquisition Professional – Facilities Engineering Level III Certified
- VCE-COR LEVEL C certified
- Florida Green Home Certification – Green Home Certifier Florida Green Home Certification – Green Home Certifier
- National Council of Architectural Registration Board (NCARB)
- American Institute of Architects (AIA)
- College of Architects and Landscape Architects of Puerto Rico (CAAPPR)

**Seminars**:

- BUILDER - Condition Assessment Training
- ASHE - Health Care Construction Certification
- USACE/NAVFAC Construction Quality Management for Contractors
- USACE Design Built
- USACE Project Management – MIL CON PROJECTS
- USACE Protective Design Center – Security Engineering for Military Installations
- ARMY FACILITIES COMPONENT SYSTEMS - TCMS
- USACE RP Master Planning Visualization Techniques
- Disaster Evaluator under the California Emergency Management Agency
- Advance Florida Building Code – 08F052
- 2007 Florida Building Code – 08F056
- DAU - Fundamentals of Systems Acquisition Management (ACQ101)
- DAU – Contracting Officer Representative with a Mission Focus (CKC 106)
- DAU – Contracting Officer Representative in a Contingency Environment
- DAU – Contracting Officer Representative (COR) (CLC 222)
- DAU – Contract Source Selection
- DAU – Six Sigma: Concepts and Processes ((CLE 108)
- DAU – Risk Management ((CLM 107)
- DAU – Project Management (HBS 435)
- DAU – Quality Assurance Auditing (CLM 103)
- DAU – Overview of Acquisitions Ethics (CLM 003)
- American with Disabilities Act – Section 504
- CM & PI Construction & Project Management
- OSHA Academy 40 hr.
- FEMA: is-00100.FWa Introduction to Incident Command System Training
- FEMA: is-00700.a National Incident Management System Training
- USACE – Civil Level One Training
- FEMA: is- 240 Leadership and Influence
- USACE – Search and Rescue Structural Collapse Awareness Training
- USACE – MVD Work Violence Awareness Training
- USACE – MVD Level I Anti-terrorism Supplemental Training
- USACE – MVD Annual Security Education Training
- USACE – MVD Combating Trafficking in Persons Training
- USACE – BGAN
- USACE – IKE w/GATER Training

**Language Skills:**

| Language | Spoken | Written | Read |
| --- | --- | --- | --- |
| Spanish | Advanced | Advanced | Advanced |

**Professional Organizations:**

- American Institute of Architects - Member
- NCARB - member

| Name | Employer | Title | Phone | Email |
|------|----------|-------|-------|-------|
| RADM Hugh W. Howard | USSOCOM NSW | Commanding General | 619-537-5465 | hugh.howard@socom.mil |
| RADM Frank M. Bradley | SOCCENT | Commanding General | 813-385-2548 | frank.m.bradley.mil@socom.mil |

**Additional Information:**

**QUALIFICATIONS:**

•Professional knowledge of architectural engineering concepts, principles, and practices applicable to the full range of duties concerned with the design, layout, and construction of facilities structures such as multi-story office buildings, steam plants, industrial type shops, and recreation facilities normally found on military installations.
•Knowledge of a wide range of multidisciplinary professional facility engineering theories, concepts, principles, standards, methods, techniques, materials, and equipment, as well as knowledge of standard construction and contracting regulations, practices and procedures.
•Ability to make cost analysis and estimates, conduct site surveys, review and interpret project plans and specifications, schedule operations and inspect work in progress as well as completed and final acceptance of completed work.
•Knowledge of standard observation, measuring, and analysis techniques and test equipment. Ability to consolidate the findings of others, evaluates recommendations and facts, and prepares specifications.
•Knowledge of the principles of planning and program management; common business and economic principles, theories, concepts, and procedures; financial management principles and standards.
•Ability to manage functions & programs including projecting workload & manpower recourses.
•Ability to plan, organize, and direct the functions and staff of a small to medium sized organization.
•Knowledge of computer aided design software and hardware used in the design process.
•Registration as a professional architect Alabama, Florida, Puerto Rico.
•Certified DAWIA Facility Engineer Level 3
•Certified Contract Officer Representative VCE-COR
•Maintain a Secret Clearance based on an ANACI. 20-MAR-2020CORE COMPETENCIES:

Licensed Architecture, USACE/NAVFAC Construction Quality Management for Contractors, Security Engineering, Project Management, Site Due Diligence and Development, Schematics, Design Development, Construction Document, Presentations, QC/QA, Commercial/Residential Development, Building codes, Standards, Life-Safety Regulations, Cost Estimates, RFI, RFP, Feasibility Studies, Acquisition, Contracting, Negotiation, FAR, Agreement Execution, Staff Management and Training, Environmental Compliance, P&L reports, Client Communication and Interfacing, Pre- Cast construction, Pre-stressed concrete, Federal Program Guidelines, HUD, Fair Housing, FEMA, OSHA, Florida Green Home Certified, Americans with Disabilities Act (ADA), Uniform Federal Accessibility Standards (UFAS), Microsoft Word, Microsoft Excel, Microsoft Project, AutoCAD, Sketch Up, BIM, Spanish Linguist , Tele Engineering Communications Equipment (TCE), TCMS, Construction Deployment Safety Training, Contract Officer Representative, Facility Engineering DAWIA Certified Level 3

**COMMENDATIONS:**

•SOCCENT Civilian of the Year Award 2019
•AIR FORCE Meritorious Civilian Service Medal Award 2019
•ARMY Superior Civilian Service Award 2011
•ARMY Bagram Garrison Command - Commander's Award for Civilian Service 2013
•ARMY Achievement Medal for Civilian Service 2011
•COMKAF Commendation - ISAF Commander Kandahar Airfield 2011
•Romanian National Command Element - Certificate of Appreciation 2011
•US Forces Afghanistan South - Certificate of Appreciation 2011
•Secretary of Defense Medal – Global War on Terror 2010
•Secretary of Defense Medal – Global War on Terror 2013
•USACE 579th Engineering Detachment -Commanders Gold Star Award 2011
•USACE 579th Engineering Detachment - Commanders Coin Commendation 2011
•USACE MVD Commendation Major General Michael J. Walsh
•USACE MVD Commendation Major General John W. Peabody
•USACE LT General Robert Van Antwerp Jr. - Chief of Engineers Coin Commendation
•SOCCENT Commander - MG Darsie D. Rogers - 2 Coin Commendations
•SOCCENT Deputy Commander - Coin Commendation
•Third Naval Construction Regiment - 3 Coin Commendation
•Egyptian ARMY Field Hospital - Commendation General Mohammed Gab Alla

# Whole World Health Care, P.C.

## Scott W. McMahon, MD

November 5, 2019

RE: Alexander and Juan Salas

To whom it may concern:

I am writing this letter regarding the health status of Alexander Salas and his father, Juan Salas. Alexander is a 4 y/o Hispanic male who has chronic inflammatory response syndrome (CIRS). Juan is a 38 y/o Hispanic male who may have CIRS and has suffered permanent hearing loss as a result of undertaking a parachute jump while very congested.

I saw Alexander Salas in July 2019. At that time, he manifested 20 of the 37 diagnostic CIRS symptoms. These covered 7 of 9 body systems reviewed and encompassed 11 of 13 diagnostic clusters (≥6 is diagnostic for children <11 years old). Children Alexander's age, who do not have CIRS, typically have no symptoms or illness, and when acutely ill with age-appropriate sicknesses such as respiratory infections, develop single system illness. To have 20 symptoms in 7 systems is astounding at 3 years of age.

The Salas' had an environmental history, through their on-base housing at MacDill AFB, that was consistent with exposure to mold. Visible mold and musty smells were appreciated. Commercial testing revealed elevated levels of mold. *Chaetomium* and other molds were elevated via spore trap and MSQ-PCR testing. The presence of *Chaetomium* confirms the presence of large amounts of water (near-saturation levels) for weeks or even months. The preliminary diagnosis of CIRS due to the chronic exposure to the interior of a water-damaged building (WDB), or CIRS-WDB, was given to Alexander. Lab tests were obtained to confirm CIRS and treatment was started due to a high number of symptom clusters.

Out of 10 diagnostic tests, Alexander had 9 tested and 4 were abnormal. To confirm the diagnosis of CIRS, in Alexander's age group, one needs only **4 abnormal lab tests of the 10**. The likelihood of having 4 abnormal lab tests by chance alone is only 1 chance in 100 million blood draws. The peer-reviewed and published CIRS diagnostic error rate in children <11 years old with ≥6 symptom clusters and ≥4 abnormal lab tests is 1.1 errors in a million chances. Alexander meets every criteria for every published diagnostic scheme for CIRS. Alexander has CIRS.

I am certified and specialize in the diagnosis and treatment of CIRS. I have published, have spoken widely and have testified as an expert witness about CIRS in several states. My practice consists of only CIRS patients - about 1500 - from 45 states and 15 countries.

CIRS is a chronic, progressive, debilitating disease which is triggered by environmental exposures. It is an illness which affects the immune system first, then through several mechanisms, the rest of the body's

*109 W. Bland St., Suite A*
*Roswell, NM  88203*
*575-627-5571*
*Fax:  575-627-6430*

*Monday - Friday*
*8:00 am - 5:00 pm*
*www.wholeworldhealthcare.com*
*wwhcinfo@wholeworldhealthcare.com*

# EXHIBIT 2



systems. The most common trigger amongst CIRS patients is chronic exposure to the interior of water-damaged buildings (WDB). Microscopic molds and bacteria are everywhere including inside building walls, attics, basements, crawl spaces and even on most people's skin. Small amounts of "everywhere" molds are not usually dangerous to human health. But just add water to the interior of a building and mold and bacterial colonies grow explosively even to the point of being able to be smelled and/or seen (by their stains or visible mold growth). These are the amplified mold and bacterial growths which, with chronic exposure, can create significant health problems in humans. Improper remediation without attention to small particles makes a building worse as fragments of dead microbes outnumber spores found on spore trap collection by a factor of 514:1 and also trigger CIRS.

Alexander Salas has been permanently affected by CIRS. CIRS is an immune system illness and his immune system has been affected, chronically. He has suffered from unusual-for-age infections since he was 3 months old requiring significant interventions, such as surgical removal of a parotid gland and associated lymph nodes. He is now requiring IVIG every 10 days and may continue to need this for life. He will need CIRS therapy for life.

Major Juan Salas was and had been chronically congested on the night of his parachute jump that caused his hearing loss. The congestion was likely due to IgE-mediated allergies from living in a moldy house. The congestion could have been due to known irritation that occurs in non-allergic people who are chronically exposed to mold. Major Salas might have CIRS and chronic congestion is one of the 37 diagnostic symptoms. His 3-year-old son, Alexander, was sneezing up so much congestion (at the same time as the hearing loss causing parachute jump) that his sheets had to be changed every day. Regardless of the exact pathophysiology, or combination of factors, Major Salas was chronically exposed to mold in his base housing and was chronically congested in his nose and sinuses when he ascended to a height of 10,000 feet for a parachute jump from a non-pressurized military plane during a training exercise.

It is estimated that a parachute jump from 10,000 feet would take roughly 30 seconds. Descending 2 miles in ½ a minute averages to a speed of around 120 miles an hour (MPH), going straight down. The maximum velocity would be considerably higher as the parachute significantly slows descent.

The atmospheric pressure at sea level is 760 mm Hg (29.9 inches Hg). At 10,000 feet, the pressure is 523 mm Hg (24.9 inches Hg). The body equilibrates pressure changes through the Eustachian tubes. Inflammation and congestion hinder the Eustachian tubes from allowing rapid equilibration of pressure.

Most of us have had our ears "pop" while descending in a commercial plane. If they do not pop quickly, the pain can be quite intense. While in medical school, and with nasal congestion, I drove once from roughly sea level, on Christmas break, to Lake Tahoe, Nevada. I drove home with congestion and my Eustachian tube function was impaired. I descended roughly 8000 feet in elevation (~1 ½ mile) over 60 minutes. When the pressure change could not be relieved through the Eustachian tube, the pressure pushed against the ear drum (tympanic membrane). This is called barotrauma and occurred with my descent of roughly 1 ½ MPH. My ears hurt so much I could not get out of bed the next day. School was

*109 W. Bland St., Suite A*
*Roswell, NM 88203*
*575-627-5571*
*Fax: 575-627-6430*

*Monday - Friday*
*8:00 am - 5:00 pm*
*www.wholeworldhealthcare.com*
*wwhcinfo@wholeworldhealthcare.com*



approaching and I missed the entire 1st week of my second semester of medical school due to the barotrauma I suffered over that one hour.

If I suffered such damage in my relatively slow rate of descent (1 ½ MPH), imagine what Major Salas' right ear endured as a result of a parachute jump that night (>120 MPH maximum descent velocity). His average descent was around 80 times faster than mine and his maximum descent velocity exceeded that. Because of his congestion, the Eustachian tubes were not functioning adequately. The extremely rapid descent of a jump caused Major Salas' middle ear on the right side to explode. He had instantaneous hearing loss at the time, which has persisted, and is now considered permanent. There is no doubt what caused the loss.

If there are any further questions, please contact me as below.

Sincerely,

Scott W. McMahon, MD

109 W. Bland St., Suite A
Roswell, NM  88203
575-627-5571
Fax:  575-627-6430

Monday - Friday
8:00 am - 5:00 pm
www.wholeworldhealthcare.com
wwhcinfo@wholeworldhealthcare.com

Scott W. McMahon, MD
309 S. Kentucky Ave.
Roswell, NM  88203
575.627.5571 (office)     575.910.2898 (cell)
June 2020

**Professional Experience**

FHL Pediatrics, LLC – Pediatrics (2014 – 2020)
A Group of One Pediatrician and Two Nurse Practitioners

Whole World Health Care, PC, dba Elite Medical Clinic –- Roswell (2010 - 2014)
A Multi-specialty Group

Whole World Health Care, PC – Pediatrics and Adults – Founder and President (2009 - present)
An Organization designed to meet health care issues here and abroad – specializing in the diagnosis and treatment of Chronic Inflammatory Response Syndrome

La Casa de Buena Salud, Los Niños Pediatrics – Pediatrics (2008 - 2012)
A Multi-specialty Group

Roswell Medical Clinic – Pediatrics (2006 – 2008)
A Multi-specialty Group

Covenant Care Pediatrics – Pediatrics (1999 – 2005)
A Group of One Pediatrician and One Nurse Practitioner

BCA Medical Associates, PA – Pediatrics (1992 – 1998)
A Group of Five Pediatricians

**Education**

Undergraduate
        Modesto Junior College, Modesto, CA (1978 – 1983)
        San Joaquin Delta College, Stockton, CA (1982 – 1984)
        Creighton University, BS Degree in Chemistry, Omaha, NE (1983-1985)

Graduate
        Creighton University School of Medicine, Omaha, NE, MD Degree (1985 – 1989)

Internship and Residency
        Duke University Medical Center, Durham, NC (1989 – 1992)

**Medical Activities (Past and Present)**

Certified American Board of Pediatrics
Certified Shoemaker Protocol for Diagnosis and Treatment of Chronic Inflammatory Response Syndrome
Completed NIH training – Human Research Protection Program (2013)
Completed CITI training – Biomedical Research (2018)
Principle Investigator qualified – Copernicus IRB (2013 – present)

Principle Investigator qualified – Burrell College of Osteopathic Medicine IRB (2018 – present)
Fellow American Academy of Pediatrics
New Mexico Medical Society
Chaves County Medical Society
Volunteer Faculty, Eastern New Mexico Medical Center Family Practice Residency Center
Volunteer Faculty, University of New Mexico Medical School of Medicine
Volunteer Faculty, Eastern New Mexico University – Roswell (ENMU-R)
Clinical Assistant Professor, Burrell College of Osteopathic Medicine (2017 – present)
Board of Directors, Respiratory Therapy Program (ENMU-R)
Medical Director, Marshall Infirmary, New Mexico Military Institute (2003 – 2009)

**Licensure**

NM Board of Medical Examiners (#92-302)

**Grants**

CATCH (American Academy of Pediatrics) – "Healing Hands Sick Daycare" - 2005
CATCH (American Academy of Pediatrics) – "The Learning Center" – 2004

**Presentations**

When Data Matters- May 2020
       It Takes a Village
       Implementing the Shoemaker Protocol
       Research Update – 10 Years Data… and More
There's Nothing Alien About CIRS – August 2019
       A Tale of Two Epidemics
New Mexico Society of Respiratory Care – August 2019
       Chronic Cough in Children
       Keynote Speaker – Hypersensitivity Pneumonitis: The Other HP
A Meeting of the Minds – January 2019
       What is CIRS: Explanations for Medically Unexplained Symptoms
       PANS, CANS, CIRS and Bears
       State of the Art CIRS Practice
Cutting Edge in Science and Medicine of CIRS – May 2018
       Pediatrics, POTS and PANS
       How to Become an Expert Witness – CIRS in Courts
       The HCT 280 Air Purifier vs. CIRS
State of the Art in CIRS II – October 2016
       Alternate Means to Diagnosis
       Experience the First 6 Years
       Keynote Speaker - New Horizons
Texas CIRS Virtual Conference – April 2016
       CIRS Labs: The Who, What, Where, When, How and Why
State of the Art in CIRS II – November 2015
       CIRS – Chronic Headaches and Abdominal Pains in Adults and Children
       NeuroQuant® – What Was, What Is and Is to Come
State of the Art in CIRS – October 2014
       CIRS – Adults vs. Peds
       CIRS – NeuroQuant® II

Biotoxin Illness Seminar – October 2013
       Chronic Inflammatory Response Syndrome: Pediatric Pearls
       Chronic Inflammatory Response Syndrome: Physical Findings
New Mexico Respiratory Therapy Society
       January 2014 – Indoor Air Contaminants
       January 2013 - Asthma Care – What's New?
       January 2012 - Negative Pressure Ventilation – The Original "Iron Man"
       January 2011 - Pediatric Mold Exposure Revisited
       January 2010 - Pediatric Mold Exposure: The Next Great Epidemic?
       January 2009 - Pediatric Airway Emergencies – What Causes Them?
       January 2008 - Respiratory Syncytial Virus
       January 2007 - Cystic Fibrosis and Influenza
       January 2006 - Pediatric Pulmonary Practice and PFT's
New Mexico Pediatric Society – September, 2005 – Travel Medicine


**Papers**

Dooley M, McMahon S. A Comprehensive Review of Mold Research Literature from 2011 – 2018. Internal Medicine Review. 2020;6(1):1-39.

Shoemaker RC, Johnson K, Jim L, Berry Y, Dooley M, Ryan J, McMahon SW.  Diagnostic Process for Chronic Inflammatory Response Syndrome (CIRS): A Consensus Statement Report of the Consensus Committee of Surviving Mold.  Internal Medicine Review. 2018;5(4):1-47.

Shoemaker RC, Katz D, Ackerley M, Rapaport S, McMahon SW, Berndston K, Ryan JC. Intranasal VIP safely restores volume to multiple grey matter nuclei in patients with CIRS. Internal Medicine Review. April 2017;3(4):1-14. 3.10.18103/imr.v3i4.412.

McMahon SW, Kundomal KA, Yangalasetty S. Pediatrics Norms for Visual Contrast Sensitivity Using an APT VCS Tester. Medical Research Archives, May 2017;5(5):1-9.

McMahon, SW. An Evaluation of Alternate Means to Diagnose Chronic Inflammatory Response Syndrome and Determine Prevalence. Medical Research Archives, March 2017;5(3):1-18.

Berndtson K, McMahon SW, Ackerley M, Rapaport S, Gupta S, Shoemaker RC. CONSENSUS STATEMENT - Part 1. Medically sound investigation and remediation of water-damaged buildings in cases of CIRS-WDB.  Medically sound investigation and remediation of water-damaged buildings in cases of chronic inflammatory response syndrome. January 19, 2016. https://www.survivingmold.com/docs/MEDICAL_CONSENSUS_1_19_2016_INDOOR_AIR_K B_FINAL.pdf. In peer review.

McMahon SW, Shoemaker RC, Ryan JC (2016) Reduction in Forebrain Parenchymal and Cortical Grey Matter Swelling across Treatment Groups in Patients with Inflammatory Illness Acquired Following Exposure to Water-Damaged Buildings. J Neurosci Clin Res 1:1.

Shoemaker RC, House D, Ryan JC. Structural brain abnormalities in patients with inflammatory illness acquired following exposure to water-damaged buildings: a volumetric MRI study using NeuroQuant®. Neurotoxicol Teratol. - 9/1/201.  (Principal Investigator, Reviewer).

Shoemaker RC, Mark L, McMahon S, Thrasher JD, Grimes C. Research Committee Report on Diagnosis and Treatment of Chronic Inflammatory Response Syndrome Caused by Exposure to the Interior Environment of Water-Damaged Buildings. e-published July 27, 2010. Find at: http://globalindoorhealthnetwork.com/files/Research_Committee_Report_on_Diagnosis_and_Treatment_of_CIRS_WDB_July_27_2010.pdf

## Posters
State of the Art in CIRS II – October 2016 – Visual Contrast Sensitivity Testing in Children

## Legal Work
Involved in >45 personal injury suits for both plaintiffs and defense
Testified in 7 trials, given deposition 19 times
Qualified as an expert in CIRS and/or mold-based illnesses in Arizona, Colorado, New York and 3 jurisdictions in New Mexico (Louisiana settled just prior to trial)
Defeated Daubert (*motion in limine*) in Louisiana, Colorado and Arizona

## Miscellaneous
Testified before 9 Congressional aides regarding mold in military housing – December 2, 2019
U.S. Government Accountability Office regarding housing of military families – March 20, 2019
Wrote the foreword for Surviving and Thriving: A Recovery Manual for Patients and Families Impacted by CIRS.  Paula Vetter, Laurie Rossi, Cindy Edwards.  2017.
Interviewed mold expert in the documentary movie, "MOLDY", by Dave Asprey, 2015.

## Other Pursuits

International Missions – Mexico, Nigeria, Uganda
Pastor – Yahweh's House of Worship
Founder – The Joseph Foundation, Inc.

Cases Using Expert Witness Testimony by Dr. Scott McMahon in the Last 5 Years
June 2020

**Depositions**

*Haneet Kumar et al. v Williams Portfolio 7, Inc.*
USDC Case No.: 2:14-cv-00657RAJ
Telephonic deposition on 8/19/15
Attorney: Frank Cornelius Jr.

