| | |
|---|---|
| **From:** | Sipp, Verlisha CIV USARMY IMCOM (USA) |
| **To:** | Carmen Sullivan |
| **Subject:** | RE: [Non-DoD Source] ▮▮▮▮▮ and Juan Carlos Salas - 008675353-00 |
| **Date:** | Monday, March 29, 2021 8:29:36 AM |
| **Attachments:** | image002.jpg |

Ms. Sullivan,

If the source of the negligence for these clients is the Government then there is no lien for either clients. We do not recoup medical costs for negligence due to Government entities/employees. We will close both files. Please use this email as confirmation.

v/r

**Verlisha Sipp**
Tort Civil Litigation Paralegal
Office of the Staff Judge Advocate-Claims Division
944 William H. Wilson Avenue, Building 620
USAG, Fort Stewart, Georgia 31314
Desk: 912-767-1057
DSN: 870-1057
FAX: 912-767-1059

"**We are the Army's Home**"

**From:** Carmen Sullivan <csullivan@yerridlaw.com>
**Sent:** Friday, March 26, 2021 4:38 PM
**To:** Sipp, Verlisha CIV USARMY IMCOM (USA) <verlisha.sipp.civ@mail.mil>
**Cc:** Carmen Sullivan <csullivan@yerridlaw.com>; David Dickey <ddickey@yerridlaw.com>
**Subject:** [Non-DoD Source] ▮▮▮▮▮ and Juan Carlos Salas - 008675353-00

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Ms. Sipp,

Attached is Mr. Dickey's correspondence of today in the above matter.

Thank you,

# EXHIBIT 2