*Quintana et al. v Board of County Commissioners of Santa Fe County et al.*
Cause N. D-0101-CV-2014-00269
Deposition on 10/13/15
Attorneys: Roger Wagman and Jamie Sullivan

*Hollie Henderson-Burton v. The Tomanek Group, LLC et al.*
Case No. CV14-02468 Dept. No. 9
Deposition on 9/17/16
Attorney: Zachariah B. Parry

*Richard James Gonzagowski v. Allstate Indemnity Company and Steamatic of Albuquerque, Inc., et al.*
No. D-202-CV-2015-06572
Deposition on 10/21/16
Attorneys: James T. Roach, Sonya Burke, Craig Erickson

*Stephanie Reinhardt v. County of Santa Clara and County of Santa Clara*
Workers Compensation Appeals Board of the State of California No. ADJ9538234
Telephonic deposition on 12/16/16
Attorney: Todd A. Johnson

*Angela Chavez, et al. v. Varela Real Estate, Inc. and William and Vivian Lentz*
Case No. D-101-CV-2015-02763
Deposition on 3/24/17
Attorneys: David H. Urias and Tom Quinn

*Deborah Fleming v. Cynthia Baker-Kowalik, et al.*
Case No. CV2015-006332
Internet (Skype) deposition on 4/7/17
Attorneys: LaShawn Jenkins and Corey Hill

*JoAnn J. Courvelle v. CW NOLA Properties, LLC, et al*
CDC Case No. 15-3870
Deposition 8/14/17
Attorneys: David Browne, John J. Hainkel III, Kevin A. Marks
Defeated pre-trial motion *in limine* by Daubert standards

*Stephanie Reinhardt v. County of Santa Clara and County of Santa Clara*
Workers Compensation Appeals Board of the State of California No. ADJ9538234
Telephonic deposition, part 2, on 10/25/17
Attorney: Todd A. Johnson

*JoAnn J. Courvelle v. CW NOLA Properties, LLC, et al*
CDC Case No. 15-3870
Deposition, part 2, 5/18/18
Attorneys: Marc Frrishhertz, John J. Hainkel III, Kevin A. Marks
Defeated pre-trial motion *in limine* by Daubert standards (Louisiana)

*Douglas Holloway et al. v. Daryl Swanstrom, et al*
No. CV 2016-1260
Deposition 6/1/18
Attorneys: Dave Wise, Thomas Luciani, JD Osborn, Mark Ellingsen, Karen Wychell

*Lauren C. Galliano, et al. v. Richard J. Carrere, Jr., et al.*
No. 2016-10032
Deposition 10/19/18
Attorney:  David Vicknair

*Michelle Ricci, et al. v. Lambros Gianos, et al.*
Case No. 2017CV30551
Deposition 10/27/18
Attorney:  Stuart Anderson

*Zhaohong "John" Wu, et al. v. Lumber Liquidators, Inc., et al.*
Cause No. 2016-08354
Deposition 11/27/18
Attorney:  Dax Faubus

*Lisa Sirna v. Cres Management, LLC, et al.*
Case No. 1716-CV27226
Deposition 12/28/18
Attorney:  Patrick Bottaro

*Mary Contessa Santos v. JJR Properties, Inc., et al.*
Case No. 50-2014-CA-007985-XXXX-MB
Deposition 3/1/19, 7/12/19 and 11/20/19
Attorney: Roy Jordan

*Annette Davis v. The Tides at Bridgeside Square Condominium Association, Inc., et al.*
Case No. 18-008519
Deposition 9/6/19
Attorney: Mitchel Chusid

*Kate Donahoe and Erin Dickson v. Equity Residential Management, LLC, et al.*
Case No. 2018 CA 005536B
Deposition 11/15/19
Attorneys: Dave Wise, John Drudi

*Bradley Thomas Wells v. 1000 West Washington Lofts Condominium Association, et al.*
CDC Case No. 15-3870
Deposition 12/6/19
Attorney: Konstantinos Markakos

*Sabrina Scott v. Jennifer Adams and Kenneth Adams, III*
Cause No. 2017-14333
Deposition 3/4/20
Attorney: Trent Moss


**In Trial Testimonies**

*Schrafft v State of New York – Workman's Compensation Board*
WCB Case #G097 4704
Telephonic testimony on 5/19/14
Workman's Compensation Board
Qualified as an expert witness regarding CIRS
Attorney: Ralph M. Kirk

*Gwinn et al. v Petrasco, Inc. et al.*
Case # CJ-2011-369
Testimony on 9/15/14
District Court, Garfield County, Oklahoma
Excluded as an expert because the declaration as an expert was after the deadline
Testified as a treating physician
Attorney: Blake Sonne

*Haneet Kumar et al. v Williams Portfolio 7, Inc.*
USDC Case No.: 2:14-cv-00657RAJ
Testimony on 9/26/15
Was retained as an expert over one month after the declaration deadline expired
Expert Witness Report submitted
Excluded as an expert because the declaration as an expert was after the deadline
Testified as a treating physician
Attorney: Frank Cornelius Jr.

*Joyce Pinkerton v Loretta Clements et al.*
No D-504-DM-2015-00010
Testimony on 1/25/17
5th Judicial District Court, Chaves County, New Mexico
Qualified as an expert witness regarding CIRS
Attorneys: Barbara Patterson and Matt Bristol

*Richard James Gonzagowski v. Allstate Indemnity Company and Steamatic of Albuquerque, Inc., et al.*
No. D-202-CV-2015-06572
Testimony on 7/14/17
Qualified as an expert witness regarding mold-based illnesses and environmental medicine regarding mold-based illnesses
Attorneys: James T. Roach, Sonya Burke, Craig Erickson

*Deborah Fleming v. Cynthia Baker-Kowalik, et al.*
No. CV2015-006332
Testimony on 10/31/18
Superior Court of the State of Arizona, County of Maricopa
Qualified as an expert witness regarding CIRS over Daubert
Attorney:  LaShawn Jenkins

*Michelle Ricci, et al. v. Lambros Gianos, et al.*
Case No. 2017CV30551
Testimony on 11/19/18
District Court, County of Boulder, State of Colorado
Qualified as an expert witness regarding CIRS over Daubert
Attorney:  Stuart Anderson

*Kathryn D'Antonio v. Dollahon Properties, LL., et al.*
Case No. D-504-CV-2017-00042
Testimony on 2/27/19
District Court, Chaves County, New Mexico
Qualified as an expert witness regarding CIRS
Attorney:  Luke Ragsdale

*Kelly Lee Bafford v. Jessica Lea Bafford*
Case No. 03-C-18-012819
Testimony on 1-17-2020
Qualified as an expert in the field of CIRS
Attorney:  Michael Fleming

# Whole World Health Care, P.C.

## Scott W. McMahon, MD

Addendum
Fee Schedule
March 2020

**Initial patient visit**

Fee $1500 for the first two hours, $450 per hour thereafter

**Affidavits, declarations and expert witness reports**

Fee $3000
Preparation $450 per hour for reasonable preparation
Retainer $7500 paid up front

**Disability and Workman's Compensation letters**

Fee $500 (includes preparation)

**Case Review**

Record review $450 per hour for reasonable preparation
(minimum $3000)

**Testimony, in court or deposition**

Preparation $450 per hour for reasonable preparation
Testimony $5500 per day of testimony or $800 per hour if local
*A $2,500 deposition deposit is due 2 weeks prior to the deposition date regardless of local or out of town and will be applied to the final invoice.*

**Travel**

Reimbursement for reasonable travel expenses

**New Mexico Gross Receipts Tax**

Applied at 7.8333% of the total for professional services rendered in New Mexico

*109 W. Bland St., Suite A*
*Roswell, NM  88203*
*wwhcinfo@wholeworldhealthcare.com*

*575-627-5571*
*Fax:  575-627-6430*



# EXPANDED FUNGAL REPORT ™

**Prepared Exclusively For**

Mold Zero LLC

1214 South Myrtle Ave.
Clearwater, FL  33756
Phone:727-900-7202

| | |
|---|---|
| **Report Date:** | **4/10/2019** |
| **Project:** | **19040802BF Villanuva, Tampa** |
| **EMSL Order:** | **931900339** |



Lab Certificate #2845.28



This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

**EXHIBIT 3**

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

**Attn:**  Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**  19040802BF Villanuva, Tampa

## 1. Description of Analysis

**Analytical Laboratory**

EMSL Analytical, Inc. (EMSL) is a nationwide, full service, analytical testing laboratory network providing Asbestos, Mold, Indoor Air Quality, Microbiological, Environmental, Chemical, Forensic, Materials, Industrial Hygiene and Mechanical Testing services since 1981. Ranked as the premier independently owned environmental testing laboratory in the nation, EMSL puts analytical quality as its top priority. This quality is recognized by many well-respected federal, state and private accrediting agencies, such as AIHA-LAP, LLC's EMLAP and proficiency testing providers such as AIHA, LLC's EMPAT programs, and assured by our high quality personnel, including many Ph.D. microbiologists and mycologists.

EMSL is an independent laboratory that performed the analysis of these samples.  EMSL did not conduct the sampling or site investigation for this report. The samples referenced herein were analyzed under strict quality control procedures using state-of-the-art microbiological methods. The analytical methods used and the data presented are scientifically and legally defensible.

The laboratory data is provided in compliance with AIHA-LAP, LLC policy modules and ISO-IEC 17025 guidelines for the particular test(s) requested, including any associated limitations for the methods employed. These data are intended for use by professionals having knowledge of the testing methods necessary to interpret them accurately.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.
© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise duplicated or used without the express written consent of EMSL.

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

**Attn:**  Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**  19040802BF Villanuva, Tampa

## Air Samples - Spore traps:

Spore traps are commercially available sampling devices that capture airborne particles on an adhesive slide. Air is pulled through the device using a vacuum pump. Spores, as well as other airborne particles, are impacted on the collection adhesive. Using spore trap collection methods has inherent limitations. These collection methods are biased towards larger spore sizes.

The analysis for total spore counts is a direct microscopic examination and does not include culturing or growing the fungi. Therefore, the results include both viable and non-viable spores. Some fungal groups produce similar spore types that cannot be distinguished by direct microscopic examination alone (i.e., *Aspergillus/Penicillium*, and others). Other spore types may lack distinguishing features that aid in their identification. These types are grouped into larger categories such as Ascospores or Basidiospores.

Fungal spores are identified and grouped by morphological characteristics including color, shape, septation, ornamentation, and fruiting structures (if present) which are compared to published mycological identification keys and texts. EMSL reports provide spore counts per cubic meter of air to three significant figures. Please note that each spore category is reported to three significant figures. Due to rounding and the application of three significant figures the sum of the individual spore numbers may not equal the total spore count on the report. EMSL does not maintain responsibility for final volume concentrations (counts/m3) since this volume is provided by the field collector and can not be verified by EMSL.

EMSL analyzes spore traps using phase contrast microscopy. There is a wide choice of collection devices (Air-O-Cell, Micro-5, Burkhard, etc.) on the market. Differences in analytical method may exist between spore trap devices.

Spore trap results are reported in spores per cubic meter of air. Due to the other airborne particles collected with the spores, EMSL reports a background particle density. Background density is an indication of overall particulate matter present on the sample (i.e. dust in the air). High background concentrations may obscure spores such as the *Penicillium/Aspergillus* group. The rating system is from 1-5 with 1 = 1 - 25% of the background obscured by material, 2 = 26 - 50%, 3 = 51 - 75%, 4 = 76% - 99%, 5 = 100% or overloaded. A background rating of 4 or higher should be regarded as a minimum count since the actual concentrations may be higher than those reported. EMSL will not be held responsible for overloading of samples. Sample volumes are left to the discretion of the company or persons conducting the fieldwork.

Skin fragment density is the percentage of skin cells making up the total background material, 1 = 1 - 25%, 2 = 26 - 50%, 3 = 51 - 75%, 4 = 76-100%.   Skin fragment density is considered an indication of the general cleanliness in the area sampled. It has been estimated that up to 90% of household dust consists of dead skin cells.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

| | | | |
|---|---|---|---|
| **Attn:** | Jenny Wozniak | EMSL Order: | 931900339 |
| | Mold Zero LLC | Customer ID: | MLDZ75 |
| | 1214 South Myrtle Ave. | Collected: | 4/05/2019 |
| | Clearwater, FL  33756 | Received: | 4/09/2019 |
| | | Analyzed: | 4/10/2019 |
| **Proj:** | 19040802BF Villanuva, Tampa | | |

## 2. Analytical Results

See attached data reports and charts.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM



# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

**Attn:**  Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| EMSL Order: | 931900339 |
|---|---|
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**   19040802BF Villanuva, Tampa

## Test Report: Air-O-Cell(™) Analysis of Fungal Spores & Particulates by Optical Microscopy (Methods MICRO-SOP-201, ASTM D7391)

| Lab Sample Number: | 931900339-0001 | | | 931900339-0002 | | | 931900339-0003 | | |
|---|---|---|---|---|---|---|---|---|---|
| Client Sample ID: | 2813 4959 | | | 2813 4962 | | | 2813 4950 | | |
| Volume (L): | 75 | | | 75 | | | 75 | | |
| Sample Location: | BO Outside | | | BI Living Room | | | BI Playroom | | |
| **Spore Types** | Raw Count | Count/m³ | % of Total | Raw Count | Count/m³ | % of Total | Raw Count | Count/m³ | % of Total |
| Alternaria (Ulocladium) | - | - | - | 1 | 40 | 5 | - | - | - |
| Ascospores | 4 | 200 | 6.4 | - | - | - | 2 | 90 | 13.2 |
| Aspergillus/Penicillium | - | - | - | 3 | 100 | 12.5 | - | - | - |
| Basidiospores | 13 | 570 | 18.3 | 2 | 90 | 11.3 | 1 | 40 | 5.9 |
| Bipolaris++ | 1* | 10* | 0.3 | 3 | 100 | 12.5 | 1 | 40 | 5.9 |
| Chaetomium | - | - | - | - | - | - | 1 | 40 | 5.9 |
| Cladosporium | 52 | 2300 | 73.7 | 3 | 100 | 12.5 | 2 | 90 | 13.2 |
| Curvularia | - | - | - | 4 | 200 | 25 | 6 | 300 | 44.1 |
| Epicoccum | - | - | - | 1 | 40 | 5 | - | - | - |
| Fusarium | - | - | - | - | - | - | - | - | - |
| Ganoderma | 1 | 40 | 1.3 | - | - | - | - | - | - |
| Myxomycetes++ | - | - | - | 2 | 90 | 11.3 | - | - | - |
| Pithomyces++ | - | - | - | - | - | - | 1 | 40 | 5.9 |
| Rust | - | - | - | - | - | - | - | - | - |
| Scopulariopsis/Microascus | - | - | - | - | - | - | - | - | - |
| Stachybotrys/Memnoniella | - | - | - | - | - | - | - | - | - |
| Unidentifiable Spores | - | - | - | - | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - | - | - | - | - |
| Monodictys | - | - | - | - | - | - | - | - | - |
| Nigrospora | - | - | - | - | - | - | - | - | - |
| Spegazzinia | - | - | - | - | - | - | 1 | 40 | 5.9 |
| Tetraploa | - | - | - | - | - | - | - | - | - |
| Torula-like | - | - | - | 1 | 40 | 5 | - | - | - |
| **Total Fungi** | **71** | **3120** | **100** | **20** | **800** | **100** | **15** | **680** | **100** |
| Hyphal Fragment | 1 | 40 | - | 4 | 200 | - | 3 | 100 | - |
| Insect Fragment | - | - | - | - | - | - | - | - | - |
| Pollen | 1* | 10* | - | 6 | 300 | - | 10 | 440 | - |
| Analyt. Sensitivity 600x | - | 44 | - | - | 44 | - | - | 44 | - |
| Analyt. Sensitivity 300x | - | 13* | - | - | 13* | - | - | 13* | - |
| Skin Fragments (1-4) | - | 1 | - | - | 4 | - | - | 4 | - |
| Fibrous Particulate (1-4) | - | 1 | - | - | 3 | - | - | 3 | - |
| Background (1-5) | - | 1 | - | - | 4 | - | - | 4 | - |

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

No discernable field blank was submitted with this group of samples.

Yessica Martinez Seeman, Microbiology Technical Manager, Central Florida

Samples received in good condition unless otherwise noted. High levels of background particulate can obscure spores and other particulates, leading to underestimation. Background levels of 5 indicate an overloading of background particulates, prohibiting accurate detection and quantification. Present = Spores detected on overloaded samples. Results are not blank corrected unless otherwise noted. The detection limit is equal to one fungal spore, structure, pollen, fiber particle or insect fragment. "*" Denotes particles found at 300X. "-" Denotes not detected.  Due to method stopping rules, raw counts in excess of 100 are extrapolated based on the percent analyzed.  EMSL maintains liability limited to cost of analysis.  This report relates only to the samples reported above and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client.

Initial report from: 04/10/2019 09:41:10

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.



# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

**Attn:** Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:** 19040802BF Villanuva, Tampa

### Test Report: Air-O-Cell(™) Analysis of Fungal Spores & Particulates by Optical Microscopy (Methods MICRO-SOP-201, ASTM D7391)

| Lab Sample Number:<br>Client Sample ID:<br>Volume (L):<br>Sample Location: | 931900339-0004<br>2813 4956<br>75<br>BI Ruth's Room | | | 931900339-0005<br>2813 6493<br>75<br>BI Kitchen | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Spore Types** | Raw Count | Count/m³ | % of Total | Raw Count | Count/m³ | % of Total | | | |
| Alternaria (Ulocladium) | 2 | 90 | 7.3 | - | - | - | | | |
| Ascospores | 1 | 40 | 3.2 | 1* | 10* | 6.7 | | | |
| Aspergillus/Penicillium | - | - | - | - | - | - | | | |
| Basidiospores | - | - | - | - | - | - | | | |
| Bipolaris++ | 3 | 100 | 8.1 | 1* | 10* | 6.7 | | | |
| Chaetomium | 3 | 100 | 8.1 | 2* | 30* | 20 | | | |
| Cladosporium | 4 | 200 | 16.1 | 2 | 90 | 60 | | | |
| Curvularia | 6 | 300 | 24.2 | - | - | - | | | |
| Epicoccum | - | - | - | - | - | - | | | |
| Fusarium | - | - | - | - | - | - | | | |
| Ganoderma | - | - | - | - | - | - | | | |
| Myxomycetes++ | 3 | 100 | 8.1 | - | - | - | | | |
| Pithomyces++ | 2 | 90 | 7.3 | 1* | 10* | 6.7 | | | |
| Rust | 2 | 90 | 7.3 | - | - | - | | | |
| Scopulariopsis/Microascus | - | - | - | - | - | - | | | |
| Stachybotrys/Memnoniella | - | - | - | - | - | - | | | |
| Unidentifiable Spores | 1 | 40 | 3.2 | - | - | - | | | |
| Zygomycetes | - | - | - | - | - | - | | | |
| Monodictys | 1 | 40 | 3.2 | - | - | - | | | |
| Nigrospora | 1 | 40 | 3.2 | - | - | - | | | |
| Spegazzinia | - | - | - | - | - | - | | | |
| Tetraploa | 1* | 10* | 0.8 | - | - | - | | | |
| Torula-like | - | - | - | - | - | - | | | |
| **Total Fungi** | **30** | **1240** | **100** | **7** | **150** | **100** | | | |
| Hyphal Fragment | 3 | 100 | - | - | - | - | | | |
| Insect Fragment | - | - | - | - | - | - | | | |
| Pollen | 11 | 480 | - | - | - | - | | | |
| Analyt. Sensitivity 600x | - | 44 | - | - | 44 | - | | | |
| Analyt. Sensitivity 300x | - | 13* | - | - | 13* | - | | | |
| Skin Fragments (1-4) | - | 4 | - | - | 2 | - | | | |
| Fibrous Particulate (1-4) | - | 3 | - | - | 1 | - | | | |
| Background (1-5) | - | 4 | - | - | 2 | - | | | |

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

No discernable field blank was submitted with this group of samples.

Yessica Martinez Seeman, Microbiology Technical Manager, Central Florida

Samples received in good condition unless otherwise noted. High levels of background particulate can obscure spores and other particulates, leading to underestimation. Background levels of 5 indicate an overloading of background particulates, prohibiting accurate detection and quantification. Present = Spores detected on overloaded samples. Results are not blank corrected unless otherwise noted. The detection limit is equal to one fungal spore, structure, pollen, fiber particle or insect fragment. "*" Denotes particles found at 300X. "-" Denotes not detected.  Due to method stopping rules, raw counts in excess of 100 are extrapolated based on the percent analyzed.  EMSL maintains liability limited to cost of analysis.  This report relates only to the samples reported above and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client.

Initial report from: 04/10/2019 09:41:10

This report has been prepared by EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.
© 2006, EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

| Attn: | Jenny Wozniak | | |
|---|---|---|---|
| | Mold Zero LLC | EMSL Order: | 931900339 |
| | 1214 South Myrtle Ave. | Customer ID: | MLDZ75 |
| | Clearwater, FL  33756 | Collected: | 4/05/2019 |
| | | Received: | 4/09/2019 |
| | | Analyzed: | 4/10/2019 |

**Proj:** 19040802BF Villanuva, Tampa



## Spore Trap Report: Total Counts

Ascospores 200
Basidiospores 570
Bipolaris++ 10
Cladosporium 2,300
BO Outside 2813 4959
Ganoderma 40

**Spore Counts per m3**



| Alternaria (Ulocladium) | Ascospores | Aspergillus/Penicillium |
|---|---|---|
| Basidiospores | Bipolaris++ | Chaetomium |
| Cladosporium | Curvularia | Epicoccum |
| Ganoderma | Monodictys | Myxomycetes++ |
| Nigrospora | Pithomyces++ | Rust |
| Spegazzinia | Tetraploa | Torula-like |
| Unidentifiable Spores | | |

* The chart is displayed using a logarithmic scale. Bar size is not directly proportional to the number of spores.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc., All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

**Attn:**  Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**  19040802BF Villanuva, Tampa

## Spore Trap Report: Total Counts





* The chart is displayed using a logarithmic scale. Bar size is not directly proportional to the number of spores.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc., All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

## EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

**Attn:**  Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**   19040802BF Villanuva, Tampa





* The chart is displayed using a logarithmic scale. Bar size is not directly proportional to the number of spores.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

## EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

| | |
|---|---|
| **Attn:** Jenny Wozniak<br>Mold Zero LLC<br>1214 South Myrtle Ave.<br>Clearwater, FL  33756 | EMSL Order:  931900339<br>Customer ID:  MLDZ75<br>Collected:  4/05/2019<br>Received:  4/09/2019<br>Analyzed:  4/10/2019 |

**Proj:**  19040802BF Villanuva, Tampa

## Spore Trap Report: Total Counts





\* The chart is displayed using a logarithmic scale. Bar size is not directly proportional to the number of spores.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

**Attn:**  Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**   19040802BF Villanuva, Tampa

## Spore Trap Report: Total Counts





* The chart is displayed using a logarithmic scale. Bar size is not directly proportional to the number of spores.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All  rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752    Fax: (813) 280-8753    Web: http://www.EMSL.com    Email:tampalab@emsl.com

**Attn:** Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**   19040802BF Villanuva, Tampa





* The chart is displayed using a logarithmic scale. The bar size is not directly proportional to the number of spores.

This report has been prepared by EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

## EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

**Attn:**  Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**  19040802BF Villanuva, Tampa





* The chart is displayed using a logarithmic scale. The bar size is not directly proportional to the number of spores.

This report has been prepared by EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

**EMSL Analytical, Inc.**

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

| | |
|---|---|
| **Attn:**  Jenny Wozniak<br>Mold Zero LLC<br>1214 South Myrtle Ave.<br>Clearwater, FL  33756 | EMSL Order:  931900339<br>Customer ID:  MLDZ75<br>Collected:  4/05/2019<br>Received:  4/09/2019<br>Analyzed:  4/10/2019 |

**Proj:**   19040802BF Villanuva, Tampa



## Background Comparison Chart

**Spore Counts per m3**

Legend:
- 2813 4950 BI Playroom
- 2813 4956 BI Ruth's Room
- 2813 4959 BO Outside
- 2813 4962 BI Living Room
- 2813 6493 BI Kitchen

* The chart is displayed using a logarithmic scale. The bar size is not directly proportional to the number of spores.



This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

# EMSL Analytical, Inc.

**EMSL**

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

**Attn:** Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**  19040802BF Villanuva, Tampa

## Background Comparison Chart



**Spore Counts per m3**



* The chart is displayed using a logarithmic scale. The bar size is not directly proportional to the number of spores.

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.
© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

**Attn:** Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:** 19040802BF Villanuva, Tampa

## 3. Understanding the Results

EMSL Analytical, Inc. is an independent laboratory, providing unbiased and scientifically valid results. These data represent only a portion of an overall IAQ investigation. Visual information and environmental conditions measured during the site assessment (humidity, moisture readings, etc.) are crucial to any final interpretation of the results. Many factors impact the final results; therefore, result interpretation should only be conducted by qualified individuals. The American Conference of Governmental Industrial Hygienists (ACGIH) has published a good reference book covering sampling and data interpretation. It is entitled, Bioaerosols: Assessment and Control, 1999.

Fungal spores are found everywhere. Whether or not symptoms develop in people exposed to fungi depends on the nature of the fungal material (e.g., allergenic, toxic, or infectious), the exposure level, and the susceptibility of exposed persons. Susceptibility varies with the genetic predisposition (e.g., allergic reactions do not always occur in all individuals), age, pre-existing medical conditions (e.g., diabetes, cancer, or chronic lung conditions), use of immunosuppressive drugs, and concurrent exposures. These reasons make it difficult to identify dose/response relationships that are required to establish "safe" or "unsafe" levels (i.e., permissible exposure limits).

It is generally accepted in the industry that indoor fungal growth is undesirable and inappropriate, necessitating removal or other appropriate remedial actions. The New York City guidelines and EPA guidelines for mold remediation in schools and commercial buildings define the conditions warranting mold remediation. Always remember that water is the key. Preventing water damage or water condensation will prevent mold growth.

This report is not intended to provide medical advice or advice concerning the relative safety of an occupied space. Always consult an occupational or environmental health physician who has experience addressing indoor air contaminants if you have any questions.

**This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.**
© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110 Tampa, FL 33615
Phone: (813) 280-8752    Fax: (813) 280-8753    Web: http://www.EMSL.com    Email:tampalab@emsl.com

**Attn:** Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL 33756

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:** 19040802BF Villanuva, Tampa

## 4. Glossary of Fungi

### ALTERNARIA(ULOCLADIUM)

| | |
|---|---|
| Natural Habitat | Common saprobe and pathogen of plants. Typically found on plant tissue, decaying wood, and foods. Soil . Air outdoors. |
| Suitable Substrates in the Indoor Environment | Indoors near condensation (window frames, showers), House dust (in carpets, and air). Also colonizes building supplies, computer disks, cosmetics, leather, optical instruments, paper, sewage, stone monuments, textiles, wood pulp, and jet fuel |
| Water Activity | Aw =0.85-0.88 (water damage indicator) |
| Mode of Dissemination | Wind |
| Allergic Potential | Type I allergies (hay fever, asthma), Type III (hypersensitivity pneumonitis) |
| Potential or Opportunistic Pathogens | Phaeohyphomycosis {causing cystic granulomas in the skin and subcutaneous tissue}. In immunocompetent patients, Alternaria colonizes the paranasal sinuses, leading to chronic hypertrophic sinusitis |
| Industrial Uses | Biocontrol of weed plants ·Biocontrol fungal plant pathogens. |
| Potential Toxins Produced | Alternariol (AOH) . Alternariol monomethylether (AME). Tenuazonic acid (TeA). Altenuene (ALT). Altertoxins (ATX) |
| Other Comments | Many species of Ulocladium have been renamed as Alternaria . Alternaria spores are one of the most common and potent indoor and outdoor airborne allergens. Additionally, Alternaria sensitization has been determined to be one of the most important factors in the onset of childhood asthma. Synergy with Cladosporium or Ulocladium may increase the severity of symptoms |
| References | Alternaria redefined. J. Woudenberg et al., Studies in Mycology. Volume 75, June 2013, Pages 171-212 |

### ASCOSPORES

| | |
|---|---|
| Natural Habitat | Everywhere in nature. |
| Suitable Substrates in the Indoor Environment | Depends on genus and species. |
| Water Activity | Depends on genus and species. |
| Mode of Dissemination | Forcible ejection or passive release and dissemination by wind or insects. |
| Allergic Potential | Depends on genus and species. |
| Potential or Opportunistic Pathogens | Depends on genus and species. |
| Industrial Uses | Depends on genus and species. |
| Potential Toxins Produced | Depends on genus and species. |
| Other Comments | Ascospores are the result of sexual reproduction and produced in a saclike structure called an ascus. All ascospores belong to members of the Phylum Ascomycota, which encompasses a plethora of genera worldwide. |

This report has been prepared by EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc., All rights reserved. No part of this report may be reproduced or otherwise published or used without the express written consent of EMSL.



# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

| | |
|---|---|
| **Attn:** Jenny Wozniak | EMSL Order:    931900339 |
| Mold Zero LLC | Customer ID:    MLDZ75 |
| 1214 South Myrtle Ave. | Collected:    4/05/2019 |
| Clearwater, FL  33756 | Received:    4/09/2019 |
| | Analyzed:    4/10/2019 |

**Proj:**   19040802BF Villanuva, Tampa

## ASPERGILLUS/PENICILLIUM

| | |
|---|---|
| **Natural Habitat** | Plant debris ·Seed ·Cereal crops |
| **Suitable Substrates in the Indoor Environment** | Grows on a wide range of substrates indoors ·Prevalent in water damaged buildings ·Foods (blue mold on cereals, fruits, vegetables, dried foods) ·House dust ·Fabrics ·Leather ·Wallpaper ·Wallpaper glue |
| **Water Activity** | Aw=0.75-0.94 |
| **Mode of Dissemination** | Wind ·Insects |
| **Allergic Potential** | Type I (hay fever, asthma) ·Type III (hypersensitivity) |
| **Potential or Opportunistic Pathogens** | Possible depending on the species. |
| **Industrial Uses** | Many depending on the species |
| **Potential Toxins Produced** | Possible depending on the species. |
| **Other Comments** | Spores of Aspergillus and Penicillium (including others such as Acremonium, Talaromyces, and Paecilomyces) are small and spherical with few distinguishing characteristics. They cannot be differentiated or speciated by non-viable impaction sampling methods. Some species with very small spores may be undercounted in samples with high background debris. |

## BASIDIOSPORES

| | |
|---|---|
| **Natural Habitat** | Forest floors. Lawns .Plants (saprobes or pathogens depending on genus) |
| **Suitable Substrates in the Indoor Environment** | Depends on genus.  Wood products |
| **Water Activity** | Unknown. |
| **Mode of Dissemination** | Forcible ejection.  Wind currents. |
| **Allergic Potential** | Type I allergies (hay fever, asthma) .  Type III (hypersensitivity pneumonitis) |
| **Potential or Opportunistic Pathogens** | Depends on genus. |
| **Industrial Uses** | Edible mushrooms are used in the food industry. |
| **Potential Toxins Produced** | Amanitins. monomethyl-hydrazine.  muscarine.  ibotenic acid.  psilocybin. |
| **Other Comments** | Basidiospores are the result of sexual reproduction and formed on a structure called the basidium.  Basidiospores belong to the members of the Phylum Basidiomycota, which includes mushrooms, shelf fungi, rusts, and smuts. |

## BIPOLARIS

| | |
|---|---|
| **Natural Habitat** | Plant saprophyte.Plant pathogen of many plants, causing leaf rot, crown rot, and root rot on warm season turf grasses |
| **Suitable Substrates in the Indoor Environment** | House plants, Indoor building materials |
| **Free moisture required for mold growth** | Unknown |
| **Mode of Dissemination** | Wind |
| **Allergic Potential** | Hay fever, asthma. Allergic and chronic invasive sinusitis |
| **Potential or Opportunistic Pathogens** | Invasive sinusitis, disseminated mycoses, peritonitis, keratitis, phaeohyphomycosis |
| **Potential Toxins** | Can potentially produce sterigmatocystin. |
| **Other Comments** | Includes Bipolaris, Drechslera, and Exserohilum. |

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM



## EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

| | |
|---|---|
| Attn: | Jenny Wozniak |
| | Mold Zero LLC |
| | 1214 South Myrtle Ave. |
| | Clearwater, FL  33756 |

| | |
|---|---|
| EMSL Order: | 931900339 |
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

Proj:    19040802BF Villanuva, Tampa

## CHAETOMIUM

| | |
|---|---|
| Natural Habitat | Dung.  Seeds.  Soil. Straw. |
| Suitable Substrates in the Indoor Environment | Paper.  Sheetrock.  Wallpaper. |
| Water Activity | Aw=0.84-0.89. |
| Mode of Dissemination | Wind.  Insects.  Water splash. |
| Allergic Potential | Type I (asthma and hay fever). |
| Potential or Opportunistic Pathogens | Onychomycosis.  C. perlucidum recognized as a new agent of cerebral phaeohyphomycosis. |
| Industrial Uses | Cellulase production,  Textile testing. |
| Potential Toxins Produced | Chaetomin.  Chaetoglobosins A,B,D and F are produced by Chaetomium globosum. Sterigmatocystin is produced by rare species |

## CLADOSPORIUM

| | |
|---|---|
| Natural Habitat | Dead plant matter. Straw.  Soil.  Woody plants |
| Suitable Substrates in the Indoor Environment | Fiberglass duct liner. Paint. Textiles. Found in high concentration in water-damaged building materials. |
| Water Activity | Aw 0.84-0.88 |
| Mode of Dissemination | Air |
| Allergic Potential | Type I (asthma and hay fever). |
| Potential or Opportunistic Pathogens | Edema. keratitis. onychomycosis.  pulmonary infections. Sinusitis. |
| Industrial Uses | Produces 10 antigens. |
| Potential Toxins Produced | Cladosporin  and Emodin. |

## CURVULARIA

| | |
|---|---|
| Natural Habitat | A worldwide saprophytic fungi, being isolated from dead plant material and soil. |
| Suitable Substrates in the Indoor Environment | Paper, wood products |
| Free moisture required for mold growth | Unknown |
| Mode of Dissemination | Wind |
| Allergic Potential | Hay fever, asthma, allergic fungal sinusitis |
| Potential or Opportunistic Pathogens | In immunocompromised patients can cause cerebral abscess, endocarditis, mycetoma, ocular keratitis, onychomycosis, and pneumonia. |

## EPICOCCUM

| | |
|---|---|
| Natural Habitat | A worldwide saprophytic fungi, being isolated from dead plant material and soil. |
| Suitable Substrates in the Indoor Environment | Paper, textiles |
| Water Activity | 0.86-0.90 |
| Mode of Dissemination | Wind |
| Allergic Potential | Hay fever, asthma |
| Potential or Opportunistic Pathogens | Unknown |

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc., All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

Test Report EXMold-2.1.0.0  Printed: 4/10/2019 09:41:10AM

# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

**Attn:**  Jenny Wozniak
Mold Zero LLC
1214 South Myrtle Ave.
Clearwater, FL  33756

| EMSL Order: | 931900339 |
|---|---|
| Customer ID: | MLDZ75 |
| Collected: | 4/05/2019 |
| Received: | 4/09/2019 |
| Analyzed: | 4/10/2019 |

**Proj:**   19040802BF Villanuva, Tampa

## GANODERMA

| | |
|---|---|
| Natural Habitat | Grows on conifers and hardwoods worldwide, causing white rot, root rot, and stem rot. |
| Suitable Substrates in the Indoor Environment | Unknown. |
| Water Activity | Unknown. |
| Mode of Dissemination | Wind. |
| Allergic Potential | Ganoderma species are known to cause allergies in people on a worldwide scale. |
| Potential or Opportunistic Pathogens | Unknown. |
| Industrial Uses | Biopulping of wood for the paper industry.  Potential medicinal use due to:   1. Inhibition of Ras dependent cell transformation, 2.  Antifibrotic activity, 3.  Immunomodulating activity, 4. Free-radicle scavenging |
| Potential Toxins Produced | Unknown. |
| Other Comments | Used in traditional Chinese medicine as an herbal supplement.  It is also known as a "shelf fungus" because the fruiting body forms a stalk-less shelf on the sides of trees and logs.  It is sometimes called "artists conk" because when you scratch the white pores of the fruiting body, the white rubs away and exposes the brown hyphae underneath.  Thus, pictures can be produced on the fruiting body. |
| Reference | References:  Craig, R.L., Levetin, E.  2000.  Multi-year study of Ganoderma aerobiology. Aerobiologia 16:  75-81. http://www.pfc.forestry.ca/diseases/CTD/Group/Heart/heart6_e.html |

## MYXOMYCETES++

| | |
|---|---|
| Natural Habitat | Decaying logs, Dead leaves , Dung , Lawns , Mulched flower beds, Lawns |
| Suitable Substrates in the Indoor Environment | Rotting lumber |
| Free moisture required for mold growth | Unknown |
| Mode of Dissemination | Insects, Water, Wind |
| Allergic Potential | Type I |
| Potential or Opportunistic Pathogens | Unknown |
| Industrial Uses | |
| Other Comments | Includes Myxomycetes, Smut, and Periconia. |

## NIGROSPORA

| | |
|---|---|
| Natural Habitat | Common on live or dead grass, seeds & soil. |
| Suitable Substrates in the Indoor Environment | Unknown |
| Water Activity | Unknown |
| Mode of Dissemination | Forcibly projected. |
| Allergic Potential | Type 1 allergies (hey fever, asthma) |
| Potential or Opportunistic Pathogens | Keratitis & skin lesions |

**This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.**

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise used without the express written consent of EMSL.



# EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

Attn:   Jenny Wozniak
        Mold Zero LLC
        1214 South Myrtle Ave.
        Clearwater, FL  33756

EMSL Order:     931900339
Customer ID:    MLDZ75
Collected:      4/05/2019
Received:       4/09/2019
Analyzed:       4/10/2019

Proj:   19040802BF Villanuva, Tampa

## PITHOMYCES

| | |
|---|---|
| **Natural Habitat** | A worldwide saprophytic fungi, being isolated from dead plant material and soil. |
| **Suitable Substrates in the Indoor Environment** | Paper |
| **Water Activity** | Requires high moisture for spore germination |
| **Mode of Dissemination** | Wind |
| **Allergic Potential** | Unknown |
| **Potential or Opportunistic Pathogens** | Mycosis in immunocompromised patients |
| **Other Comments** | Pithomyces++ includes spores of Pithomyces and Pseudopithomyces. |

## RUSTS

| | |
|---|---|
| **Natural Habitat** | Parasitic on cultivated and many types of plants |
| **Suitable Substrates in the Indoor Environment** | Unknown- rust fungi require a living plant host for growth |
| **Free moisture required for mold growth** | Unknown |
| **Mode of Dissemination** | Wind, Forcible Ejection |
| **Allergic Potential** | Type I. (hay fever, asthma) |
| **Potential or Opportunistic Pathogens** | Unknown |

## SPEGAZZINIA

| | |
|---|---|
| **Natural Habitat** | Plants, Soils |
| **Suitable Substrates in the Indoor Environment** | Unknown |
| **Water Activity** | Unknown |
| **Mode of Dissemination** | Unknown |
| **Allergic Potential** | Unknown |
| **Potential or Opportunistic Pathogens** | Unknown |

## TORULA-LIKE

| | |
|---|---|
| **Natural Habitat** | A worldwide saprophytic fungi, being isolated from dead plant material and soil. |
| **Suitable Substrates in the Indoor Environment** | Wood, paper, wicker furniture, baskets |
| **Water Activity** | Unknown |
| **Mode of Dissemination** | Wind |
| **Allergic Potential** | Hay fever, asthma |
| **Potential or Opportunistic Pathogens** | Unknown |
| **Other Comments** | Spore appear morphologically similar to Torula but cannot be positively identified  because of limitations of spore trap samples. |

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.
© 2006,EMSL Analytical, Inc., All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

**EMSL Analytical, Inc.**

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752      Fax: (813) 280-8753      Web: http://www.EMSL.com      Email:tampalab@emsl.com

| | | | |
|---|---|---|---|
| **Attn:** | Jenny Wozniak | EMSL Order: | 931900339 |
| | Mold Zero LLC | Customer ID: | MLDZ75 |
| | 1214 South Myrtle Ave. | Collected: | 4/05/2019 |
| | Clearwater, FL  33756 | Received: | 4/09/2019 |
| | | Analyzed: | 4/10/2019 |
| **Proj:** | 19040802BF Villanuva, Tampa | | |

## 5. References and Informational Links

### Books

- Bioaerosols: Assessment and Control. Janet Macher, Ed., American Conference of Governmental Industrial Hygienists, Cincinnati, OH 1999.

- Exposure Guidelines for Residential Indoor Air Quality. Environmental Health Directorate, Health Protection Branch, Health Canada, Ottawa, Ontario, 1989.

- Fungal Contamination in Public Buildings: Health Effects and Investigation Methods. Health Canada, Ottawa, Ontario, 2004.

- IICRC: S500 Standard and Reference Guide for Professional Water Damage Restoration. 3rd  Edition, Institute of Inspection, Cleaning, and Restoration Certification, Vancouver, WA, 2006

  IICRC: S520 Standard and Reference Guide for Professional Mold Remediation. 1st Edition, Institute of Inspection, Cleaning, and Restoration Certification, Vancouver, WA, 2004

- Field Guide for the Determination of Biological Contaminants in Environmental Samples. 2nd Edition, American Industrial Hygiene Association, 2005.

### Consumer Links

Read the full text of AIHA's  "The Facts About Mold" consumer brochure.
<http://www.aiha.org/get-involved/VolunteerGroups/Documents/BiosafetyVG-FactsAbout%20MoldDecember2011.pdf>

The Occupational Safety and Health Administration (OSHA)
http://www.osha.gov/SLTC/molds/index.html

CDC Mold Facts
http://www.cdc.gov/mold/faqs.htm

CDC Stachybotrys - Questions and answers on Stachybotrys chartarum and other molds
http://www.cdc.gov/mold/stachy.htm

IOM, NAS: Clearing the Air: Asthma and Indoor Air Exposures
https://www.epa.gov/indoor-air-quality-iaq/should-you-have-air-ducts-your-home-cleaned

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.
© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

## EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110 Tampa, FL 33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

| | | |
|---|---|---|
| **Attn:** | Jenny Wozniak | EMSL Order: 931900339 |
| | Mold Zero LLC | Customer ID: MLDZ75 |
| | 1214 South Myrtle Ave. | Collected: 4/05/2019 |
| | Clearwater, FL 33756 | Received: 4/09/2019 |
| | | Analyzed: 4/10/2019 |

**Proj:** 19040802BF Villanuva, Tampa

National Library of Medicine-Mold website
http://www.nlm.nih.gov/medlineplus/molds.html

California Department of Health Services (CADOHS)
https://www.cdph.ca.gov/Programs/CCDPHP/DEODC/EHLB/IAQ/Pages/Mold.aspx

Minnesota Department of Health
http://www.health.state.mn.us/divs/eh/indoorair/mold/index.html

New York City Department of Health and Mental Hygiene
https://www1.nyc.gov/site/doh/health/health-topics/mold.page

H.R.: The United States Toxic Mold Safety and Protection Act

### EPA

"Should You Have the Air Ducts in Your Home Cleaned?"
<http://www.epa.gov/iaq/pubs/airduct.html>

General information about molds and actions that can be taken to clean up or prevent a mold problem.
<http://www.epa.gov/asthma/molds.html>

"A Brief Guide to Mold, Moisture, and Your Home" - Includes basic information on mold, cleanup guidelines, and moisture and mold prevention
http://www.epa.gov/mold/moldguide.html

"Mold Remediation in Schools and Commercial Buildings" - Information on remediation in schools and commercial property, references for potential mold and moisture remediators.
https://www.epa.gov/mold/mold-remediation-schools-and-commercial-buildings-guide

### FEMA

"Homes That Were Flooded May Harbor Mold Problems" - Information and tips for cleaning mold.
http://www.fema.gov/news-release/homes-were-flooded-may-harbor-mold-problems

"Dealing With Mold & Mildew in Your Flood Damaged Home.
http://www.fema.gov/pdf/rebuild/recover/fema_mold_brochure_english.pdf

This report has been prepared by EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.
© 2006,EMSL Analytical, Inc., All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

## EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

| | | |
|---|---|---|
| **Attn:** | Jenny Wozniak | EMSL Order: 931900339 |
| | Mold Zero LLC | Customer ID: MLDZ75 |
| | 1214 South Myrtle Ave. | Collected: 4/05/2019 |
| | Clearwater, FL  33756 | Received: 4/09/2019 |
| | | Analyzed: 4/10/2019 |

**Proj:**   19040802BF Villanuva, Tampa

### 6. Important Terms, Conditions, and Limitations

#### A. Sample Retention

 Samples analyzed by EMSL will be retained for 60 days after analysis date Storage beyond this period is available for a fee with written request prior to the initial 30 day period. Samples containing hazardous/toxic substances which require special handling will be returned to the client immediately.  EMSLreserves the right to charge a sample disposal fee or return samples to the client.

#### B.  Change Orders and Cancellation

All changes in the scope of work or turnaround time requested by the client after sample acceptance must be made in writing and confirmed in writing by EMSL.  If requested changes result in a change in cost the client must accept payment responsibility.  In the event work is cancelled by a client, EMSL will complete work in progress and invoice for work completed to the point of cancellation notice.  EMSL is not responsible for.  holding times that are exceeded due to such changes.

#### C.  Warranty

EMSL  warrants to its clients that all services provided hereunder shall be performed in accordance with established and recognized analytical testing procedures and with reasonable care in accordance with applicable federal, state and local laws.  The foregoing express warranty is exclusive and is given in lieu of all other warranties, expressed or implied. EMSL disclaims any other warranties, express or implied, including a warranty of fitness for particular purpose and warranty of merchantability.

#### D.  Limits of Liability

In no event shall EMSL be liable for indirect, special, consequential, or incidental damages, including, but not limited to, damages for loss of profit or goodwill regardless of the negligence (either sole or concurrent) of EMSL and whether EMSL has been informed of the possibility of such damages, arising out of or in connection with EMSL's services thereunder or the delivery, use, reliance upon or interpretation of test results by client or any third party. We accept no legal responsibility for the purposes for which the client uses the test results . EMSL will not be held responsible for the improper selection of sampling devices even if we supply the device to the user.  The user of the sampling device has the sole responsibility to select the proper sampler and sampling conditions to insure that a valid sample is taken for analysis. Any resampling performed will be at the sole discretion of EMSL, the cost of which shall be limited to the reasonable value of the original sample delivery group (SDG) samples. In no event shall EMSL be liable to a client or any third party , whether based upon theories

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

## EMSL Analytical, Inc.

5700 Memorial Hwy., Suite # 110  Tampa, FL  33615
Phone: (813) 280-8752     Fax: (813) 280-8753     Web: http://www.EMSL.com     Email:tampalab@emsl.com

| | | | |
|---|---|---|---|
| **Attn:** | Jenny Wozniak | EMSL Order: | 931900339 |
| | Mold Zero LLC | Customer ID: | MLDZ75 |
| | 1214 South Myrtle Ave. | Collected: | 4/05/2019 |
| | Clearwater, FL  33756 | Received: | 4/09/2019 |
| | | Analyzed: | 4/10/2019 |
| **Proj:** | 19040802BF Villanuva, Tampa | | |

of tort, contract or any other legal or equitable theory, in excess of the amount paid to  EMSL by client thereunder.

E.  Indemnification

Client shall indemnify EMSL and its officers, directors and employees and hold each of them harmless for any liability, expense or cost, including reasonable attorney's fees, incurred by reason of any third party claim in connection with EMSL services , the test result data or its use by client

This report has been prepared by  EMSL Analytical, Inc. at the request of and for the exclusive use of the client named in this report. Completely read the important terms, conditions, and limitations that apply to this report.

© 2006,EMSL Analytical, Inc.,  All rights reserved. No part of this report may be reproduced or otherwise distributed or used without the express written consent of EMSL.

— ENVIRONMENTAL ASSESSMENT —

# REPORT





**Client**               **David Dickey**

**Property Address**     **8538 Tampa Point Blvd. Tampa FL 33621**

**Survey Date**           **2019-05-24**

The scope of services included a limited visual survey of the property. The survey focuses on the detection of visual evidence of molds and microbial growth as well as suspected instances of water infiltration. The results of this survey are presented in the following report. Also included in the report are suggestions of preventive measures that could potentially reduce the possibility of future mold infiltration. In addition to the visual survey, if air or substance samples were taken per client request, the results of the completed independent laboratory analysis are included as an attachment to this report.

**EXHIBIT 4**

# Table of Contents

**Outside Baseline** ............................................................................................................ 2

**Living Room** ................................................................................................................... 3

**Kitchen** ........................................................................................................................... 9

**Home Screen** ................................................................................................................ 12

**Master Bedroom** ......................................................................................................... 14

**Master Bathroom** ....................................................................................................... 17

**E Bedroom 1** ................................................................................................................ 20

**N Bedroom 2** ................................................................................................................ 23

**West Bedroom 3** .......................................................................................................... 24

**Ventilation System** ...................................................................................................... 27

**Return Plenum** ............................................................................................................. 31

**Air Handling Unit** ........................................................................................................ 33

**Hallway Return** ............................................................................................................ 36

**Hallway Bathroom** ...................................................................................................... 37

**Exterior of Home** ......................................................................................................... 38

**Background** ................................................................................................................... 39

**Inspection/Investigation** ............................................................................................ 39

**Sampling** ....................................................................................................................... 39

**Laboratory Results** ...................................................................................................... 42

**Interpreting Laboratory Results** ............................................................................... 42

**Inspectors Observations & Considerations** ............................................................ 44

**Mold Decontamination Recommendations** ............................................................ 52

**Specific Mold Decontamination Recommendations** ............................................. 54

**Health Effects** .............................................................................................................. 55

**Limitations & Exclusions** ............................................................................................ 57

**Reference Documents, Guides and Books** .............................................................. 58

**Location: Outside Baseline**

An air sample was taken outside of the home at the time of the inspection for 5 minutes at 15 liters. The Sample will be used as a baseline and will be referenced on the independent laboratory report by code. Calibration verification was performed on sampling pumps prior to air sample collection.

Sampling recommended: Air
Client Accepts: Yes
Lab Code: 263459
Humidity: 51.4%
Temperature: 86.1°f

 



2

**Location: Living Room & Master Bedroom - EPA 36**

In accordance with the health of the family's infant, The EPA 36 sampling & testing methodology was utilized as part of the assessment. The EPA 36 methodology tests dust, which can harbor mold spores for extended periods of time, thus providing a historical perspective of the presence of specific species' of mold within the occupied space. It is the species of a mold that determines its opportunistic nature and ability to produce dangerous mycotoxins which can be harmful to humans.

The EPA 36 sample provides results split into two groups. Group 1 includes 26 species of water damage indicator molds. These molds are opportunistic by nature and can cause negative health effects. Additionally, 14 of these Group 1 mold species are capable of producing dangerous mycotoxins, which are toxins that can have harmful health effects in humans. Group 2 includes 10 species of common outdoor molds, which if found in high concentrations indoors indicate proliferation in the occupied space that could result in varied levels of allergic reactions.

Due to the observations made during the inspection, an EPA 36 sample was collected from the refrigerator condenser coils and surrounding floor, living room sub floor, master bedroom sub floor, upstairs return intake.

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The EPA 36 sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: EPA 36
Client Accepts: Yes
Lab Code: EPA 36. 1

 

 



Master Bedroom sub floor

**Location: Living Room**

Suspect microbial like substance was observed from the living room tacking strip and sub floor. Evidence of prior water intrusion revealed beneath the carpeting. Dust and debris also present between tacking strip and sub floor. Mold, Mycotoxins, Endotoxins, and other contaminants often harbor in dust for extended periods of time.

 

 

 












**Location: Living Room**

Tacking strips look normal. Light dust and debris present.

Musty odor was present upon entry to the Living Room. As referenced in IICRC S520 Reference Guide in chapter 2 on page 69 paragraph 4, "in addition to visible mold growth and the detection of moisture in porous materials, an obvious indicator of microbial amplification is an odor that may be described as musty, moldy or mildewy (as described above).

Fungi and bacteria produce a variety of volatile organic compound (VOCs) during active growth. The microbial volatile organic compounds (MVOCs) we detect through our olfactory senses are generated by a variety of molds and also by actinomycetes bacteria, such as streptomyces and related organisms."

Cross Contamination potential observed. Based on observations of various areas throughout the home, we feel there is a likelihood of cross contamination that may have impacted the occupied living areas and/or contents.








**Location: Kitchen**

Due to the observations made during the inspection, an air sample was performed in the ambient space for 5 minutes.  The air pump was calibrated at 15 liters.

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The Air sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: Air
Client Accepts: Yes
Lab Code: 263473
Humidity: 56%
Temperature: 76°f






**Location: Kitchen**

Moisture mapping performed indicated acceptable levels inside kitchen cabinet beneath the sink at the time of the assessment.

Dust and debris was observed from the area behind the dishwasher. Dirt, dust and debris can harbor mold and other contaminants for extended periods of time.

**Note: The moisture meter used during the assessment (Protimeter Surverymaster) displays moisture via numerical percentage and color.**

**Green: 0-17% (Dry)**
**Yellow: 17-20% (At Risk)**
**Red: 20-99.9% (Wet)**

















**Location: Home Screen (Kitchen, Living Room, Upstairs Hallway Return, Master Bedroom Return)**

In accordance with the health of the family's infant,the ERMI sampling & testing methodology was utilized as part of the assessment. The ERMI methodology tests dust, which can harbor mold spores for extended periods of time, thus providing a historical perspective of the presence of specific species' of mold within the occupied space. It is the species of a mold that determines its opportunistic nature and ability to produce dangerous mycotoxins which can be harmful to humans.

The ERMI sample provides results split into two groups. Group 1 includes 26 species of water damage indicator molds. These molds are opportunistic by nature and can cause negative health effects. Additionally, 14 of these Group 1 mold species are capable of producing dangerous mycotoxins, which are toxins that can have harmful health effects in humans. Group 2 includes 10 species of common outdoor molds, which if found in high concentrations indoors indicate proliferation in the occupied space that could result in varied levels of allergic reactions.

Due to the observations made during the inspection, an ERMI sample was collected from the living room and kitchen.

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The ERMI sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: ERMI
Client Accepts: Yes
Lab Code: ERMI. 1

 








**Location: Master Bedroom**

Due to the observations made during the inspection, an air sample was performed in the ambient space for 5 minutes.  The air pump was calibrated at 15 liters.

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The Air sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: Air
Client Accepts: Yes
Lab Code: 263463
Humidity: 57%
Temperature: 75°f






**Location: Master Bedroom**

Moisture mapping indicated acceptable levels.

 

 

 

 

 



**Location: Master Bathroom**

Moisture mapping indicated acceptable readings at the time of assessment.

 

 



**Location: Master Bathroom**

Visuals below depict normal moisture levels from underneath the master bathroom window, the wall behind the toilet, and inside the vanity.

 

 

 



**Location: E Bedroom 1**

**Location: E Bedroom 1**

Due to the observations made during the inspection, an air sample was performed in the ambient space for 5 minutes.  The air pump was calibrated at 15 liters.

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The Air sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: Air
Client Accepts: Yes
Lab Code: 263451
Humidity: 55%
Temperature: 76°f






**Location: E Bedroom 1**

Significant dust and debris observed between the tacking strip and baseboard.









**Location: N Bedroom 2**

Moisture mapping indicated acceptable readings at the time of assessment.

 

 

 

 

Location: **West Bedroom 3**

Due to the observations made during the inspection, an air sample was performed in the ambient space for 5 minutes.  The air pump was calibrated at 15 liters.

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The Air sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: Air
Client Accepts: Yes
Lab Code: 263452
Humidity: 56%
Temperature: 76°f






24

**Location: West Bedroom 3**

Acceptable moisture levels detected from the bedroom window sill. Carpet tacking strips were clean at the time of the assessment.

 

 

 









**Location: Ventilation System  ( HVAC Unit, filter and return plenum)**

**Aerosolized mold spores often penetrate the  HVAC Unit through the return vent. The air handling is capable of dispersing  contaminated air through the duct work and back into the ambient space through the supply vents. Contamination of the air handling unit and duct work is probable.  This risk increases when the return air intake is in close proximity to water damage or mold contaminated building material.**

In accordance with the health of the family's infant, combined with the observations made during the inspection, the EPA 36 sampling methodology was employed. .

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The EPA 36 sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: EPA 36
Client Accepts: Yes
Lab Code: EPA 36   2

 

 

**Location: Ventilation System  (Environmental Mold and Mycotoxin  Assessment & Testing) EMMA**

Due to the observations made during the inspection, an EMMA sample was collected from the HVAC, return plenum, and kitchen. The EMMA methodology testing uses sensitive molecular detection technology to look for the presence of 10 of the most toxigenic molds.  It determines their presence and determines their relative abundance.  EMMA also tests directly for 15 of the most poisonous Mycotoxins.

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The EMMA sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: EMMA
Client Accepts: Yes
Lab Code: EMMA 1





**Location: Ventilation System**

Due to the observations made during the inspection, an Endotoxin was collected from the ventilation system.

Confirmation of the existence of Endotoxins can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The Endotoxin sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: Endotoxin
Client Accepts: Yes
Lab Code: Endotoxin 1



**Location: Return Plenum**

Heavy dirt and dust observed from return duct work.  Heavy dirt and dust present increases the opportunity for dust to infiltrate the air handling unit, which can create an environment for mold to germinate.  Heavy dirt, dust, and suspect mold growth also observed from bottom of cooling coils.





**Location: Air Handling Unit**

Due to the observations made during the inspection, a surface sample was collected from the HVAC unit.

Confirmation of the existence of mold can only be done through laboratory analysis. Sampling and analysis is suggested for this substance and or of the air surrounding the area. The method of cleanup and remediation can be dependent on the quantities and the types of environmental pathogen involved.

The surface swab sample was collected by client request. The sample will be referenced on the independent laboratory report by the code.

See **Inspectors Observations and Considerations** below for sampling results, interpretation and recommendations for this area.

Sampling recommended: Swab
Client Accepts: Yes
Lab Code: 1



**Location: Air Handling Unit**

Aerosolized mold spores often infiltrate the HVAC Unit through the return vent. The air handling unit is capable of dispersing contamination through the duct work and back into the ambient space through the supply vents. Contamination of the air handling unit and duct work is probable.  This risk increases when the unit is surrounded by water damaged or mold contaminated building material.

 

 

 






**Location: Hallway Return**

Dust and debris was observed from the hallway return cover. Dust and debris have the ability to harbor mold and other contaminants for extended periods of time.



**Location: Hallway Bathroom**

Moisture mapping indicated acceptable levels. Signs of patchwork to baseboards and drywall next to bathtub observed.    Seal around toilet appears breached, evidence of a possible water loss.

 

 

 

**Location: Exterior of Home**

Suspect mold was observed from the exterior front windows of the home.

There are cracks present in the exterior. This can create a pathway for moisture intrusion. This is a concern as water runoff can traverse down the exterior walls and enter the holes where the water seeps into the building envelope. Moisture in the building envelope can create an environment for mold growth. Advise consultation with licensed contractor for remedy.

 

 

# Background

The subject property is located at 8538 Tampa Point Blvd. Tampa FL 33621. The clients are  former tenants of this home. Family members have experienced concerning health problems while living inside this home. Most concerning is the severe health issues experienced by their young infant son. He has spent a great deal of time with doctors and hospitals. A mold inspection was performed on March 5,  2019. (mold Zero LLC) The presence of Chaetomium was present in multiple air samples collected.  **Chaetomium** is a **dangerous** mold that little about which is known. Exposure to**Chaetomium** results in classic mold related symptoms with permanent neurological damage, auto-immune disease, and permanent DNA damage being reported.

In an effort to provide more information to the infant's medical authorities, the client was directed to better understand the potential mold presence inside their home. As a result, Certified Mold Assessments, Inc, was contracted to perform a limited assessment and testing of the home to validate if an unusual mold condition existed within the property. On May 24  2019, Al Rabin, a Certified Mold Inspector (CMI), performed the assessment and testing.

# Inspection/Investigation

On 2019-05-24, Al Rabin, a Council Board Certified Microbial Investigator (CMI) and Board Certified Indoor Environmentalist (CIE), as well as, a state of Florida Mold Assessor MRSA 2040 and MRSA 2349, performed the mold inspection and sampling. A moisture meter and infrared camera were used to identify elevated moisture in the building materials.

# Sampling

The results of the forensic tests collected during this study are based solely on the results of the air and surface samples collected on 2019-05-24. Certified Mold Assessments, Inc. was contracted to perform limited tests within the following areas outlined in the chain of custody only (see attached Chain of Custody last page of report); Therefore, the forensic sampling results are based only on the areas sampled and no conclusions can be made regarding the air quality or unusual mold conditions for the rest of the property.

Please note that different sampling methodologies may have been used as part of the Inspection process. The sampling methodologies suggested were selected with considerations of the site conditions present during the inspection process. Some of the sampling strategies described below may not have been performed, but are strongly suggested to ensure a comprehensive evaluation of the indoor environment.

The different sampling methodologies are briefly outlined below:

## Microbiology

Air Sampling: A certified inspector, trained in appropriate sampling methodology, performs air monitoring. Air samples are collected via a Spore trap Cassette for collecting viable and non-viable airborne mold spore samples. Spore trap cassette samples were collected utilizing a spore trap cassette in conjunction with a high volume air sampler. Ambient air samples are collected for a timed period (as specified in the chain of custody) at an airflow rate of 15 liters per minute for inside and outside ambient air. Results of the viable/non- viable spore trap cassette samples have been reported in Spores per cubic Meter of Air (Spores/M³). If air monitoring is performed, for comparative purposes, outdoor air samples should be collected concurrently at an air intake, if possible, and at a location representative of outdoor air.

The Outdoor reference air sample is very helpful in evaluating where there is an internally generated mold problem.

Additionally, Ambient Air monitoring should be performed within the ambient living areas if there is evidence from a visual inspection the ventilation systems may be contaminated. The purpose of such air monitoring is to assess the extent of contamination throughout the building. Sampling should be conducted while ventilation systems are operating. Air monitoring should be performed if the presence of mold is suspected in a particular area of the structure (e.g., a microbial volatile odor is detected.) And cannot be identified through a visual inspection or bulk sampling. The purpose of such air monitoring is to determine the location and/or extent of mold contamination. Air monitoring should also be performed if the building inhabitants are suffering from health problems, which are or may be associated with fungal exposure.

Surface (Swab) Sampling: A certified inspector, trained in appropriate sampling methodology, performs the surface sampling with the appropriate media for the site conditions. Surface samples are collected either via sterile Swab or Tape-lift media used for collecting surface mold growth/spore samples. Surface samples were collected via swabs and/or tape-lifts provided by the laboratory. The surface samples were placed in airtight tubes and then transported to the lab.

Bulk Sampling: A certified inspector, trained in appropriate sampling methodology, performs the bulk sampling. Bulk samples are collected either by collecting a piece of the surfaces and substrate with visible mold growth/spore samples. Bulk samples were collected using appropriate dust control and management methodologies. The surface samples were placed in airtight plastic bags/containers provided by the laboratory and then transported to the lab.

Microbiology samples, if any are collected, are analyzed by either AEML (Primary Location: 1301 E Atlantic Blvd., Suite 5, Pompano Beach, FL 33060) or EMSL (Primary Location: 200 Route 130 North, Cinnaminson, NJ, 08077).

## MSqPCR

ERMI Dust Samples: A certified inspector, trained in appropriate sampling methodology, performs the ERMI dust sampling from dust reservoirs and areas where dust accumulates. ERMI dust samples are collected via swiffer pads. The ERMI dust sample provides a historical perspective of the presence of specific species' of mold spores within the area. Its results are split into two groups. Group 1 includes 26 species of water damage indicator molds with some species are capable of producing dangerous mycotoxins, which are toxins that can have harmful health effects in humans. Group 2 includes 10 species of common outdoor molds, which if found indoors indicate proliferation in the occupied space that could result in varied levels of allergic reactions. The samples were placed in airtight bags and

then transported to the lab.

Endotoxin: Endotoxins are derived from the cell walls of Gram Negative bacteria (GNB). Gram-negative bacteria is found almost anywhere in nature. Their toxins are found within the outer layer membrane of the GNB cell wall. They do not have to be living, therefore both viable and non-viable gram-negative bacteria contribute endotoxins.

Actinobacteria Panel ABSOLUTE abundave of clinical significant aerobics and anaerobics Actinobacteria

Samples, if any are collected, are analyzed by Envirobiomics. Primary location:11550 IH 10 W, Suite 105, San Antonio, Texas, 78230.

**Mycotoxins**

Mycotoxin Panel: A certified inspector, trained in appropriate sampling methodology, performs the Mycotoxin Panel dust sampling from dust reservoirs and areas where dust accumulates. The Mycotoxin Panel dust samples are collected via sterile swabs provided by the laboratory. Like the ERMI method, this methodology tests dust, which can harbor mycotoxins for extended periods of time, thus providing a historical perspective of the presence of mycotoxin production within the occupied space. The Mycotoxin samples for the presence of Ochratoxin, Aflatoxin, Trichothecene, and Gliotoxin The surface samples were placed in airtight tubes and then transported to the lab.

Mycotoxin surfaces samples, if any are collected, are analyzed by RealTime Laboratories, LLC. Primary Location: 4100 Fairway Dr #600, Carrollton, TX 75010

**Volatile Organic Compounds (VOC's) and Formaldehyde**

Volatile organic compounds (VOCs) are emitted as gases from certain solids or liquids. VOCs include a variety of chemicals, some of which may have short- and long-term adverse health effects. Concentrations of many VOCs are consistently higher indoors (up to ten times higher) than outdoors. VOCs are emitted by a wide array of products numbering in the thousands. Examples include: paints and lacquers, paint strippers, cleaning supplies, pesticides, building materials and furnishings, office equipment such as copiers and printers, correction fluids and carbonless copy paper, graphics and craft materials including glues and adhesives, permanent markers, and photographic solutions.

Organic chemicals are widely used as ingredients in household products. Paints, varnishes, and wax all contain organic solvents, as do many cleaning, disinfecting, cosmetic, degreasing, and hobby products. Fuels are made up of organic chemicals. All of these products can release organic compounds while you are using them, and, to some degree, when they are stored.

VOC air sampling is conducted with a designated sampling media provided by the analytical laboratory.

Samples were analyzed by Prism Analytical Technologies. Primary Location: 2625 Denison Drive, Suite D, Mt.Pleasant, MI 48858.

***For all sampling methodologies, to prevent cross-contamination, a new pair of rubber gloves is donned before collecting each sample. The samples are sealed, labeled and delivered to the laboratory with an accompanying Chain of Custody.***

41

# Laboratory Results

There are currently no standards or guidelines regarding results of fungal samples. There are no levels, which are typical or permissible. This report was developed in accordance with the IICRC S520 Standard and Reference Guide for Professional Mold Remediation. It is recommended that levels and potential health effects be discussed with your Doctor. Many fungi (e.g., species of Apergillus, Penicillium, Fusarium, Trichoderma and Memnoniella) in addition to Stachybotrys can produce potent mycotoxins. Mycotoxins are fungal metabolites that have been identified as toxic agents.

While no universally accepted method of interpretation exists for all types of surface samples, it is generally assumed that most building materials should have either no mold growth on them or only trace levels of common environmental molds.

# Interpreting Laboratory Results

Developing A Preliminary Determination: You may have a mold problem if indoor mold tests report mold levels that are: (a) higher than the outdoor mold levels; (b) mold spores present indoors but absent from the outdoors; or (c) the indoor mold is pathogenic/toxic. While no universally accepted method of interpretation exists for all types of surface samples, it is generally assumed that most building materials should have either no mold growth on them or only trace levels of common environmental molds.

The Surface sample results provided with the report are outlined based on mold spore concentrations. The following is a chart that categorizes the spore count concentration into size equivalents;

Category: Count/per area analyzed

Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

It is generally accepted in the industry that indoor fungal growth is undesirable and inappropriate, necessitating removal or other appropriate remedial actions. The New York City guidelines and EPA guidelines for mold remediation in schools and commercial buildings define the conditions warranting mold remediation. Always remember that water is the key. Preventing water damage or water condensation will prevent mold growth.

This report is not intended to provide medical advice or advice concerning the relative safety of an occupied space. Always consult an occupational or environmental health physician who has experience addressing indoor air contaminants if you have any questions.

An environment can be categorized into three conditions. Condition 1, Condition 2 and Condition 3.

Condition 1 is a normal fungal ecology which is an indoor environment that may have settled spores, fungal fragments or trace of actual growth whose identity, location and quantity are reflective of a normal fungal ecology for a similar indoor environment.

Condition 2 (settled spores) is an indoor environment that is primarily contaminated with settled spores that were dispersed directly or indirectly from a condition 3 area, and which may have traces of actual growth.

Condition 3 (actual growth) is an indoor environment that is contaminated with the presence of actual mold growth and associated spores. Actual growth includes growth that is active or dormant, visible or hidden.

(Reference IICRC 520 Condition 1 – Standard and Reference Guide for Professional Mold Remediation.)

The results of the lab tests are outlined on the following attached laboratory report.

# Inspectors Observations & Considerations

Outline below are the observations, lab results and considerations for next steps.

In cases where clients have been feeling adverse health issues while spending time within the home, it is extremely important that sampling results and recommendations for cleaning/remediation are reviewed with their medical authority. The below recommendations are what we believe to be a very comprehensive approach for cleaning the built environment and associated contents by remediating molds and toxins.

The information contained in this Report is for informational and educational purposes only. While it is based on professional advice, published experience, and expert opinion, it does not represent a health diagnosis, therapeutic recommendation or prescription for treatment. We urge you to consult and obtain medical advice from a licensed, trained, and competent medical provider for concerns with health issues. A second opinion of the site conditions present should be obtained if any doubts are present with regards to the information or recommendations contained in this report.

**ALL REMEDIATION SHOULD BE PERFORMED BY LICENSED MOLD REMEDIATION COMPANIES / CONTRACTORS AND REMEDIATION PROTOCOLS SHOULD FOLLOW APPROPRIATE INDUSTRY GUIDELINES AND STANDARDS.**

**Laboratory Results:**

**Molds &  Endotoxins Detected Within The Home;**

**Bacterial Endotoxin Definition. Lipopolysaccharides (LPS), also known as lipoglycans and endotoxins, Endotoxins are part of the outer membrane of the cell wall of Gram-negative bacteria. ... The cell wall antigens (O antigens) of Gram-negative bacteria are components of LPS.**

**Gram-negative bacteria release dangerous endotoxins primarily when they are killed. This can occur when the immune system or antibiotics attack the bacteria and break down their cell walls. When the cell walls are broken, fragments of the outer membrane are released into the body, including the endotoxins.**

 **Aspergillus/Penicillium** is a possible allergen, and a common cause of respiratory irritation and infection. Normally found on water damaged wallpaper, carpet and organic materials. Several species of Aspergillus are capable of producing harmful mycotoxins.

**Chaetomium** is one of the most common molds in water-damaged buildings and is a fungal genus which contains around 80 known species of mold. These molds are among the group of molds which can cause health problems in humans as a result of prolonged exposure, making them of interest to people dealing with mold problems in their homes or in prospective real estate acquisitions. Additional study is needed on Chaetomium fungi to determine how hazardous they are to human health, but evidence would seem to strongly suggest that they are harmful. These fungi like to live on cellulose, and are found on wood, compost, sheet rock, straw, and similar materials. The fungal colony

44

can take as long as three weeks to mature in a cold environment, producing spores which spread the fungus via the wind. The colony starts out white, turning dark gray to olive when it is mature, with a cottony texture. The spores of Chaetomium fungi have a very distinctive lemon shape which makes them easy to identify, and the fungus has a signature musty odor. When Chaetomium is present, Stachybotrys is often close by.

**Cladosporium:** These genera of mold are pigmented dark green to black in the front, and black on the reverse with a velvety to powdery texture. One of the most commonly isolated from indoor and outdoor air, Cladosporium spp. are found on decaying plants, woody plants, food, straw, soil, paint, textiles, and the surface of fiberglass duct liner in the interior of supply ducts. There are over 30 species in the Cladosporium genus. The most common are elatum, herbarum, sphaerospermum, and cladosporioides. These fungi are the causative agents of skin lesions, keratitis, nail fungus, sinusitis, asthma, and pulmonary infections. Acute symptoms of exposure to Cladosporium are edema and bronchiospasms, and chronic exposure may lead to pulmonary emphysema.

**Hyphal Fragments** or mycelia are components of fungal growth (similar to the roots and branches of a tree). It is common to find small hyphal fragments in outdoor air and possibly in indoor dust. But their presence in indoor air samples, if in quantity or in large segments, suggests an active fungal colony in the building. Their presence in a surface sample in quantity or in large segments indicates that active fungal growth is present or nearby, or that fungal material has been disturbed in the building. Hyphal fragments might be just one or two little bits or a rat's nest of growing mycelia. Hyphal fragments or hyphae may be colored or colorless (mycologists report colorless spores or hyphae as hyaline.  Possible allergen.

**Rhizopus** is a cosmopolitan filamentous fungus frequently isolated from soil, decaying fruit and vegetables, animal feces, and old bread. Aside from being known as common contaminants, Rhizopus species are also occasional causes of serious, and often fatal, infections in humans. Certain species are plant pathogens as well.

**Stachybotrys** is often referred to as "Toxic Black Mold." It has the ability to produce Mycotoxins which may cause a burning sensation in the mouth, throat, and nasal passages. Chronic exposure has been known to cause headaches, diarrhea, memory loss and brain damage. It is found growing on water damaged cellulose, paper, and ceiling tiles.

**Note: Two moisture meters were used during the assessment:**

1. **Tramex Moisture Encounter Plus**

2. **Protimeter Surverymaster displays moisture via numerical percentage and color.**

**Green: 0-17% (Dry)**
**Yellow: 17-20% (At Risk)**
**Red: 20-99.9% (Wet)**

**Kitchen;** To validate the presence of an unusual mold condition, the following sample(s) were collected from the area.

1. SAMPLE 1; An ambient air sample was collected from the kitchen.

The results of sample 1 indicated a normal fungal ecology compared to the outside baseline.

**Master Bedroom;** To validate the presence of an unusual mold condition, the following sample(s) were collected from the area.

1. SAMPLE 1; An ambient air sample was collected from the master bedroom.

The results of sample 1 indicated a normal fungal ecology compared to the outside baseline.

**East Bedroom;** To validate the presence of an unusual mold condition, the following sample(s) were collected from the area.

1. SAMPLE 1; An ambient air sample was collected from the east bedroom.

The results of sample 1 indicated a normal fungal ecology compared to the outside baseline.

**West Bedroom;** To validate the presence of an unusual mold condition, the following sample(s) were collected from the area.

1. SAMPLE 1; An ambient air sample was collected from the west bedroom.

The results of sample 1 indicated a normal fungal ecology compared to the outside baseline.

**MSQPCR - Composite EPA 36 (Refrigerator condenser coils and surround floor, living room sub floor, master bedroom sub floor, upstairs return intake)**
The results of this sample detected 10 group 1 molds and 7 group 2 molds. Included in the Group 1 molds are high counts of Aspergillus fumigatus, Chaetomium globosum, Penicillium crustosum and Scopulariopsis chartarum (see lab results for details). A significant number of mold species that are capable of producing mycotoxins that are harmful to Humans and animals were present. Based on the various molds detected advise consultation with your medical doctor for the potential impact in regards to your specific health situation. Advise consultation with a licensed remediation company for remedy. IICRC S520 Guidelines are to be adhered to.

**Ventilation System;** To validate the presence of an unusual mold condition, the following sample(s) were collected from the area.

1. SAMPLE 1; An Endotoxin sample was collected from the ventilation system.
2. SAMPLE 2; An EPA 36 sample was collected from the HVAC and plenum.
3. SAMPLE 3; An EMMA sample was collected from the ventilation system.

The results of sample 1 detected an **Endotoxin level of 9,156 EU/mg**. Normal ranges for Endotoxin levels in dust samples are as follows.

1. Urban homes endotoxin range from 50 to 100 EU/mg in dust samples collected from homes.

2. 10% of US homes have endotoxin levels around 1,000 EU/mg in dust samples.

**Ventilation System : MSQPCR - Composite EPA 36 ( HVAC and Return Plenum )**
The results of this sample detected 14 group 1 molds and 6 group 2 molds. Included in the Group 1 molds high counts of Chaetomium globosum, Stachybotrys Chartarum, Cladosporium sphaerospermum and Penicillium spinulosum (see lab results for details). A significant number of mold species that are capable of producing mycotoxins that are harmful to Humans and animals were present. Based on the various molds detected advise consultation with your medical doctor for the potential impact in regards to your specific health situation. Advise consultation with a licensed remediation company for remedy. IICRC S520 Guidelines are to be adhered to.

**Home Screen - Mycotoxin -  HVAC, Plenum, Kitchen**
To validate the presence of mycotoxins in the home, a composite dust sample was collected from the kitchen & master bedroom.   The results of the sample detected equivocal counts of **Trichothecene Group and Gliotoxin Derivative  (see lab results for detail).** Here, the result for **Trichothecene Group was 0.02500 ppb. The result for Gliotoxin Derivative was 0.66900 ppb.**

**Air Handing Unit;** To validate the presence of an unusual mold condition, a surface sample was collected from the unit. The results of the sample detected high counts of Cladosporium and Hyphal Fragments.

**Home Screen - Living Room and Kitchen;**
A composite dust sample was collected from throughout the home to determine the presence of mold.  The results of sample 1 detected an **ERMI score of 17.8** including high counts of Chaetomium globosum and Cladosporium sphaerospermum, and Penicillium crustosum (see lab results for details). The surviving mold website can be a resource to gauge the potential health effects for people who are CIRS (Chronic Inflammatory Response Syndrome) compromised. Typically a score of 2 or more would not be an environment suitable for a CIRS compromised individual. Another way one can measure the potential health consequence of an environment is utilizing HERTSMI-2 scoring system. The HERTSMI-2 score was developed by Dr. Ritchie Shoemaker as a way to help determine if a home is suitable for reentry for a patient with CIRS (Chronic Inflammatory Response Syndrome). If using this scale, a score below 11 is may be suitable for a person with CIRS. **The HERTSMI-2 score was 24.**
However, the ERMI score and the HERTSMI-2 score can be deceiving. The HERTSMI-2 score is based on 5 mold species and is extremely limited. In this case, the ERMI sample detected 23 Group 1 molds with a number of mold species that are capable of producing mycotoxins that are harmful to humans and animals. This is a concern as the higher the number of molds detected in an environment the more likely the production of mycotoxins. Furthermore the scoring system can be used as a gauge, however, it should not be used as an end all for those individuals who are sensitive to molds or have health issues. Based on the various molds detected advise consultation with your medical doctor for the potential impact in regards to your specific health situation.

ADDITIONAL CONSIDERATIONS; According to theIICRCS500 chapter 11 section; Evaluating Structural Components and Materials page 199, Restorers should inspect and evaluate walls (e.g. drywall, plaster, paneling) using a moisture meter to inspect from the bottom of the wall upward for moisturewickingor for moisture that has collected within the wall at its lowest point. In some cases, it can be necessary to remove baseboard to inspect for wicked moisture and to expedite drying and treatment of lower wall areas. Generally, walls will be wet in instances where there is standing water, or if water originates from an overhead water source and flows down wall components. If damage to an interior wall or floor cavity is suspected under extreme wetting situations, as was the case within and throughout the entire affected area, it can be necessary to remove and dispose of portions of wall materials and insulation to achieve proper drying and restoration of the structure. Drywall should be replaced when contaminated with fungal growth on paper coverings on either side is detected, as is the situation within and throughout the entire affected area. Wet building materials may promote Microbial growth after 48 to 72 hours of the event.

Wet building materials may promote Microbial growth after 48 to 72 hours of the event. The consideration should be given to removing the Drywall to remove potential contaminated dry wall and water damaged building envelop materials to thoroughly clean and dry out the wall cavities. TheIICRCS500 3rd Addition, chapter 11 section; Evaluating Structural Components and Materials page 199, states on page 45 under Walls, "if dry wall requires replacement, accomplish area containment (build / erect containment) and remove first; then treat and properly dry exposed wood framing to within four percentage points of normal MC prior to new drywall replacement. Failure to do so may result in mold growth where the moist wood contacts, drywall, paneling or other wall covering materials.

According to theIICRCS500 Page 70 Section 12.5.6.3 Many wall and ceiling materials area porous. When contaminated by Category 2 or 3 water or special situation categories, they are notrestorable. These materials should be removed and after cleaning, decontaminating and drying exposed cavities, replaced. If contaminated water has penetrated into and behind and below porous materials they should be removed and eventually replaced with new Material.

According to theIICRCS520 Page 34 Section 9.6 the Category of Water; Category 3 water is grossly contaminated and can contain pathogenic,toxigenicor other harmful agents. Examples of category 3 water can include but not limited to; Sewage, toiletbackflowsthat originate from beyond the toilet trap regardless of viable color or content. All forms of flooding from seawater, ground surface water from raising rivers or streams, and other contaminated water entering or effecting the indoor environments, such as wind blown rain from hurricanes, tropical storms or other weather related events, such water sources may carry silt, organic matter, pesticides, heavy metals regulated materials or toxic organic substances.

It also states in theIICRCS500 Edition 2 page 44 under Walls; it is highly recommended that drywall be replaced when contaminated with category 3 water damage is obvious (swelling, seam, sagging or separation), fungal growth damages paper coverings on either side or packing of blown insulation

materials is likely.

Additionally, According to theIICRCS520 Chapter 4, page 100, the effectiveness of insulation is measured by using a scale of R-values. The higher the R-value the greater the resistance to heat transfers. When insulation within wall and ceiling cavities get wet the R-value can be compromised. Proper placement of insulation and the integrity of the R-value in a building are key. Construction failures and building related problems can be linked to a defect or damage to the insulation. Insulation affects comfort, durability, energy efficiency and indoor environmental quality.

**HVAC SYSTEM AND ASSOCIATED DUCTS AND RETURNS; You can reference a NADCA certified professional at their website** www.nadca.com.

According to theIICRCS520 Chapter 3 page 74, Building "Dampness" and Mold In general, building dampness (ie.,moist or wet conditions) and the resulting surfaces and air borne mold contamination, have significant potential impact on the health of occupants. A review of 61 peer-reviewed articles by a European consortium concluded that dampness in buildings is consistently associated with an increased risk for symptoms in the respiratory tract, as well as, self reported tiredness, headache and respiratory tract infections.

World Health Organization (WHO) publishes its first guidelines on indoor air quality, addressing dampness and mold. (1) They are the result of a rigorous two-year review of the currently available science by 36 leading experts worldwide, coordinated by the WHO Regional Office for Europe. The authors conclude that occupants of damp or moldy buildings, both private and public, have up to a 75% greater risk of respiratory symptoms and asthma. The guidelines recommend the prevention or remediation of dampness- and mold-related problems to significantly reduce harm to health. ADDITIONAL CONSIDERATIONS REGARDING CONTENTS REMEDIATION; effective remediation of contents from mold contaminated environment includes the following tasks;

* Categorize contents items by their likelyrestorability, which includes: 1. Extrapolating the extent of mold contamination and water damage to the structure to the probable condition of the contents located in different areas; 2. Visually inspecting for evidence of mold contamination, and possible correlating the inspection with the results of a pre-remediation assessment performed by anIEP, to determine the contents condition (1,2, 3). 3. Determining the basic composition of content materials. Contents composition and condition defined for purposes of this chapter as follows: * POROUS: Materials that easily absorb or adsorb moisture and if organic can easily support fungal growth (e.g. clothing and other textiles, padded or upholstered items, leather, taxidermy, paper goods, many types of fine art. * SEMI-POROUS: Materials that absorb or adsorb moisture slowly and if organic can support fungal growth (e.g. unfinished wood, Masonry; * NON-POROUS: Materials that do not absorb or adsorb moisture or those that have surface treated and do not easily support fungal growth (e.g. finished wood, glass, metal, plastic): 4. Providing options as to the relative cost of cleaning versus the cost of replacement. 5. Determining cleaning requirements in order to decide whether to clean contents on site or in plant; 6. Determining those contents requiring remediation by a specialty cleaning company or professionals (e.g. fine art, electronics, rare books, priceless keepsakes) 7. Communicating with anIEP, if involved in the project, regarding issues of sampling, analysis and verification testing. FOR MORE DETAILS ON CONTENTS REMEDIATION ADVISE CONSULTATION WITH A CERTIFIED MOLD REMEDIATION COMPANY AND SOURCE GUIDELINES FROMIICRC/ THE CLEAN TRUST S520.

Preventative steps to consider;

Mold Recap: Ten Things you should know about Mold

1) Potential health effects and symptoms associated with mold exposures include allergic reactions, asthma, and other respiratory problems. 2) There is no practical way to eliminate mold and mold spores in the indoor environment; the way to control indoor mold growth is to control moisture. 3) If mold is a problem in your home or building, you must clean up the mold and eliminate the moisture source. 4) The source of the water problem or leak must be repaired to prevent mold growth. 5) Indoor humidity must be reduced (to 30-50%) to decrease mold growth by: adequately venting bathrooms, dryers, and other moisture-generating sources to the outside; using air conditioners and de-humidifiers; increasing ventilation; and using exhaust fans whenever cooking,dishwashingand cleaning. 6) Clean and dry any damp or wet building materials and furnishings within 24-48 hours to prevent mold growth. 7) Clean mold off of hard surfaces with water and detergent and dry completely. 8) Prevent condensation: reduce the potential for condensation on cold surfaces (e.g., windows, piping, exterior walls, roof, or floors) by adding insulation. 9) In areas where there is a perpetual moisture problem, do not install carpeting. 10) Mold can be found almost anywhere: they can grow on virtually any substance, providing moisture is present. There are molds that can grow on wood, paper, carpet, and foods.

In addition, consideration should be given to the following outlined below.

In all situations, the underlying cause of water accumulation must be rectified or fungal growth will recur. Any initial water infiltration should be stopped and cleaned immediately. An immediate response (within 24 to 48 hours) and thorough clean up, drying, and/or removal of water damaged materials will prevent or limit mold growth. If the source of water is elevated humidity, relative humidity should be maintained at levels below 60% to inhibit mold growth. Emphasis should be on ensuring proper repairs of the building infrastructure, so that water damage and moisturebuildupdoes not recur.

The size of the area impacted by fungal contamination primarily determines the type of remediation. The sizing level below is based on professional judgment and practicality; currently there is not adequate data to relate the extent of contamination to frequency or severity of health effects. The goal of remediation is to remove or clean contaminated materials in a way that prevents the emission of fungi and dust contaminated with fungi from leaving a work area and entering an occupied or non-abatement area, while protecting the health of workers performing the abatement. The listed remediation methods were designed to achieve this goal, however, due to the general nature of these methods it is the responsibility of the people conducting remediation to ensure the methods enacted are adequate. The listed remediation methods are not meant to exclude other similarly effective methods. Any changes to the remediation methods listed in these guidelines, however, should be carefully considered prior to implementation.
Non-porous (e.g., metals, glass, and hard plastics) and semi-porous (e.g., wood, and concrete) materials that are structurally sound and are visibly moldy can be cleaned and reused. Cleaning should be done using a detergent solution. Porous materials such as ceiling tiles and insulation, and wallboards with more than a small area of contamination should be removed and discarded. Porous materials (e.g., wallboard and fabrics) that can be cleaned, can be reused, but should be discarded if possible. A professional restoration consultant should be contacted when restoring porous materials with more than a small area of fungal contamination. All materials to be reused should be dry and visibly free from mold. Routine inspections should be conducted to confirm the effectiveness of remediation work.

The use of gaseous, vapor-phase, or aerosolized biocides for remedial purposes is not recommended. The use of biocides in this manner can pose health concerns for people in occupied spaces of the building and for people returning to the treated space if used improperly. Furthermore, the effectiveness of these treatments is unproven and does not address the possible health concerns

from the presence of the remaining non-viable mold. For additional information on the use of biocides for remedial purposes, refer to the American Conference of Governmental Industrial Hygienists' document, "Bioaerosols: Assessment and Control."

# Mold Decontamination Recommendations

Building materials supporting fungal growth should be remediated as rapidly as possible in order to create a normal fungal environment. Repair of the defects that led to water accumulation (or elevated humidity) should be conducted in conjunction with or prior to fungal remediation. Prompt remediation of contaminated material and infrastructure repair is the primary response to fungal contamination in buildings. Emphasis should be placed on preventing contamination through proper building and HVAC system maintenance and prompt repair of water damage. Currently there are no United States federal regulations for evaluating potential health effects of fungal contamination and remediation.

The guidelines recommended above are focused on the prevention or remediation of dampness and mold related problems to significantly reduce potential harm to health and deterioration of building components. Comprehensive and effective remediation of contents from mold contaminated environment includes the following tasks;

- Categorize contents items by their likely restorability, which includes:

1. Extrapolating the extent of mold contamination and water damage to the structure to the probable condition of the contents located in different areas;

2. Visually inspecting for evidence of mold contamination, and possible correlating the inspection with the results of a pre-remediation assessment performed by an IEP, to determine the contents condition (1,2, 3).

3. Determining the basic composition of content materials. Contents composition and condition defined for purposes of this chapter as follows:

    ○ POROUS: Materials that easily absorb or adsorb moisture and if organic can easily support fungal growth (e.g. clothing and other textiles, padded or upholstered items, leather, taxidermy, paper goods, many types of fine art.

    ○ SEMI-POROUS: Materials that absorb or adsorb moisture slowly and if organic can support fungal growth (e.g. unfinished wood, masonry)

    ○ NON-POROUS: Materials that do not absorb or adsorb moisture or those that have surface treated and do not easily support fungal growth (e.g. finished wood, glass, metal, plastic)

4. Providing options as to the relative cost of cleaning versus the cost of replacement.

5. Determining cleaning requirements in order to decide whether to clean contents on site or in plant;

6. Determining those contents requiring remediation by a specialty cleaning company or

professionals (e.g. fine art, electronics, rare books, priceless keepsakes)

7. Communicating with an IEP, if involved in the project, regarding issues of sampling, analysis and verification testing.

Non-porous (e.g., metals, glass, and hard plastics) and semi-porous (e.g., wood, and concrete) materials that are structurally sound and are visibly moldy can be cleaned and reused. Cleaning should be done using a detergent solution. Porous materials such as ceiling tiles and insulation, and wallboardswith more than a small area of contamination should be removed and discarded. Porous materials (e.g., wallboard and fabrics) that can be cleaned, can be reused, but should be discarded if possible. A professional restoration consultant should be contacted when restoring porous materials with more than a small area of fungal contamination. All materials to be reused should be dry and visibly free from mold. Routine inspections should be conducted to confirm the effectiveness of remediation work.

# Specific Mold Decontamination Recommendations

Remediation of the affected areas noted above to appropriately clean and remove the mold should be considered. All foundation walls, plaster, drywall or wood paneled walls with excessive moisture and any drywall or wood panels that were subjected to excessive moisture in the past should be removed and discarded. All plaster, drywall and wood panels with visible mold and significant water damage should also be removed.

Each affected area should be cleaned with a damp cloth and a detergent solution and HEPA vacuumed. Dust suppression methods, such as misting (not soaking) surfaces prior to remediation, are recommended. Further consideration should be made to perform the above on any affected wood joist and sheathing where visible suspect growth is observed.

**All personal contents that are porous in nature and are supporting visible mold growth should be discarded. It is suggested that all porous contents that are not supporting visible mold growth be cleaned. If the porous contents cannot be effectively cleaned, it should be discarded. Furthermore, it is also suggested that all non-porous contents (glass, metal, etc.) be cleaned by HEPA vacuuming, damp wiping and mild detergent or EPA register microbial solution followed by a final HEPA vacuuming.**

After all visible mold growth has been removed; a complete cleaning process must be conducted of all remaining surfaces within the containment chambers. This includes, but is not limited to floor joists, band board, sub-floor, 2x4s, support beams, drywall, trim, walls, ceilings, windows, appliances, containment walls, critical barriers and fixtures. A coating that contains an antimicrobial may be applied to affected framing lumber.

All removals and cleanings must be performed by a qualified mold remediation contractor inside contained work areas with suitable negative air pressure. At a minimum, protocols outlined by IICRC S520 should be adhered too.

# Health Effects

The information contained in this report is for informational and educational purposes only. While it is based on professional advice, published experience, and expert opinion, it does not represent a health diagnosis, therapeutic recommendation or prescription for treatment. We urge you to consult and obtain medical advice from a licensed, trained, and competent medical provider for concerns with health issues. A second opinion of the site conditions present should be obtained if any doubts are present with regards to the information or recommendations contained in this report.

In cases where clients have been feeling adverse health issues while spending time within the home, it is extremely important that sampling results and recommendations for cleaning/remediation are reviewed with their medical authority. The attached recommendations are what we believe to be a very comprehensive approach for cleaning the built environment and associated contents by remediating molds and/or toxins. Based on the clients health position and/or sensitivity to various environments, there is no guarantee that an environment remediated and cleaned to a normal fungal ecology will be acceptable to the client. Furthermore, in some cases we have provided recommendations that involve the cleaning of belongings and sentimental items as a result of the laboratory results and the history of events at the property as told to us by our client. These recommendations are to serve as a foundation for cleaning and in some cases more cleaning maybe necessary per the advise and consultation of the clients medical authority. With regards to furniture and contents, some porous items (i.e. textiles, clothing, couches, mattresses, pillows, etc) are extremely difficult to clean properly; any items that can not be cleaned successfully and want to be kept, should be discussed with the clients medical authority.

Inhalation of fungal spores, fragments (parts), or metabolites (e.g. mycotoxins and volatile organic compounds) from a wide variety of fungi may lead to or exacerbate immunologic (allergic) reactions cause toxic effects, or cause infections.

Illnesses can result from both high levels with short-term exposure and low levels, with long term exposures. The most common symptoms reported from exposures in indoor environments are runny nose, eye irritation, and cough, and congestion, aggravation of asthma, headache, and fatigue.

Whether symptoms develop in people exposed to fungi depends on the nature of the fungal material (e.g. allergenic, toxic or infectious), the amount of exposure and the susceptibility of exposed persons. Susceptibility varies with the genetic predisposition (e.g. allergic reactions do not always occur in all individuals), age, state of health, and concurrent exposures. For these reasons and because measurements of exposure are not standardized and biological markers of exposure to fungi are largely unknown, it is not possible to determine "safe" or "unsafe" levels of exposure for the general population.

As a result, it is highly recommended that exposure levels be discussed with your doctor.

In cases where clients have been feeling adverse health issues while spending time within the home, it is extremely important that sampling results and recommendations for cleaning/remediation are reviewed with their medical authority. The attached recommendations are what we believe to be a very comprehensive approach for cleaning the built environment and associated contents by remediating molds and toxins. In some cases we have provided recommendations that involve the cleaning of belongings and sentimental items as a result of the laboratory results and the history of events at the property as told to us by our client. These recommendations are to serve as a

foundation for cleaning and in some cases more cleaning maybe necessary per the advise and consultation of the clients medical authority. With regards to furniture and contents, some porous items (i.e. textiles, clothing, couches, mattresses, pillows, etc) are extremely difficult to clean properly; any items that can not be cleaned successfully and want to be kept, should be discussed with the clients medical authority.

**The information contained in this Report is for informational and educational purposes only. While it is based on professional advice, published experience, and expert opinion, it does not represent a health diagnosis, therapeutic recommendation or prescription for treatment. We urge you to consult and obtain medical advice from a licensed, trained, and competent medical provider for concerns with health issues. A second opinion of the site conditions present should be obtained if any doubts are present with regards to the information or recommendations contained in this report.**

# Limitations & Exclusions

All the professional opinions presented in this report are based solely on the scope of work conducted and sources referred to in our report. The data presented by Certified Mold Assessments, Inc. in this report was collected and analyzed using generally accepted industry methods and practices at the time the report was generated. Based on the best available investigative technologies, no amount of assessment can guarantee that the subject property does not contain indoor biological contaminants in concentrations that can impair human health. Given the limited scope of services for this assessment, all potential areas of moisture problems and mold growth may not have been assessed. This report represents the conditions, locations and materials that were observed at the time the field work was conducted. The scope of work for this project did not include a complete visual inspection or an assessment of other environmental conditions which might exist on the property. No inference regarding other conditions, locations or materials at a later or earlier time may be made based on the contents of the report. No warranty is made. Fungi / mold will grow back if the water problem is not corrected and or high relative humidity exists and is not controlled. A non- destructive assessment of indoor air quality and moisture conditions was conducted at the site. Therefore, it is possible that mold spore growth inside enclosed wall cavities, insulation, attic spaces, or other areas could exist beyond the inquiry of the activities conducted during this site assessment. In addition, environmental changes, either naturally occurring or artificially induced, may cause changes or alterations (which can be significant) to the property as compared to the conditions present at the time that this assessment was conducted. Certified Mold Asessments, Inc. liability and that of its contractors and subcontractors arising from any services rendered hereunder shall not exceed the fee paid by the client to Certified Mold Assessments, Inc. This report was prepared for the sole use of our client. The use of this report by anyone other than our client or Certified Mold Assessments, Inc. is strictly prohibited without the expressed written consent of Certified Mold Assessments, Inc. Portions of this report may not be used independently of the entire report. The service contract and the limitations standards specified therein are an integral part of this report.

# Reference Documents, Guides and Books

ANSI / IICRC S520 – Institute of Inspection Cleaning & Restoration Certification (Third Edition - 2015)

ANSI / IICRC S500 – Institute of Inspection Cleaning & Restoration Certification (Third Edition - 2006)

AIHA Guideline 3 – 2004 Assessment, Remediation, and Post-Remediation Verification of Mold in Buildings Fungal Contamination - A Manual for Investigation, Remediation and Control Author by – Hollace S. Bailey

Indoor Environmental Professionals Panel of Surviving Mold CONSENSUS STATEMENT Medically sound investigation and remediation of water-damaged Buildings in cases of CIRS-WDB - L. Schwartz CIEC, BSME, MBA, G. Weatherman CMC, M. Schrantz CIEC, CMI, BPI-BA/EP, W. Spates CIAQP, CIEC, J. Charlton, ACIEC, AACIEH, K. Berndtson MD, R. Shoemaker MD

Bioaerosols Assessment and Control - ACGIH (American conference Of Governmental Industrial Hygienists)

Worldwide Exposure Standards for Mold and Bacteria - Historical & current Perspectives – Robert C. Brandys, PhD Gail M. Brandys

Post – Remediation Verification and Clearance Testing for Mold and Bacteria

Risk – Based levels of Cleanliness Robert C. Brandys, Gail Brandys

New York Department of Health Guidelines for Professional Mold Remediation

1905296003-008

AEML

# Chain of Custody

## Order Number *Lab Use Only*:

| | |
|---|---|
| **Company:** | Certified Mold Assessments |
| **Street:** | 3959 Van Dyke Road Suite 369 |
| **City:** | Lutz |
| **State:** | FL |
| **Zip:** | 33558 |
| **Country:** | USA |
| **Tel:** | 813-789-8209 |
| **Fax:** | |

**Please Provide Results:** ☐ Fax ☑ Email

**Report to:** Lisa Rabin

**Email Address:** team@certifiedmoldassessments.com

**Turnaround Time:** ☑ Standard ☐ Rush

**Project Address:** 8538 Tampa Point Blvd. Tampa FL 33621

**Project Name/No:** David Dickey

**Sampler Name:** Al Rabin

**Sampler Signature:**

**Date Collected:** 05/24/2019 11:00 am

**Comments:**

| Sample Id | Sample Location | Test Type | Start Time | Stop Time | Volume Area | Temp | RH% | Test Code |
|---|---|---|---|---|---|---|---|---|
| 263451 | E Bedroom 1 (East Bedroom) | Air | - | - | 75 | 76 | 55 | G003 |
| 263463 | Master Bedroom (master bedroom) | Air | - | - | 75 | 75 | 57 | G004 |
| 263457 | West Bedroom 3 (west bedroom) | Air | - | - | 75 | 76 | 56 | G005 |
| 263473 | Kitchen (kitchennete) | Air | - | - | 75 | 76 | 56 | G006 |
| 263499 | Outside Baseline (outside baseline) | Air | - | - | 75 | 86 | 56 | G007 |

MR 5/24/19  2

#1  HVAC  Swab  2x2  G008

5/29/19  9:15  Felix Hauyway  AEML  Good Carolina

190529003-008

Total # of Samples: 6

Relinquished (Client):   Al Rabin     Date: 2-28-19

Time:

Received:   Date:

Time: 5/29/19 9:15 Feelix Halleyburn   PEML Good careline



# DNA Testing Chain of Custody
**EMSL Order Number** *(Lab Use Only)*:

61190 1082

EMSL ANALYTICAL, INC.
LABORATORY·PRODUCTS·TRAINING

EMSL ANALYTICAL, INC.
200 ROUTE 130 NORTH
CINNAMINSON, NJ 08077

PHONE: (800) 220-3675
FAX:(856) 786-0262

| | |
|---|---|
| **Company :  Certified Mold Assessments** | **EMSL-Bill to:** ☒ Same ☐ Different<br>If Bill to is Different please note in Comments** |
| **Street:  3959 Van Dyke RD #369** | *Third Party Billing requires written authorization from third party* |

| | | | | |
|---|---|---|---|---|
| **City: Lutz** | **State/Province: FL** | **Zip/Postal Code: 33558** | **Country:** |
| **Report To (Name):  Al Rabin** | | **Fax #:** | |
| **Telephone #: 813-789-8209** | | **E-mail Address: team@certifiedmoldassesstments.com** | |

**Project Name/ Number:  David Dickey 8538 Tampa Point Blvd. Tampa, FL  33621**

| **Please Provide Results:** ☐ Fax   ☒ E-mail | **PO#** | **State Samples Taken: FL** |
|---|---|---|

**Turnaround Time (TAT) Options* - Please Check**

| ☐ 3 Hour | ☐ 6 Hour | ☐ 1 Day | ☐ 2 Day | ☒ 3 Day | ☐ 4 Day | ☐ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.  TATs are subject to methodology requirements.*

| **Fungi** | **Bacteria** | **Insects** |
|---|---|---|
| ☐ ERMI Panel (M180) *Dust Only* | ☐ Human *Bacteroides* (M199) | ☐ Bed Bug (*Cimex lectularius*) (M146) |
| ☒ EPA 36 Panel (M233) *Air, Swab* | ☐ Total *Bacteroides* (M095) | ☐ Tick - *Anaplasma phagocytophilum* Anaplasmosis (M261) |
| ☐ Water Damage 20 Panel (M181) | ☐ *E. coli* O157:H7 (M140) | ☐ Tick - *Babesia microti* Babesiosis (M260) |
| ☐ Wood Rot Fungi 10 Panel (M232) | ☐ *E. coli* (M200) | ☐ Tick - *Borrelia burgdorferi* Lyme disease (M196) |
| ☐ *Aspergillus* 15 Panel (M186) | ☐ Total *Enterococcus* (M096) | **Other** |
| ☐ *Aspergillus* 6 Panel (M188) | ☐ *Helicobacter pylori* (M207) | ☐ *Acanthamoeba* spp. (M147) |
| ☐ *Penicillium* 13 Panel (M189) | ☐ *Legionella pneumophila* (M103) | ☐ *Cryptosporidium* spp. (M237) |
| ☐ Customized Fungi Panel (M100) | ☐ *Legionella* 4 species-EPA (M162) | ☐ *Giardia* spp. (M149) |
| ☐ *Penicillium* Mycotoxin 9 Panel (M190) | ☐ *Legionella* Broad Screen (M163) | ☐ Enterovirus RT-PCR (M142) |
| **Birds, Animal Droppings** | ☐ MRSA (M203) | ☐ Food Authentication (F130) |
| ☐ *Chlamydophila psittaci* (M234) | ☐ *Mycobacterium avium* (M144) | ☐ GMO Analysis (F131) |
| ☐ *Cryptococcus neoformans* (M143) | ☐ *Mycobacterium tuberculosis* (M159) | ☐ DNA Barcode Analysis (M195) |
| ☐ *Histoplasma capsulatum* (M208) | ☐ *Pseudomonas aeruginosa* | ☐ DNA Sequencing Fungi/Bacteria Isolates (M192) |
| ☐ Raccoon Roundworm (M236) | ☐ *Salmonella* spp. (M141) | ☐ Special Request: |
| ☐ Rodent (Mouse, Rat) Dropping (M271) | ☐ *Shigella* spp. (F122) | |

| Sample # | Sample Location | Sample Type | Test Code | Volume/Area | Date/Time Collected |
|---|---|---|---|---|---|
| 1 | Living Room, sub floor behind baseboards & kitchen | EPA 36 | M233 | | 5-24-19 |
| 2 | HVAC  (Tape sample) | EPA 36 | M233 | | 5-24-19 |

| **Client Sample # (s): 2** - | **Total # of Samples: 2** |
|---|---|

| **Relinquished (Client): Al Rabin** | **Date: 5/25/19** | **Time:** |
|---|---|---|
| **Received (Lab):** ARM   Efe | **Date:** 53715 | **Time:** 1035 |

**Comments: *This is a composite**

Controlled Document – DNA Testing COC – R4 - 8/3/2015



**RealTime Laboratories, Inc**
4100 Fairway Drive, Ste 600
Carrollton, TX 75010
Phone: 1-972-492-0419
Fax: 1-972-243-7759
Website: www.realtimelab.com
Email: info@realtimelab.com
CLIA #: 45D1051736
CAP #: 7210193
TaxId#: 45-0669342

**EMMA (ENVIRONMENTAL MOLD MYCOTOXIN ASSESSMENT) REPORT FORM**
**06/04/2019**

**Company:** Certified Mold Assessments
**Project:** David Dickey
**Location:** 8538 Tampa Point Blvd
Tampa, FL
**Date of Receipt:** 05/31/2019
**Date of Report:** 06/04/2019

**Accession No:** EN228645EM
**Date of Service:** 05/24/2019
**Specimen:** Dust

Procedure: EMMA
TYPE: Quantitative PCR (Polymerase Chain Reaction)

| Code | TEST | Results | Units |
|------|------|---------|-------|
| EM001 | Aspergillus flavus | 0.0000 | ng of DNA/mL |
| EM002 | Aspergillus fumigatus | 0.0000 | ng of DNA/mL |
| EM003 | Aspergillus niger | 0.0000 | ng of DNA/mL |
| EM004 | Aspergillus ochraceus | 0.0000 | ng of DNA/mL |
| EM005 | Aspergillus versicolor | 0.0000 | ng of DNA/mL |
| EM006 | Chaetomium globosum | 0.0742 | ng of DNA/mL |
| EM010 | Stachybotrys chartarum | 0.0000 | ng of DNA/mL |
| EM013 | Aspergillus terreus | 0.0000 | ng of DNA/mL |
| EM014 | Candida auris | 0.0000 | ng of DNA/mL |
| EM015 | Fusarium solani | 0.0000 | ng of DNA/mL |

**Result Comments**

3 swabs - HVAC, Return, Kitchen



Director Signature

Disclaimer: EMMA Test Conducted at EMSL, 2200 Route 130 N, Cinnaminson, NJ 08077.
RTL maintains liability limited to cost of analysis. Interpretation of the data contained in this report is the responsibility of the client. This report relates only to the samples reported above and may not be reproduced, except in full, without written approval by RTL. The above test report relates only to the items tested. RTL bears no responsibility for sample collection activities or analytical method limitations.

**EnviroBiomics, Inc.**
11550 IH 10 W,    Suite 105
San Antonio, Texas,   78230
Phone:210 570 2095
Email:  support@envirobiomics.com

# ENDOTOXIN ANALYTICAL REPORT

**Client:**          Certified Mold Assessments

3959 Van Dyke Road # 369

Lutz              FL              33558          US

813-789-8209        team@certifiedmoldassessments.com

**Sampled by:**      Alan Rabin

3959 Van Dyke Rd #369

Lutz              FL              33558          USA

813-789-8209        team@cmatampa.com

**Site Address:**    8538 Tampa Point Blvd.

Tampa             FL              33821          USA

**Project Name:**    David Dickey 5/24/19

**Sample Location:** Ventilation System

**Sample Type:**     Swab                **Status:**   Non Available

**Client Reference:**

**Client Comments:**

**Date of Sampling:**        May 24, 2019
**Date Sample/s Received:**  June 11, 2019
**Date of Report:**          June 13, 2019

**Reported and Released By :**   David Lark, Mycologist.

| Reference Number | P.O. | EB Code | Check Number |
|---|---|---|---|
| 193523 | | 2043 | |

EnviroBiomics, Inc.

11550 IH 10 W,    Suite 105
San Antonio, Texas,   78230
Phone: 210 570 2095
Email:  support@envirobiomics.com

## PURPOSE OF THIS REPORT:

To determine the dust endotoxin concentration in the samples taken from within the premises.

## 1 INSTRUCTIONS

1.1 Samples collected at the property were submitted by the client.

1.2 The purpose of the samples submitted for analysis was to detect and report on their Endotoxin content in dust from Swifter cloth.

## 2 COMMENTARY

2.1 The samples collected were referred under chain of custody to our laboratory for analysis and reporting.

2.2 The samples received were labelled and their condition on receipt was intact.

2.3 This is an Analytical Report only and may not be in a format acceptable for litigation purposes because different Jurisdictions have differing requirements. Please contact EnviroBiomics for further assistance.

2.4 In accordance with our Terms & Conditions this document and its contents are intended for the Addressee only and contains opinions held by the Author who prepared this report based on material available at the time of preparation and expressed for the purposes of consideration by the Addressee and is not for general publication without written consent.

2.5 Copyright of this report is retained by the Author and the Addressee is granted an exclusive licence to its contents and use only when payment for this report is received in full, in accordance with Clause 10 of Envirobiomics.Inc Terms & Conditions.

2.6 Extraction or copying of this document, except in full, without the written consent of EnviroBiomics is unauthorised.



EnviroBiomics, Inc.

11550 IH 10 W,     Suite 105
San Antonio, Texas,   78230
Phone:210 570 2095
Email:  support@envirobiomics.com

# 3 RESULTS

## 3.1 SETTLED DUST ENDOTOX

The results of the Swifter dust endotoxin detected in the samples collected from the property were tabulated as follows:

| Reference Number | Date Sampled | Locations | Result EU/mg |
|---|---|---|---|
| 193523 | May 24, 2019 | Ventilation System | 9,156 |

# 4 COMMENTS

## 4.1 Sampling Strategy

Although proposed guidelines for endotoxin are available, comparative sampling (indoor vs. outdoors; complaint vs. non-complaint indoor references) is highly recommended.

In addition, dust and bulk liquid (most likely water) samples from problem and control buildings should be sampled for comparison and source identification.

## 4.2 Analytical Methods

LAL Chromogenic Kinetic assay.

The current standard analytical method for endotoxin is the Limulus Amebocyte Lysate (LAL) assay. Recent advances also allow LAL reagent to be specific to bacterial LPS (without the interference of glucan). Several variations of LAL methods are available.

The gel-clot method is the simplest, least expensive, and has good sensitivity. Turbidimetric assay is considered a "more quantitative measurement" of endotoxin over a range of concentrations.

The kinetic chromogenic method is much more accurate, sensitive, and reproducible than the gel-clot or turbidimetric methods.

The kinetic chromogenic method, which is used by EnviroBiomics, Inc., or reference laboratory for Endotoxins, has become the method of choice for high quality endotoxin analysis.

**EnviroBiomics, Inc.**

11550 IH 10 W,      Suite 105
San Antonio, Texas,   78230
Phone: 210 570 2095
Email:  support@envirobiomics.com

### 4.3 Interpretation of results

Normal range for endotoxin levels in dust samples are as follow.

1)  Urban homes endotoxin range from 50 to 100 EU/mg. [3] in dust samples collected from homes.

2) 10% of US homes have endotoxin levels around 1,000 EU/mg in dust samples.

### 4.4 Sources of Gram-negative bacteria and endotoxin.

Gram-negative bacteria are ubiquitous in the environment.

They are associated with plants and animals and are found in the oral cavities and intestinal tracts of mammals. They are especially plentiful in water.

They have been reported in contaminated ventilation systems and humidifiers. In the swimming pool study (Rose et al., 1998), significant levels of Gram negative bacteria, including Pseudomonas aeruginosa, Stenotrophomonas maltophilia, Pseudomonas spp., and Acinetobacter calcoaceticus were identified.

We have observed Gram-negative bacteria in large numbers in water damaged building materials, including fire proofing spray-on, carpet, ceiling tile, drywall, etc.

Endotoxins are produced by Gram-negative bacteria during growth, division, death or lysis. Therefore, wherever there are Gram-negative bacteria, there is endotoxin. Endotoxin exposures are mainly through the air.

Endotoxin in dust or in water must be aerosolized to cause the exposure.

### 4.5 Control and prevention

Gram-negative bacteria and endotoxin are ubiquitous in environment with water. Controlling water reduces possible growth of Gram-negative bacteria, and hence, the levels of endotoxin.

Endotoxins are reasonably stable. Therefore, heat and chemical treatments are not practical. In the event excessive levels of endotoxins are detected, removal of contaminated materials and HEPA vacuuming can reduce endotoxins.

**EnviroBiomics, Inc.**

**11550 IH 10 W,      Suite 105
San Antonio, Texas,    78230**

DAVID LARK
Mycologist



EnviroBiomics, Inc.

11550 IH 10 W,      Suite 105
San Antonio, Texas,   78230
Phone: 210 570 2095
Email:  support@envirobiomics.com

**REFERENCES:**

1. Indoor dust and air concentrations of endotoxin in urban and rural environments. Barnig C, Reboux G, Roussel S, Casset A, Sohy C, Dalphin JC, de Blay F. Lett Appl Microbiol. 2013 Mar;56(3):161-7. Epub 2013 Jan 14.

2. House Dust Endotoxin and Peripheral Leukocyte Counts: Results from Two Large Epidemiologic Studies. Fessler MB, Carnes MU, Salo PM, Wilkerson J, Cohn RD, King D, Hoppin JA, Sandler DP, Travlos G, London SJ, Thorne PS, Zeldin DC. Environ Health Perspect. 2017 May 31;125(5).

3. Longitudinal study of dust and airborne endotoxin in the home. J H Park, D L Spiegelman, H A Burge, D R Gold, G L Chew, and D K Milton Environ Health Perspect. 2000 Nov; 108(11): 1023–1028.



**EnviroBiomics, Inc.**

11550 IH 10 W,      Suite 105
San Antonio, Texas,   78230

Phone     210 233 6162
Mobile    210 570 2095

Email     david@envirobiomics.com
Email     gianni@envirobiomics.com

# ERMI ANALYTICAL REPORT

**Client:**            Certified Mold Assessments

                       3959 Van Dyke Road # 369

                       Lutz              FL                    33558          US

                       813-789-8209           team@certifiedmoldassessments.com

**Sample by:**         Alan Rabin

                       813-789-8209           team@cmatampa.com

**Site Address:**      8538 Tampa Point Blvd.

                       Tampa             FL                    33621          USA

**Project Name:**      David Dickey 5/24/19
**Sample Location:**   Living Room, Kitchen

**Sample Type:**       Swiffer               **Status:**   Non Available

**Client References:**

**Client Comments:**

**Date of Sampling:**          May 24, 2019
**Date Sample/s Received:**    June 11, 2019
**Date of Report:**            June 13, 2019

**Reported and Released By:**   David Lark, Mycologist.

| Reference Number: | P.O. | EB Code | Check Number |
|---|---|---|---|
| 193522 | | 2043 | |



**EnviroBiomics, Inc.**

11550 IH 10 W,      Suite 105
San Antonio, Texas,  78230

Phone      210 233 6162
Mobile     210 570 2095

Email      david@envirobiomics.com
Email      gianni@envirobiomics.com

**PURPOSE OF THIS REPORT:**

1) To detect mold present by Quantitative Polymerase Chain Reaction (QPCR) analysis of fungal DNA and determine relative mold species in the sample/s taken from within the premises.

2) Provide an Environmental Relative Moldiness Index (ERMI and HERTSMI-2) calculated on the basis of the mold species detected and evaluate the ERMI as an index of the severity of the mold present within the premises where sampling was conducted.

## 1   INSTRUCTIONS

1) The sample/s collected at the property was submitted by the client.

2) The purpose of the sample/s submitted for analysis was to detect and report on mold DNA present using QPCR detection methods as set out in the attached report and interpret these findings.

**Commentary**

1) The sample/s collected was referred under the chain of custody to our laboratory for analysis and reporting.

2) The sample/s received was labeled and in an intact condition.

3) This is an Analytical Report only and may not be in a format acceptable for litigation purposes because different Jurisdictions have differing requirements.
Please contact EnviroBiomics for further assistance.

4) Unless EnviroBiomics has either performed the assessment from which this sample/s originated or has been provided with the requisite certification from the sample/s as per Reference [8], the results contained in this report should not be relied upon as the sole criteria for granting "clearance" or post-remediation verification by any party.

5) In accordance with our Terms & Conditions, this document and its contents are intended for the Addressee only and contains opinions held by the Author who prepared this report based on material available at the time of preparation and expressed for the purposes of consideration by the Addressee and is not for general publication without written consent.

6) Copyright of this report is retained by the Author and the Addressee is granted an exclusive license to its contents and uses only when payment for this report is received in full. The sample/s collected was referred under the chain of custody to our laboratory for analysis and reporting.

7) Extraction or copying of this document, except in full, without the written consent of EnviroBiomics is unauthorized.



**EnviroBiomics, Inc.**

11550 IH 10 W,    Suite 105
San Antonio, Texas,  78230

Phone    210 233 6162
Mobile   210 570 2095

Email    david@envirobiomics.com
Email    gianni@envirobiomics.com

## 3   RESULTS

3.1 QPCR MOLD ANALYSIS

The results of the mold DNA detected in the sample submitted for analysis were tabulated as follows:

### Group 1; Water Damage Molds

| Species | SE/mg |
|---|---|
| Aspergillus flavus/oryzae | 7 |
| Aspergillus fumigatus | 3 |
| Aspergillus niger | 17 |
| Aspergillus ochraceus | ND |
| Aspergillus penicillioides | 443 |
| Aspergillus restrictus | 8 |
| Aspergillus sclerotiorum | ND |
| Aspergillus sydowii | 65 |
| Aspergillus unguis | 3 |
| Aspergullus versicolor | 43 |
| Aureobasidium pullulans | 675 |
| Chaetomium globosum | 425 |
| Cladosporium sphaerospermum | 1,322 |
| Eurotium (Asp.) amstelodami | 1,081 |
| Paecilomyces variotii | 30 |
| Penicillium brevicompactum | 46 |
| Penicillium corylophilum | 2 |
| Penicillium crustosum | 470 |
| Penicillium purpurogenum | 4 |
| Penicillium Spinulosum | 8 |
| Penicillium variabile | 17 |
| Scopulariopsis brevicaulis/fusca | 6 |
| Scopulariopsis chartarum | 8 |
| Stachybotrys chartarum | ND |
| Trichoderma viride | 10 |
| Wallemia sebi | 100 |

Sum of Logs         34.9

### Group 2; Common Indoor Molds

| Species | SE/mg |
|---|---|
| Alternaria alternata | 22 |
| Acremonium strictum | ND |
| Aspergillus ustus | 164 |
| Cladosporium cladosporioides1 | 2,815 |
| Cladosporium cladosporioides2 | 11 |
| Cladosporium herbarum | 16 |
| Epicoccum nigrum | 577 |
| Mucor amphibiorum | 241 |
| Penicillium chrysogenum | 84 |
| Rhizopus stolonifer | 9 |

Sum of Logs         17.2

SE       = Spore Equivalents
SE/mg   = SE/milligrams of sample
Logs     = Logarithms
ND       = None Detected

| | |
|---|---|
| Sample Size | 4.9      mg |
| ERMI Results= (G1-G2) | **17.8** |



**EnviroBiomics, Inc.**

11550 IH 10 W,      Suite 105
San Antonio, Texas,   78230

Phone      210 233 6162
Mobile     210 570 2095

Email      david@envirobiomics.com
Email      gianni@envirobiomics.com

## 4   CONCLUSIONS

4.1 The table at 3.1, shows the Spore Equivalent per milligram detected for each of the 36 environmental molds analyzed.

Mold species listed under Group 1 are known as Water Damage Mold.

The gray background on Group 1 table highlights the main molds (DNAs) detected in this report, which was selected based on their value being higher than tenfold of the geometric mean of the corresponding mold on the 2007 USA survey of molds. [8]

Using the full spectra of data obtained by MSQPCR for all molds detected in the panel, the ERMI was found to be:



| Environmental Relative Moldiness Index (ERMI) | 17.8 |   | Interpretation | Q4 |

ERMI score was developed by the US government for environmental mold safety (mold related asthma) and the score table is a general recommendation.

For patients with CIRS condition, in general, an ERMI score of 2 or less is considered safe.  For more information please consult with your doctor for the best advice on how to interpret the results.

**4.2** The interpretation was made with reference to the following table:

| Level | ERMI Values | Interpretation | Comment |
|-------|-------------|----------------|---------|
| Q 1 | Less than - 4 | Low Relative Moldiness Index | Further investigation is not needed to determine the sources of the mold. |
| Q 2 | -4 to < 0 | Low - Medium Relative | Further investigation may be needed to determine the sources of the mold if occupants have been reactive, sensitized, genetically predisposed or otherwise immuno-compromised. |
| Q 3 | 0 to < 5 | Medium- High Relative | |
| Q 4 | 5 to < 20 | High Relative Moldiness Index | Source and cause of mold should be determined and remediation is undertaken, reducing the ERMI to levels below Q2. |
| | > 20 | Very High Relative | |

**4.3** According to Vesper [9] ERMI Scores have an Standard Deviation (S.D.) of +/-3 and should be assessed with this in mind.

**4.4** Further assessment was performed by calculating the HERTSMI-2 score from this data, which was found to be:



**EnviroBiomics, Inc.**

11550 IH 10 W,     Suite 105
San Antonio, Texas,   78230

Phone    210 233 6162
Mobile   210 570 2095

Email    david@envirobiomics.com
Email    gianni@envirobiomics.com

| Species | Spore E./mg | Weighting |
|---|---|---|
| Aspergillus penicilloides | 443 | 6 |
| Aspergillus versicolor | 43 | 4 |
| Chaetomium globosum | 425 | 10 |
| Stachybotrys chartarum | ND | 0 |
| Wallemia sebi | 100 | 4 |
| **HERTSMI-2 Score =** | | 24 |

**4.5** The interpretation was made with reference to the following table:

| Color-coded interpretation [10] | |
|---|---|
| If 10 or below | In only 1.7% of cases, re-occupancy of building following mold remediation has led to relapse of CIRS-WDB symptoms |
| If between 11 to 15 | Borderline. Further remediation and re-assessment is indicated |
| If greater than 15 | Re-occupancy is ill-advised until further remediation and re-assessment are conclusive. |

**4.6** A spore equivalent may reflect the presence of any other fungal structures (i.e. mycelia) containing the same number of target genes as a spore.

**4.7** Genetically close-related species may be detected in the indicator assay.

| As reported | Includes |
|---|---|
| Eurotium (Asp.) amstelodami | E. chevalieri, E. herbariorum, E. rubrum and E. repens. |
| Penicillium spinulosum | P. glabrum, P. lividum, P. pupurescens, and P. thomii. |
| Trichoderma viride | T. koningii and T. atroviride. |
| Aspergillus restrictus | A. caesillus and A. conicus. |
| Mucor amphibiorum | M. circinelloides,  M. hiemalis,  M. indicus, M. mucedo,  M. racemosus,  M. ramossissimus. |
| Rhizopus zygosporus | R. homothalicus, R. microsporus, R. oligosporus, R. oryzae. |
| Penicillium crustosum | P. camembertii, P. commune, P. echinulatum, P. solitum. |
| Aspergillus niger | Know called Aspergillus basiliensis |
| Scopulariopsis brevicaulis/fusca | Has been renamed as species of Microascus[10] |
| Wallemia sebi | W. mellicola, W. canadensis[11] |

For and on behalf of

11550 IH 10 W,     Suite 105
San Antonio, Texas,     78230

DAVID LARK
Mycologist



**EnviroBiomics, Inc.**

11550 IH 10 W,      Suite 105
San Antonio, Texas,   78230

Phone      210 233 6162
Mobile     210 570 2095

Email      david@envirobiomics.com
Email      gianni@envirobiomics.com

## References

1) "Microorganisms in home and indoor work environments. Diversity, health impacts, investigation & control." Flannigan, B, Samson, R. A & Miller, J. D. 2nd Edn. 2011. CRC Press, Boca Raton, London & New York.

2) "Standard & Reference Guide for Professional Mold Remediation" IICRC s520 – Aug. 2008, 2nd Ed. Institute of Inspection, Cleaning & Restoration Certification, Vancouver, Washington 98661 USA.

3) "WHO Guidelines for Indoor Air Quality – Dampness and Mould", 2009 World Health Organization, Copenhagen, Denmark, ISBN 978 92 890 4168 3.

4) "Worldwide Exposure Standards for Mold & Bacteria - Assessment Guidelines for Air, Water, Dust Ductwork, Carpet & Insulation", 8th Ed., 2010 – Robert C. & Gail M. Brandys, OEHCS, Inc. IL. ISBN 0-9774785-0-

5) "HVAC Hygiene Guidelines, 2009" Australian Institute of Refrigeration, Air Conditioning & Heating.

6) "Food & Indoor Fungi" Samson, R.A et al CBS-KNAW Fungal Biodiversity Centre, Utrecht, The Netherlands ISBN 978 90 70351 82 3.

7) "Post-Remediation Testing and Verification for Mold and Bacteria" 4th Ed., 2011- Robert C. & Gail M. Brandys, OEHCS, Inc. IL. ISBN 978-0-9774785-1.

8) "Development of an Environmental Relative Mouldiness Index" Vesper S. et al, Occupational Env. Med. 2007,49:829-833

9) Correlating Human Health Risk with Mold Specific QPCR in Water-Damaged Buildings; Shoemaker, R & Lark D, in Proceedings of the 14th International Conference on Indoor Air Quality and Climate, International Society for Indoor Air Quality and Climate, Ghent, Belgium, #658

10) Jančič S, Nguyen HDT, Frisvad JC, Zalar P, Schroers H-J, Seifert KA, et al. (2015) - A Taxonomic Revision of the Wallemia sebi Species Complex. PLoS ONE 10(5): e0125933. https://doi.org/10.1371/journal.pone.0125933

11) Sandoval-Denis, M, Gené J, D.A. Sutton, J.F. Cano-Lira, G.S. de Hoog, C.A. Decock, N.P. Wiederhold, and J. Guarro: Redefining Microascus, Scopulariopsis and allied genera Persoonia. 2016 Jun; 36: 1–36. Published online 2015 Apr 15. doi:



**RealTime Laboratories, Inc**
4100 Fairway Drive, Ste 600
Carrollton, TX 75010
Phone: 1-972-492-0419
Fax: 1-972-243-7759
Website: www.realtimelab.com
Email: info@realtimelab.com
CLIA #: 45D1051736
CAP #: 7210193
TaxId#: 45-0669342

**ENVIRONMENTAL MYCOTOXIN
PANEL REPORT FORM**
06/03/2019

**Company:** Certified Mold Assessments
**Project:** David Dickey
**Location:** 8538 Tampa Point Blvd
Tampa, FL
**Date of Receipt:** 05/31/2019
**Date of Report:** 06/03/2019

**Accession No:** EN228645EM
**Date of Service:** 05/24/2019
**Specimen:** Dust

Procedure Type: Semi-quantitative procedure by ELISA
List of Mycotoxins tested in the Panel

Ochratoxin A

Aflatoxin Group (B1,B2,G1.G2)

Trichothecene Group (Macrocyclic): Roridin A, Roridin E, Roridin H,
Roridin L-2, Verrucarin A, Verrucarin J, Satratoxin G, Satratoxin H,
Isosatratoxin F

Gliotoxin Derivative

Results:

| Code | Test | Specimen | Value | Result | Not Present if less than | Equivocal if between | Present if greater or equal |
|------|------|----------|-------|--------|--------------------------|----------------------|------------------------------|
| D8501 | Ochratoxin A | Dust | 1.12900 ppb | Not Present | 1.8 ppb | 1.8-2.0 ppb | 2.0 ppb |
| D8502 | Aflatoxin Group (B1,B2,G1.G2) | Dust | 0.40900 ppb | Not Present | 0.8 ppb | 0.8-1.0 ppb | 1.0 ppb |
| D8503 | Trichothecene Group (Macrocyclic): Roridin A, Roridin E, Roridin H, Roridin L-2, Verrucarin A, Verrucarin J, Satratoxin G, Satratoxin H, Isosatratoxin F | Dust | 0.02500 ppb | Equivocal | 0.02 ppb | 0.02-0.03 ppb | 0.03 ppb |
| D8510 | Gliotoxin Derivative | Dust | 0.66900 ppb | Equivocal | 0.5 ppb | 0.5-1.0 ppb | 1.0 ppb |

Comment: Due to the commercial unavailability of previously used standards, RealTime Lab has validated a new, more sensitive standard for Trichothecene
Testing. Effective 11/13/2017, all results are reported using the new standard. Please note the new values for cutoff levels.

3 swabs - HVAC, Return, Kitchen

Director Signature _____

Tests such as this should be used only in conjunction with other medically established diagnostic elements (e.g.,symptoms, history, clinical impressions, results from other tests, etc.). Physicians should use all
the information available to them to diagnose and determine appropriate treatment for their patients.
Disclaimer: This test was developed and its performance characteristics determined by RealTime Lab. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity
clinical laboratory testing.

# EMSL Analytical, Inc.

200 Route 130 N, Cinnaminson, NJ 08077, Tel: 800-220-3675, Fax: 856-786-0262
www.EMSL.com, Email: Dnalab2@EMSL.com



| Client: | Certified Mold Assessments | EMSL Order ID: | 611901082 |
| | 3959 Van Dyke Road 3269 | Date Received: | 5/31/2019 |
| | Lutz, FL 33558 | Date Analyzed: | 6/3/2019 |
| Attention: | Al Rabin | Date Reported: | 6/5/2019 |
| Project: | David Dickey - 8538 Tampa Point Blvd, Tampa, FL 33621 | | |

## Rapid Detection of Common Molds by Quantitative PCR

EMSL Test: M233

| Lab Sample Number | 1082-1 | 1082-2 | - | - |
|---|---|---|---|---|
| Client Sample ID | 1 | 2 | - | - |
| Sample Location | Liv Rm/Sub Flr/Kitchen | HVAC | - | - |
| Sample size | 4Swab | 2Swab | - | - |
| EPA 36 Species Group -1 | Spores E./Swab | Spores E./Swab | Spores E./Swab | Spores E./Swab |
| *Aspergillus flavus* | ND | ND | - | - |
| *Aspergillus fumigatus* | 965 | ND | - | - |
| *Aspergillus niger* | ND | 21 | - | - |
| *Aspergillus ochraceus* | ND | ND | - | - |
| *Aspergillus penicillioides* | 9 | 16 | - | - |
| *Aspergillus restrictus* | ND | 22 | - | - |
| *Aspergillus sclerotiorum* | ND | ND | - | - |
| *Aspergillus sydowii* | ND | ND | - | - |
| *Aspergillus unguis* | ND | ND | - | - |
| *Aspergillus versicolor* | ND | ND | - | - |
| *Eurotium (A.) amstelodami* | 5 | 28 | - | - |
| *Aureobasidium pullulans* | 75 | 61 | - | - |
| *Chaetomium globosum* | 38,723 | 46,272 | - | - |
| *Cladosporium sphaerospermum* | 31 | 109,610 | - | - |
| *Paecilomyces variotii* | ND | 195 | - | - |
| *Penicillium brevicompactum* | ND | ND | - | - |
| *Penicillium corylophilum* | ND | 72,558 | - | - |
| *Penicillium crustosum (group2)* | 3,983 | 434,430 | - | - |
| *Penicillium purpurogenum* | ND | 25 | - | - |
| *Penicillium spinulosum* | ND | 1,763 | - | - |
| *Penicillium variabile* | 899 | 141 | - | - |
| *Scopulariopsis brevicaulis* | 877 | ND | - | - |
| *Scopulariopsis chartarum* | 305 | ND | - | - |
| *Stachybotrys chartarum* | ND | 363 | - | - |
| *Trichoderma viride* | ND | ND | - | - |
| *Wallemia sebi* | ND | 20 | - | - |
| I-Total Spores Detected | 45,872 | 665,527 | | |

# EMSL Analytical, Inc.

200 Route 130 N, Cinnaminson, NJ 08077, Tel: 800-220-3675, Fax: 856-786-0262
www.EMSL.com, Email: Dnalab2@EMSL.com



| | |
|---|---|
| Client: Certified Mold Assessments | EMSL Order ID: 611901082 |
| 3959 Van Dyke Road 3269 | Date Received: 5/31/2019 |
| Lutz, FL 33558 | Date Analyzed: 6/3/2019 |
| Attention: Al Rabin | Date Reported: 6/5/2019 |
| Project: David Dickey - 8538 Tampa Point Blvd, Tampa, FL 33621 | |

## Rapid Detection of Common Molds by Quantitative PCR
### EMSL Test: M233

| Lab Sample Number | 1082-1 | 1082-2 | - | - |
|---|---|---|---|---|
| Client Sample ID | 1 | 2 | - | - |
| Sample Location | Liv Rm/Sub Flr/Kitchen | HVAC | - | - |
| Sample size | 4Swab | 2Swab | - | - |
| **EPA 36 Species Group -2** | Spores E./Swab | Spores E./Swab | Spores E./Swab | Spores E./Swab |
| *Acremonium strictum* | ND | 751 | - | - |
| *Alternaria alternata* | 217 | 194 | - | - |
| *Aspergillus ustus* | 1,022 | 1,279 | - | - |
| *Cladosporium cladosporioides I* | 2,089 | 24,982 | - | - |
| *Cladosporium cladosporioides II* | ND | 7,307 | - | - |
| *Cladosporium herbarum* | ND | ND | - | - |
| *Epicoccum nigrum* | 14 | ND | - | - |
| *Mucor and Rhizopus group* | 253 | 31,839 | - | - |
| *Penicillium chrysogenum* | 7,867 | 49,110 | - | - |
| *Rhizopus stolonifer* | 606 | 6 | - | - |
| **II-Total Spores Detected** | 12,068 | 115,468 | | |

Notes:     ND=None detected; the result is below the analytical detection limit or not present.

EMSL maintains liability limited to cost of analysis. Interpretation of the data contained in this report is the responsibility of the client.  This report relates only to the samples reported above and may not be reproduced, except in full, without written approval by EMSL. The above test report relates only to the items tested. EMSL bears no responsibility for sample collection activities or analytical method limitations.

**Sergey Balashov, Ph.D.**
PCR Laboratory Director

Al Rabin
Certified Mold Assessments
3959 Van Dyke Rd #369
Lutz, FL  33558



**AEML, Inc.**
1301 E. Atlantic Blvd., Suite 5
Pompano Beach, FL 33060
Phone: (954) 333-8149
Fax: (954) 333-8151
email: customerservice@aemlinc.com

**Project:** David Dickey 8538 Tampa Point Blvd
Tampa FL 33621
**Batch:** 215686   **Sampled:** 5/24/2019
**Received:** 5/29/2019
**Analysis Date:** 5/29/2019
**Report Date:** 5/29/2019

**AEML Test: A001 Spore Trap Analysis**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sample ID:** | 190529Q003 | | | | 190529Q007 | | | |
| **Client Sample ID:** | 263451 E Bedroom 1 | | | | 263459 Outside Baseline | | | |
| **Volume Sampled (L):** | 75 | | | | 75 | | | |
| **Media:** | Allergenco D | | | | Allergenco D | | | |
| **Percent of Trace Analyzed:** | 100% at 600X Magnification | | | | 100% at 600X Magnification | | | |

| Spore Types | Raw Count | Count/m³ | % | | Raw Count | Count/m³ | % | |
|---|---|---|---|---|---|---|---|---|
| Alternaria ⌂ | – | – | – | | – | – | – | |
| Arthrinium ⌂ | – | – | – | | – | – | – | |
| Ascospores ⌂ | 1 | 13 | 25 | | 1 | 13 | 3 | |
| Aspergillus/Penicillium-Like ⌂ | 1 | 13 | 25 | | 4 | 53 | 13 | |
| Basidiospores ⌂ | – | – | – | | 6 | 80 | 20 | |
| Bipolaris/Dreschlera ⌂ | – | – | – | | – | – | – | |
| Botrytis ⌂ | – | – | – | | – | – | – | |
| Chaetomium ⌂ | – | – | – | | – | – | – | |
| Cladosporium ⌂ | 1 | 13 | 25 | | 11 | 147 | 37 | |
| Curvularia ⌂ | – | – | – | | 1 | 13 | 3 | |
| Epicoccum ⌂ | – | – | – | | – | – | – | |
| Fusarium ⌂ | – | – | – | | – | – | – | |
| Ganoderma ⌂ | – | – | – | | 1 | 13 | 3 | |
| Memnoniella ⌂ | – | – | – | | – | – | – | |
| Nigrospora ⌂ | – | – | – | | – | – | – | |
| Oidium/Peronospora ⌂ | – | – | – | | – | – | – | |
| Pithomyces ⌂ | – | – | – | | 1 | 13 | 3 | |
| Rust ⌂ | – | – | – | | – | – | – | |
| Smut/Myxomyces/Periconia ⌂ | 1 | 13 | 25 | | 5 | 67 | 17 | |
| Stachybotrys ⌂ | – | – | – | | – | – | – | |
| Torula ⌂ | – | – | – | | – | – | – | |
| Ulocladium ⌂ | – | – | – | | – | – | – | |
| Unidentified Spores ⌂ | – | – | – | | – | – | – | |
| **Total Spores ⌂** | **4** | **53** | | | **30** | **400** | | |
| Hyphal Fragments ⌂ | – | – | | | – | – | | |
| Pollen ⌂ | 2 | 27 | | | 1 | 13 | | |
| Debris Rating ⌂ | | 3 | | | | 3 | | |
| Detection Limit ⌂ | | 13 | | | | 13 | | |

*Joshua Krinsky*

Joshua Krinsky
Technical Director

Results submitted pertain only to the samples as presented on the accompanying Chain of Custody.
This report shall not be reproduced, except in its entirety and with the written approval of AEML.



ACCREDITED
TESTING CERT #2872.01

Page 1 of 5

Al Rabin
Certified Mold Assessments
3959 Van Dyke Rd #369
Lutz, FL  33558



**AEML, Inc.**
1301 E. Atlantic Blvd., Suite 5
Pompano Beach, FL 33060
Phone: (954) 333-8149
Fax: (954) 333-8151
email: customerservice@aemlinc.com

**Project:** David Dickey 8538 Tampa Point Blvd
Tampa FL 33621
**Batch:** 215686    **Sampled:** 5/24/2019
**Received:** 5/29/2019
**Analysis Date:** 5/29/2019
**Report Date:** 5/29/2019

**AEML Test: A001 Spore Trap Analysis**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Sample ID:** | 190529Q004 | | | | 190529Q007 | | | | |
| **Client Sample ID:** | 263463 Master Bedroom | | | | 263459 Outside Baseline | | | | |
| **Volume Sampled (L):** | 75 | | | | 75 | | | | |
| **Media:** | Allergenco D | | | | Allergenco D | | | | |
| **Percent of Trace Analyzed:** | 100% at 600X Magnification | | | | 100% at 600X Magnification | | | | |

| Spore Types | Raw Count | Count/m³ | % | | Raw Count | Count/m³ | % | |
|---|---|---|---|---|---|---|---|---|
| Alternaria | – | – | – | | – | – | – | |
| Arthrinium | – | – | – | | – | – | – | |
| Ascospores | 1 | 13 | 20 | | 1 | 13 | 3 | |
| Aspergillus/Penicillium-Like | – | – | – | | 4 | 53 | 13 | |
| Basidiospores | 2 | 27 | 40 | | 6 | 80 | 20 | |
| Bipolaris/Dreschlera | – | – | – | | – | – | – | |
| Botrytis | – | – | – | | – | – | – | |
| Chaetomium | – | – | – | | – | – | – | |
| Cladosporium | – | – | – | | 11 | 147 | 37 | |
| Curvularia | 1 | 13 | 20 | | 1 | 13 | 3 | |
| Epicoccum | – | – | – | | – | – | – | |
| Fusarium | – | – | – | | – | – | – | |
| Ganoderma | – | – | – | | 1 | 13 | 3 | |
| Memnoniella | – | – | – | | – | – | – | |
| Nigrospora | 1 | 13 | 20 | | – | – | – | |
| Oidium/Peronospora | – | – | – | | – | – | – | |
| Pithomyces | – | – | – | | 1 | 13 | 3 | |
| Rust | – | – | – | | – | – | – | |
| Smut/Myxomyces/Periconia | – | – | – | | 5 | 67 | 17 | |
| Stachybotrys | – | – | – | | – | – | – | |
| Torula | – | – | – | | – | – | – | |
| Ulocladium | – | – | – | | – | – | – | |
| Unidentified Spores | – | – | – | | – | – | – | |
| **Total Spores** | **5** | **67** | | | **30** | **400** | | |
| Hyphal Fragments | – | – | | | – | – | | |
| Pollen | 1 | 13 | | | 1 | 13 | | |
| Debris Rating | | 2 | | | | 3 | | |
| Detection Limit | | 13 | | | | 13 | | |

*Joshua Krinsky*

Joshua Krinsky
Technical Director

Results submitted pertain only to the samples as presented on the accompanying Chain of Custody.
This report shall not be reproduced, except in its entirety and with the written approval of AEML.



ACCREDITED
TESTING CERT #2572.01

Page 2 of 5

Al Rabin
Certified Mold Assessments
3959 Van Dyke Rd #369
Lutz, FL  33558



**AEML, Inc.**
1301 E. Atlantic Blvd., Suite 5
Pompano Beach, FL 33060
Phone: (954) 333-8149
Fax: (954) 333-8151
email: customerservice@aemlinc.com

**Project:** David Dickey 8538 Tampa Point Blvd
Tampa FL 33621
**Batch:** 215686           **Sampled:** 5/24/2019
                    **Received:** 5/29/2019
                    **Analysis Date:** 5/29/2019
                    **Report Date:** 5/29/2019

**AEML Test: A001 Spore Trap Analysis**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sample ID:** | 190529Q005 | | | 190529Q007 | | |
| **Client Sample ID:** | 263452 West Bedroom 3 | | | 263459 Outside Baseline | | |
| **Volume Sampled (L):** | 75 | | | 75 | | |
| **Media:** | Allergenco D | | | Allergenco D | | |
| **Percent of Trace Analyzed:** | 100% at 600X Magnification | | | 100% at 600X Magnification | | |

| Spore Types | Raw Count | Count/m³ | % | Raw Count | Count/m³ | % |
|---|---|---|---|---|---|---|
| Alternaria † | – | – | – | – | – | – |
| Arthrinium † | – | – | – | – | – | – |
| Ascospores † | – | – | – | 1 | 13 | 3 |
| Aspergillus/Penicillium-Like † | 2 | 27 | 33 | 4 | 53 | 13 |
| Basidiospores † | – | – | – | 6 | 80 | 20 |
| Bipolaris/Dreschlera † | – | – | – | – | – | – |
| Botrytis † | – | – | – | – | – | – |
| Chaetomium † | – | – | – | – | – | – |
| Cladosporium † | 4 | 53 | 67 | 11 | 147 | 37 |
| Curvularia † | – | – | – | 1 | 13 | 3 |
| Epicoccum † | – | – | – | – | – | – |
| Fusarium † | – | – | – | – | – | – |
| Ganoderma † | – | – | – | 1 | 13 | 3 |
| Memnoniella † | – | – | – | – | – | – |
| Nigrospora † | – | – | – | – | – | – |
| Oidium/Peronospora † | – | – | – | – | – | – |
| Pithomyces † | – | – | – | 1 | 13 | 3 |
| Rust † | – | – | – | – | – | – |
| Smut/Myxomyces/Periconia † | – | – | – | 5 | 67 | 17 |
| Stachybotrys † | – | – | – | – | – | – |
| Torula † | – | – | – | – | – | – |
| Ulocladium † | – | – | – | – | – | – |
| Unidentified Spores † | – | – | – | – | – | – |
| **Total Spores** † | **6** | **80** | | **30** | **400** | |
| Hyphal Fragments † | 1 | 13 | | – | – | |
| Pollen † | – | – | | 1 | 13 | |
| Debris Rating † | | 2 | | | 3 | |
| Detection Limit † | | 13 | | | 13 | |

Joshua Krinsky
Technical Director

Results submitted pertain only to the samples as presented on the accompanying Chain of Custody.
This report shall not be reproduced, except in its entirety and with the written approval of AEML.



Al Rabin
Certified Mold Assessments
3959 Van Dyke Rd #369
Lutz, FL  33558


**AEML, Inc.**
*Microbiology Laboratories*

1301 E. Atlantic Blvd., Suite 5
Pompano Beach, FL 33060
Phone: (954) 333-8149
Fax: (954) 333-8151
email: customerservice@aemlinc.com

**Project:** David Dickey 8538 Tampa Point Blvd
Tampa FL 33621
**Batch:** 215686    **Sampled:** 5/24/2019
**Received:** 5/29/2019
**Analysis Date:** 5/29/2019
**Report Date:** 5/29/2019

**AEML Test: A001 Spore Trap Analysis**

| | Sample ID: | 190529Q006 | | | | 190529Q007 | | |
|---|---|---|---|---|---|---|---|---|
| | Client Sample ID: | 263473 Kitchen | | | | 263459 Outside Baseline | | |
| | Volume Sampled (L): | 75 | | | | 75 | | |
| | Media: | Allergenco D | | | | Allergenco D | | |
| | Percent of Trace Analyzed: | 100% at 600X Magnification | | | | 100% at 600X Magnification | | |

| Spore Types | Raw Count | Count/m³ | % | | Raw Count | Count/m³ | % |
|---|---|---|---|---|---|---|---|
| Alternaria | – | – | – | | – | – | – |
| Arthrinium | – | – | – | | – | – | – |
| Ascospores | 2 | 27 | 33 | | 1 | 13 | 3 |
| Aspergillus/Penicillium-Like | 2 | 27 | 33 | | 4 | 53 | 13 |
| Basidiospores | – | – | – | | 6 | 80 | 20 |
| Bipolaris/Dreschlera | – | – | – | | – | – | – |
| Botrytis | – | – | – | | – | – | – |
| Chaetomium | – | – | – | | – | – | – |
| Cladosporium | – | – | – | | 11 | 147 | 37 |
| Curvularia | 1 | 13 | 17 | | 1 | 13 | 3 |
| Epicoccum | – | – | – | | – | – | – |
| Fusarium | – | – | – | | – | – | – |
| Ganoderma | 1 | 13 | 17 | | 1 | 13 | 3 |
| Memnoniella | – | – | – | | – | – | – |
| Nigrospora | – | – | – | | – | – | – |
| Oidium/Peronospora | – | – | – | | – | – | – |
| Pithomyces | – | – | – | | 1 | 13 | 3 |
| Rust | – | – | – | | – | – | – |
| Smut/Myxomyces/Periconia | – | – | – | | 5 | 67 | 17 |
| Stachybotrys | – | – | – | | – | – | – |
| Torula | – | – | – | | – | – | – |
| Ulocladium | – | – | – | | – | – | – |
| Unidentified Spores | – | – | – | | – | – | – |
| **Total Spores** | **6** | **80** | | | **30** | **400** | |
| Hyphal Fragments | 1 | 13 | | | – | – | |
| Pollen | – | – | | | 1 | 13 | |
| Debris Rating | | 2 | | | | 3 | |
| Detection Limit | | 13 | | | | 13 | |

*Joshua Krinsky*
Joshua Krinsky
Technical Director

Results submitted pertain only to the samples as presented on the accompanying Chain of Custody.
This report shall not be reproduced, except in its entirety and with the written approval of AEML.


ACCREDITED
TESTING CERT #2572.01

Page 4 of 5



**AEML, Inc.**
Microbiology Laboratories

| Standard Spore List | |
|---|---|
| Alternaria | Common allergen causing hay fever or hypersensitivity reactions that sometimes lead to asthma, serious infections are rare, except in people with compromised immune systems. Normal agents from the decomposition of plants. |
| Arthrinium | No reported infections associated with this fungus. Normally not found indoors. |
| Ascospores | Very common outdoor spore, associated with rain and mositure. |
| Aspergillus/Penicillium-Like | Possible allergen.  Common cause of respiratory irritation and infection.  Found on water damaged wallpaper, carpet and organic materials. |
| Basidiospores | Possible allergen to sensitive individuals, no known serious health effects associated with this fungus.  Mushrooms and dry rot are examples of basidiospore producing fungi. |
| Bipolaris/Dreschlera | Allergen that can affect nose, skin, eye and upper respiratory track.  Found on grasses, grains and decaying food. |
| Botrytis | Potential allergen, hay fever and asthma effects.  Parasite commonly found growing on indoor plants. |
| Chaetomium | Not well studied but possible allergen with hay fever and asthma effects.  Rare cases of nail infections.  Found on a variety of cellulose, paper and plant compost. |
| Cladosporium | Potential allergen, hay fever and asthma effects.  Grows well in damp environments, on textiles and window sills. |
| Curvularia | Hay fever, asthma and or allergic fungal sinusitis are some of the potential allergens associated with this fungi.  Possible human health risk.  Has been known to cause onychomycosis, ocular keratitis, sinusitis, mycetoma, pneumonia, endocarditis, cerebral abscess, and disseminated infection.  Most cases are from immunocompromised patients.  Grows on various indoor building materials. |
| Epicoccum | Potential allergen, effects are hay fever, asthma and skin allergies. Found in soil, air and rotting vegetation. |
| Fusarium | Potential allergen, hay fever and asthma effects.  Commonly found on fruit rot, requires very wet conditions. |
| Ganoderma | Commonly found in the atmosphere, grows on wood products. Possible allergen at high concentrations. |
| Memnoniella | Mycotoxin producing spore related to and often found in conjunction with Stachybotrys. |
| Nigrospora | Potential allergen, hay fever and asthma effects.  Usually not found growing indoors.  Found on decaying plant material and soil. |
| Oidium/Peronospora | Common obligate parasites on leaves, stems, flowers, and fruits of living higher plants. |
| Pithomyces | Possible allergen.  Grows well on paper indoors given the right conditions. |
| Rust | Potential allergen, hay fever and asthma effects.  Rarely found growing indoors. |
| Smut/Myxomyces/Periconia | Potential allergen, hay fever and asthma effects.  Rarely found growing indoors. |
| Stachybotrys | Often referred to as "toxic black mold."  It has the ability to produce mycotoxins which may cause a burning sensation in the mouth, throat and nasal passages. Chronic exposure has been known to cause headaches, diarrhea, memory loss and brain damage.  Found growing on water damaged cellulose, paper and ceiling tiles. |
| Torula | Potential allergen, hay fever and asthma effects.  Found growing on water damaged cellulose, paper, wicker, straw baskets and ceiling tiles.  Often found growing outdoors on leaves, roots, wood, and soil. |
| Ulocladium | Grows well on cellulose containing materials like paper, straw, wallboard.  Requires very wet conditions. |
| Unidentified Spores | N/A |
| Hyphal Fragments | Branched structures with cell walls. Hyphae are somewhat analogous to stems or roots in plants whereas the spores would be analogous to the seeds. |
| Pollen | Allergen that causes hay fever.  Pollen is microscopic round or oval grains produced by plants. |

AEML, Inc. assumes no liability or warranty on the use of, or interpretation of the data provided within this report.  Responsibility lies solely on the client for the use and interpretation of the results provide herein.  Results of the analysis cannot be interpreted without physical inspection of the area tested or without consideration for the structure's characteristics.  Generally, if indoor readings are greater than 90% of outdoor readings, further investigation or testing may be warranted.  More information on Indoor Air Quality and mold can be found on the EPA website "www.epa.gov/iaq/mold/moldresources.html" and the Center for Disease Control website "www.cdc.gov/mold/".

Al Rabin
Certified Mold Assessments
3959 Van Dyke Rd #369
Lutz, FL  33558



**AEML, Inc.**
Microbiology Laboratories

**Project:** David Dickey 8538 Tampa Point Blvd
Tampa FL 33621

AEML, Inc.
1301 E. Atlantic Blvd., Suite 5
Pompano Beach, FL 33060
Phone: (954) 333-8149
Fax: (954) 333-8151
email: customerservice@aemlinc.com

**Batch:** 215686
**Sampled:** 5/24/2019
**Received:** 5/29/2019
**Analysis Date:** 5/29/2019
**Report Date:** 5/29/2019

**AEML Test: S001 Swab Analysis**

| Sample ID: | 190529Q008 |
|---|---|
| Client Sample ID: | #1 HVAC |
| Area Swabbed (cm²): | 25.81 |
| Media: | Swab |
| Sample Analysis: | Analyzed at 600X Magnification |

| Spore Types | Raw Count | Count/cm² | % |
|---|---|---|---|
| Alternaria † | – | – | – |
| Arthrinium † | – | – | – |
| Ascospores † | – | – | – |
| Aspergillus/Penicillium-Like † | – | – | – |
| Basidiospores † | – | – | – |
| Bipolaris/Dreschlera † | – | – | – |
| Botrytis † | – | – | – |
| Chaetomium † | – | – | – |
| Cladosporium † | 2,908 | 4,507 | 98 |
| Curvularia † | 59 | 91 | 2 |
| Epicoccum † | – | – | – |
| Fusarium † | – | – | – |
| Ganoderma † | – | – | – |
| Memnoniella † | – | – | – |
| Nigrospora † | – | – | – |
| Oidium/Peronospora † | – | – | – |
| Pithomyces † | – | – | – |
| Rust † | – | – | – |
| Smut/Myxomyces/Periconia † | – | – | – |
| Stachybotrys † | – | – | – |
| Torula † | – | – | – |
| Ulocladium † | – | – | – |
| Unidentified Spores † | – | – | – |
| **Total Spores** † | **2,967** | **4,598** | |
| Hyphal Fragments † | 1,319 | 2,044 | |
| Detection Limit † | | 18 | |



Joshua Krinsky
Technical Director

Results submitted pertain only to the samples as presented on the accompanying Chain of Custody.
This report shall not be reproduced, except in its entirety and with the written approval of AEML.

ACCREDITED
TESTING CERT #2572.01

Page 1 of 1

 

# Bio For Al Rabin

Al Rabin is the president and founder of **Certified Mold Assessments, Inc (CMA)**.
**CMA** is dedicated to the protection and prevention of mold, mycotoxins, endotoxins, and other pathogens inside the building envelope.

Licensed in Florida and Texas
       Florida – July 1, 2010
       Texas – September 2019

Mold Assessments – over 5,000 performed
Performed Mold Assessments for over 13 years

Primary Focus – Immune compromised clients referred by their physician

Works with the following doctors:
       Dr. Linda Matteoli
       Dr. Ann Shippy
       Dr. Matt Lewis
       Dr. Jennifer Broder
       Dr. Christine Miller
       Dr. Fred Harvey
       Dr. Reshma Patel
       Dr. Berger
       Dr. Renata Teytelbaum
       Dr. Jordan Axe
       Dr. Kelsey Jackson
       Dr. Dennis Hooper
       Dr. Ritchie Shoemaker

Al Rabin is the president of **Certified Mold Assessments, Inc.  Certified Mold Assessments, Inc.** is a company dedicated to the detection and prevention of microbial contaminants in your indoor environment. For over a decade, **CMA** offers a variety of inspection and testing techniques to assist the building owner/manager or homeowner in assessing possible moisture or water intrusion that can result in microbial contamination.

In addition to Mr. Rabin's Mold Assessors License in Florida, he maintains the following qualifications:

**Mr. Rabin's Qualifications and Certifications include:**
- State-Certified Mold Assessor – Florida License: #MRSA2040
- Certified Mold Assessor (CMA) – Environmental Solutions (E.S.A)
- Certified Mold Inspector (CMI) – Environmental Solutions (E.S.A)
- Certified Moisture Management Inspector (CMMI) – National Association of Moisture Management
- Water Damage Restoration Technician– Institute of Inspection, Cleaning, and Restoration
- Applied microbial Remediation Technician– Institute of Inspection, Cleaning, and Restoration
- Odor Control Technician– Institute of Inspection, Cleaning, and Restoration

**Mr. Rabin has completed courses:**
- Mold, Moisture and Standards of Practice – National Organization of Remediators and Mold Inspectors
- Indoor Environmental Quality Advanced Training – IAQ Learning Institute
- How to Inspect for Moisture Intrusion – International Association of Certified Home Inspectors
- Thermal Imaging for Inspectors - International Association of Certified Home Inspectors
- Mold Inspection - International Association of Certified Home Inspectors
- Building Science Basics – International Institute for Bau-Biologie & Ecology
- Safe Practices for the Home Inspector - International Association of Certified Home Inspectors
- Mold Inspection - International Association of Certified Home Inspectors
- Advanced Mold Inspection Training - International Association of Certified Home Inspectors
- Inspecting the Attic, Insulation, Ventilation and Interior - International Association of Certified Home Inspectors

**Mr. Rabin holds memberships with:**
- International Association of Certified Home Inspectors – NACHI11022109
- Environmental Solutions Association – member #3280
- Indoor Environmental Air Quality Council
- International Society for Environmental Acquired Illnesses

Mr. Rabin has performed over 5000 mold specific investigations. Approximately 90% of the clients for **CMA** are individuals with sensitivities or health issues. Al attends several medical conferences and workshops each year for individuals with biotoxin illnesses including: the Indoor Air Quality Association Annual Meetings, Environmental Health Expo, Institute of Functional Medicine Conference, AHR Expo, International Lyme & Associated Disease Society Conference, and the North Texas Facilities Expo.